AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

N.A.C.E.P.F., INC.

V.

GERRY CARDINALE, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-492S

TO: (Name and address of Defendant)

Jack Daly
CT Corporation System
Registered Agent for Goldman Sachs Group, Inc.
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew T. Oliverio, Esquire
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Barbara Barletta

(By) DEPUTY CLERK

11/20/06

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-22-06 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☑ Other (specify): To an agent authorized by appointment or by law to receive service of process on behalf of defendant, namely Joanne Castle ACT Corp

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/22/06
Date

Robert J. Kilduff
Signature of Server

16 Orwell Ave
Address of Server
Rumford RI 02916

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.