**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,

*Plaintiff,*

v.

GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P. GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN SACHS & CO. VERWALTUNGS GmbH,

*Defendants.*

Civil Action No. 06-492-S-LDA

**GOLDMAN SACHS GROUP, INC.'S MOTION TO EXTEND TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Goldman Sachs Group, Inc., by its undersigned counsel, hereby moves for an extension of time to plead or otherwise respond to Plaintiff's complaint, and respectfully requests that the date for its first responsive pleading be extended through and to include Monday, January 15, 2007. In support of this motion, Defendant states as follows:

1. In its eight-count complaint, Plaintiff asserts claims against various individuals, corporations and limited partnerships for fraudulent inducement, fraud, interference with prospective advantage, breach of fiduciary duty, misrepresentation and unjust enrichment related to a so-called Master Use and Royalty Agreement (the "Master Agreement") with Clearwire Holdings, Inc. executed in March 2001.

2. Although some of the defendants appear to have been provided with the complaint, Defendant does not believe that valid service on all defendants has yet been effected.[1] According to the returns of service presently on file, neither of the limited partnership defendants has been served, nor has defendant Goldman Sachs & Co. Verwaltungs, GmbH. Moreover, the individual defendants have not yet been served in their individual capacities.

3. Irrespective of the service issues, the complaint raises substantial jurisdictional, statute of limitations and claim preclusion issues. This is not Plaintiff's first suit against several of the defendants here. Plaintiff's first case against the individual defendants, alleging fraudulent inducement relative to the Master Agreement and tortious interference with Plaintiff's business opportunities, was dismissed on subject matter jurisdiction grounds by the Delaware Superior Court and was later transferred to the Delaware Chancery Court for New Castle County (as North American Catholic Educational Programming Foundation, Inc. v. Rob Gheewalla, Gerry Cardinale and Jack Daly, C.A. No. 1456-N) (the "Delaware Chancery Action").

4. The Delaware Chancery Action was, however, itself recently dismissed for failure to state a claim and on personal jurisdiction grounds (although is now under appeal by Plaintiff). [Vice Chancellor Noble's Memorandum Opinion and Order, dated September 1, 2006, are attached hereto as Exhibit A.]

5. In addition, although Defendant believes that Plaintiff's claims are wholly without merit, the history of litigation to date and the numerous (although specious) allegations of the 99-paragraph complaint warrant analysis and study by Defendant's counsel. Defendant believes

---

[1] The Defendants hereby preserve all defenses to this action, including but not limited to all defenses to personal jurisdiction and service.

that there are compelling arguments to dismiss the complaint, and therefore seeks additional time to prepare its first responsive pleading.

6. Finally, no prejudice will result from the brief extension of time requested of this Court.[2]

WHEREFORE, Defendant respectfully requests an order extending their time to plead or otherwise respond to Plaintiff's Complaint to January 15, 2007.

December 12, 2006

GOLDMAN SACHS GROUP, INC.,

By its Attorneys,

/s/ Brian J. Lamoureux

William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
bjl@brownrudnick.com
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile

[2] Prior to bringing this motion, undersigned counsel conferred with Plaintiff's counsel in an effort to reach a stipulated extension. Plaintiff, however, conditioned its agreement to the requested extension on all defendants' assent to service.

**CERTIFICATION**

I hereby certify that on the 12th day of December, 2006 I caused this document to be filed electronically and it is available for viewing and downloading from the ECF system. I also hereby certify that on the above date I caused this document to be sent via first class mail, postage prepaid, to:

Matthew T. Oliverio, Esq.
Christine M. Curley, Esq.
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

/s/ Brian J. Lamoureux
Brian J. Lamoureux

# 50225601 v1 - LAMOURBJ - 024607/1432