**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P. GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN SACHS & CO. VERWALTUNGS GmbH,<br><br>*Defendants*. | Civil Action No. 06-492-S-LDA |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), defendant The Goldman Sachs Group, Inc., by its undersigned counsel, for its Corporate Disclosure Statement, hereby states as follows:

1. The Goldman Sachs Group, Inc. does not have a parent corporation and, to its knowledge, no publicly held corporation owns 10% or more of its stock.

**THE GOLDMAN SACHS GROUP, INC.,**

By its attorneys,

/s/ Brian J. Lamoureux

William M. Dolan III (#4524)
Wayne F. Dennison, *pro hac vice*
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com
*Attorneys for Defendants*

OF COUNSEL:
Douglas H. Flaum
Lara Turcik
Elizabeth A. Walsh
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
(212) 859-8000

**CERTIFICATION**

I hereby certify that, on the 16th day of January, 2007, this document was electronically filed and that it is available for viewing and downloading from the Court's ECF system by the following Filing Users:

Matthew T. Oliverio
Christine M. Curley
Oliverio & Marcaccio LLP
55 Dorrance Street
Suite 400
Providence, RI 02903

/s/ Brian J. Lamoureux