# A

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., a Rhode Island corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 03C-11-172 RRC |
| CLEARWIRE HOLDINGS, INC., a Delaware corporation, | ) | NON-ARBITRATION CASE TRIAL OF JURY OF TWELVE DEMANDED |
| Defendant. | ) | |

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.'S COMPLAINT AGAINST CLEARWIRE HOLDINGS, INC. FOR DAMAGES AND A DECLARATORY JUDGMENT

The Parties

1. Plaintiff, North American Catholic Educational Programming Foundation, Inc. ("NACEPF") is a corporation organized under the laws of Rhode Island.

2. Defendant, Clearwire Holdings, Inc. ("Clearwire") is a corporation organized under the law of Delaware.

Venue

3. On or about March 13, 2001, NACEPF entered into a Master Royalty and Use Agreement with Clearwire (the "Master Agreement"). Under the provisions of the Master Agreement, it "shall be governed by and construed in accordance with the laws of the State of Delaware" and the parties "irrevocably and unconditionally [consent] to submit to the exclusive jurisdiction of the courts of the State of Delaware."

Sharon Agnew
Prothonotary
BY [signature]
FILED:
TIME 5:33 p.m.
DATE 11/19/03

Background

4. NACEPF is the holder of various licenses granted by the Federal Communications Commission to provide television services on wireless channels in various market areas in the United States.

5. Clearwire is in the business of providing wireless services to its customers and in 2001 sought to expand its business by utilizing the channels that companies like NACEPF were licensed to operate.

6. The purpose of the Master Agreement was to provide the framework under which Clearwire would use and pay for certain license rights of NACEPF.

7. Certain of the license rights held by NACEPF were not available to be assigned to Clearwire on the date of the initial closing under the Master Agreement. Instead, the Master Agreement provided that as those license rights became available for transfer that Clearwire would enter into additional agreement for its use of those licenses and pay NACEPF an agreed upon fee.

The Dispute

8. At various times after March 13, 2001, NACEPF has notified Clearwire under the terms of the Master Agreement that additional license rights are available for acquisition by Clearwire and requested that Clearwire acquire those rights and pay the fee provided for by the Master Agreement.

9. In violation of the Master Agreement, Clearwire has failed to acquire the licenses made available to it by NACEPF or paid the amounts due NACEPF. The amounts that are now past due to NACEPF exceed $1 million.

COUNT ONE

10. The allegations of paragraphs 1-9 are incorporated herein by reference.

11. Clearwire has breached the Master Agreement and failed to pay NACEPF amounts due to it under the Master Agreement.

WHEREFORE, NACEPF prays for the entry of a judgment in its favor and against Clearwire for those amounts the Court determines are due NACEPF.

COUNT TWO

12. The allegations of paragraphs 1-9 and 11 are incorporated herein by reference.

13. Besides its breaches of the Master Agreement, Clearwire has disputed any contractual obligations to NACEPF, and in fact has abandoned and is abandoning operations required for NACEPF's licenses in various States. Clearwire, however, contends NACEPF is obligated to it for certain unspecified matters. NACEPF disputes that claim.

14. There is an actual controversy between the parties as to their respective rights and obligations under the Master Agreement.

WHEREFORE, NACEPF prays that the Court enter a declaratory judgment that is no longer obligated to Clearwire under the Master Agreement.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Edward M. McNally (#614)
Anas A. Iqbal (#4269)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899
(302) 888-6800
Attorneys for Plaintiff

November 19, 2003



EMM/106539-0001/917602/1

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., a Rhode Island corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. |
| CLEARWIRE HOLDINGS, INC., a Delaware corporation, | ) | NON-ARBITRATION CASE TRIAL BY JURY OF TWELVE DEMANDED |
| Defendant. | ) | |

NORTH AMERICAN CATHOLIC EDUCATIONAL
PROGRAMMING FOUNDATION, INC.'S CERTIFICATE OF VALUE

I, EDWARD M. MCNALLY, attorney for Plaintiff, do hereby certify in good faith that at this time in my opinion the sum of damages of the Plaintiff is in excess of $100,000, exclusive of costs and interest.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

[signature]

Edward M. McNally (#614)
Anas A. Iqbal (#4269)
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800
Attorneys for Plaintiff

November 19, 2003

TRG. 5:33 P.M
DATE 11/19/03