# B

3

FILED
PROTHONOTARY
2004 FEB 12 PM 12: 11

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**
**IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., a Rhode Island corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 03C-11-172 RRC |
| CLEARWIRE HOLDINGS, INC., a Delaware corporation, | ) | NON-ARBITRATION CASE TRIAL BY JURY OF TWELVE DEMANDED |
| Defendant. | ) | |

PLAINTIFF NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.'S NOTICE OF DISMISSAL OF ITS COMPLAINT AGAINST CLEARWIRE HOLDINGS, INC.

Pursuant to Superior Court Civil Rule 41(a), the Plaintiff hereby dismisses this action, without prejudice.

MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

Edward M. McNally (#614)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Attorney for Plaintiff

February 12, 2004