UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., Plaintiff, v. GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH, Defendants. | ) | No.: 1:06-cv-00492-S-LDA |

**DECLARATION OF GERRY CARDINALE**

GERRY CARDINALE declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I submit this Declaration in support of defendants' Motion to Dismiss.
2. Statements in this Declaration are based upon personal knowledge except where specified to be based upon information and belief.
3. I am a Managing Director of Goldman, Sachs & Co.
4. At all relevant times, I have resided and worked in New York City, in the State of New York
5. I do not own, lease, use, possess, or control any real property in the State of Rhode Island.
6. I do not maintain any mailing address or telephone number in the State of Rhode Island.
7. I do not maintain an office or place of business in the State of Rhode Island.

8. I have served on the Board of Directors of Clearwire Holdings, Inc. ("Clearwire") from March 2001, following the execution of the Master Royalty and Use Agreement, to the present.

9. I have not traveled to Rhode Island at any time in connection with the Master Royalty and Use Agreement or other Clearwire business.

10. I have never authorized CT Corporation to accept service of process on my behalf.

11. The foregoing statements are true to the best of my knowledge, information and belief.

Dated: New York, New York
January 11, 2007

Gerry Cardinale

543270.3