UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,

Plaintiff,

v.

GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH,

Defendants.

No.: 1:06-cv-00492-S-LDA

**DECLARATION OF JIMMY M. MANSOUR**

JIMMY M. MANSOUR, declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Chief Executive Officer of Clearwire Holdings, Inc. and have been since March 2001. I currently reside in the vicinity of Austin, Texas.

2. Attached hereto as Exhibit A is a true and correct copy of the Third Amended and Restated Certificate of Incorporation for Clearwire.

3. Attached hereto as Exhibit B is a true and correct copy of the Fourth Amended and Restated Certificate of Incorporation for Clearwire.

4. Attached hereto as Exhibit C is a true and correct copy of the Master Royalty and Use Agreement, dated March 13, 2001.

5. Attached hereto as Exhibit D is a true and correct copy of a letter to Clearwire Shareholders dated August 15, 2003.

6. Attached hereto as Exhibit E is a true and correct copy of a letter to Clearwire Shareholders dated August 20, 2003.

7. The foregoing statements are true to the best of my knowledge, information and belief.

Dated: Travis County, Texas
January 12, 2007

Jimmy M. Mansour

543609