CLEARWIRE HOLDINGS INC.
19111 North Dallas Parkway, Suite 200
Dallas, Texas 75287

---

August 15, 2003

North American Catholic Educational Programming Foundation, Inc.
% John Primeau
2419 Hartford Avenue
Johnston, RI 02919-1719

Ladies and Gentlemen:

As you know, for the last several months, Clearwire Holdings Inc. (the "Corporation") has been attempting to raise additional funds to continue operations. Until recently, these efforts were focused upon a group of new investors led by AT&T Corporation ("AT&T"). Due to the unexpected withdrawal of AT&T from participation in the funding round, and despite the best efforts of the Corporation, the Corporation will be unable to complete the new round prior to the date upon which the Corporation's currently available funds are exhausted, which the Corporation expects to occur on or about August 22, 2003. As a result, the Corporation is proposing to raise emergency bridge financing (the "Bridge Financing") in the form of convertible notes (the "Convertible Notes") on the terms set forth in this letter and as further described in the Preemptive Rights Notice attached hereto as Exhibit A, to fund the Corporation's continued operations pending completion of the new financing round or a possible strategic transaction. The Bridge Financing will provide the Corporation with additional time to pursue a new round of financing and to pursue other strategic alternatives, which may include a sale or merger of the Corporation.

The Corporation is currently engaged in discussions with third parties regarding either a new financing round or a strategic transaction which could result in the acquisition of the Corporation. The proposed terms of the potential investment are described below under "Issuance of the Series C Preferred Stock." The terms of the potential strategic transaction are not definite at this time. Management of the Corporation is available to discuss in further detail the status of the potential investment or strategic transaction with any recipient of this letter prior to such recipient's decision to either invest or not in the Convertible Notes. If you wish to obtain further details about the potential investment or the potential strategic transaction, please contact Beau Paradowski at (469) 737-7610 or Jim Kirkland at (469) 737-7520.

By this letter and the Preemptive Rights Notice, the Corporation is providing all current investors the opportunity to participate in the Bridge Financing in an amount equal to their pro rata share of the aggregate principal amount of the Convertible Notes based upon each stockholder's current ownership interest in the Corporation in accordance with the Corporation's preemptive rights obligations described below under "Preemptive Rights Offer." **As further described below, due to these exigent circumstances, the Corporation requires that you indicate your willingness to purchase Convertible Notes no later that August 22, 2003.**

This letter and the attached Preemptive Rights Notice also constitute a Senior Security Notice from the GS Parties to the Alliance Members of a Senior Security Acquisition in accordance with Section 6.2(d)(ii) of the Stockholders Agreement (as defined below). Notwithstanding the fact that the closing of the Convertible Notes offering is anticipated to occur prior to the completion of the notice periods contemplated by Section 6.2(d)(ii) of the Stockholders Agreement, the GS Parties have advised the Corporation that they shall honor any acceptance notice delivered by an Alliance Member to the GS Parties in accordance with such provision, even if delivered after the closing of the Convertible Notes offering. Capitalized terms used in this paragraph but not otherwise defined shall have the meanings set forth in the Stockholders Agreement.

***Terms of Convertible Notes***

In recognition of the risk associated with the Bridge Financing, current stockholders who purchase Convertible Notes will receive significant benefits relative to non-participating stockholders in the event that the Corporation is successful in completing a new round of financing and/or a strategic transaction. **In determining whether to purchase Convertible Notes, you should consider that there is no assurance that the Corporation will be able to complete a new financing round or a strategic transaction.** The following is a summary of the proposed terms of the Convertible Notes:

| | |
|---|---|
| Aggregate Principal Amount: | $600,000 (the "Target Amount"). The Corporation reserves the right to terminate the offering of the Convertible Notes for any reason, including, without limitation, the failure to receive aggregate consideration in an amount the Corporation deems necessary to continue operations. |
| Interest Rate: | 8%, compounded monthly, payable at maturity |
| Maturity: | September 30, 2003 |
| Bankruptcy/Insolvency/Involuntary Liquidation: | In the event of the bankruptcy, insolvency or involuntary liquidation of the corporation, the maximum amount a holder shall be entitled to shall be the principal amount of such holder's convertible Notes plus any accrued and unpaid interest through the date of such event. Given the financial circumstances of the Company, there can be no assurance of any recovery in the event of the bankruptcy, insolvency or involuntary liquidation of the Corporation. |
| Surrender of Series A Preferred Stock and Series B Preferred Stock: | In addition, holders of Series A Convertible Preferred Stock, par value $0.01 per share (the "Series A Preferred Stock"), and Series B Convertible Preferred Stock, par value $0.01 per share (the "Series B Preferred Stock"), shall be permitted to surrender, for every dollar invested in the Convertible Notes, shares |

| | |
|---|---|
| | of Series A Preferred Stock and/or Series B Preferred Stock with an aggregate liquidation preference equal to $10 in exchange for certain rights described below effective upon a new round of financing or a strategic transaction. The dollar amount of liquidation preference of Series A Preferred Stock or Series B Preferred Stock surrendered by a purchaser of the Convertible Notes shall be referred to herein as the "Additional Amount." |
| Conversion: | Each holder of a Convertible Note shall convert the outstanding principal and interest on such holder's Convertible Note, plus any Additional Amount, into the securities issued in the Corporation's next round of funding, currently contemplated to be Series C Convertible Preferred Stock, par value $0.01 per share (the Series C Convertible Preferred Stock or any other security issued in the next funding round being referred to as the "Series C Preferred Stock"), at the closing of such round of funding (the "Closing Date"). |
| Participant Conversion Price/Multiple: | Holders of the Convertible Notes shall be entitled to receive, upon conversion, for each dollar of (i) principal and interest outstanding on a holder's Convertible Note outstanding on the Closing Date and (ii) Additional Amount surrendered by such holder, if any, in each case, the number of shares of Series C Preferred Stock equal to (x) $2 divided by (y) the purchase price of the Series C Preferred Stock on the Closing Date. |
| Effect of a Strategic Transaction: | In the event the Corporation completes a strategic transaction other than a Series C Financing round, holders of Convertible Notes shall be entitled to receive, upon the closing of such strategic transaction, for each dollar of (i) principal and interest outstanding on a holder's Convertible Note outstanding on the date of the closing of such strategic transaction and (ii) Additional Amount surrendered by such holder, if any, in each case, consideration valued by the Board of Directors of the Corporation to be equal to $2. The deemed "additional dollar" for the purchase of Series C Preferred Stock or receivable upon a strategic transaction in respect of a dollar of principal or interest on a Convertible Note or Additional Amount shall be referred to herein as the "Bridge Multiple." |

**Please note that the effect of the Bridge Multiple (including the Additional Amount) will be to reduce the portion of the pre-money valuation of the Corporation established in the Series C financing round or a strategic transaction which would otherwise be allocated to the existing stockholders based upon their ownership interests in the Corporation. For example, if (i) the Target Amount ($600,000) is raised, (ii) the agreed upon pre-money valuation of the Corporation in the Series C round or a strategic transaction is $20 million, (iii) the accrued interest on the outstanding Convertible Notes is $50,000, and (iv) the aggregate Additional Amount is $6,000,000, then $13.3 million shall be allocated to the purchasers of the Convertible Notes, rather than the existing stockholders of the Corporation. Thus, if you elect not to purchase your pro rata portion of the Convertible Notes, you will experience substantial additional dilution beyond the dilution associated either (x) with the issuance of the Series C Preferred Stock to purchasers other than holders of the Convertible Notes or (y) the completion of a strategic transaction.**

Investors in the Convertible Notes will be required to execute and deliver a definitive purchase agreement with respect to the Convertible Notes which will contain representations, warranties and covenants by the Corporation and each investor and disclosure schedules with respect to certain of the representations and warranties of the Corporation. These documents, together with a form of the Convertible Notes, will be delivered to stockholders who indicate an interest in purchasing the Convertible Notes.

In addition to the benefits afforded to the holders of the Convertible Notes, the Corporation has been advised that a majority of the holders of the outstanding Series A Preferred Stock and Series B Preferred Stock will amend the Company's certificate of incorporation to exclude the Convertible Notes from any anti-dilution adjustments contained in the terms of the Series A Preferred Stock and Series B Preferred Stock.

*Issuance of the Series C Preferred Stock*

As noted above, it is currently contemplated that the Corporation will issue Series C Preferred Stock to investors in the next round of financing, if such round is consummated. The proposed terms of the Series C Preferred Stock are set forth on Exhibit B. Please note that these terms are subject to change based upon continuing negotiations with potential investors. The Corporation anticipates a "pre-money" valuation of the Corporation in this round of financing to be approximately $15-25 million. In connection with this funding round, the Corporation is likely to be required to take certain actions that will negatively impact the holders of Series A Preferred Stock, Series B Preferred Stock and common stock, par value $0.01 per share ("Common Stock"). These actions are anticipated to include, among other things, the following:

- an exchange of each share of the Series A Preferred Stock and Series B Preferred Stock for a fractional share of new Series A Preferred Stock or Series B Preferred Stock, as applicable, with the following terms:
    1. an amendment to the events upon which the holders of Series A Preferred Stock and Series B Preferred Stock are entitled to receive their liquidation preference in cash;

2. a reduction of the liquidation preferences of the Series A Preferred Stock and the Series B Preferred Stock to allocate the pre-money valuation of the Corporation established in negotiations with the potential new investors in the Series C Preferred Stock, as reduced by the effect of the Bridge Multiple (including the Additional Amount), among the outstanding Common Stock, Series A Preferred Stock and Series B Preferred Stock;
3. in connection with the reduction of the liquidation preferences described above, a corresponding reduction of the initial conversion prices of the Series A Preferred Stock and the Series B Preferred Stock which has the effect of reducing the number of shares of Common Stock into which the Series A Preferred Stock or Series B Preferred Stock are convertible;
4. elimination of accrued dividends on the Series A Preferred Stock and the Series B Preferred Stock;
5. an amendment to the anti-dilution protection contained in the Series A Preferred Stock and Series B Preferred Stock from the current narrow weighted average anti-dilution protection of the Series A Preferred Stock and the current "full ratchet" anti-dilution protection of the Series B Preferred Stock to the broad weighted average anti-dilution adjustment also contained in the Series C Preferred Stock; and
6. an amendment to the types of issuances of securities that would trigger anti-dilution protection for the Series A Preferred Stock and Series B Preferred Stock; and

- a reverse stock split of the Common Stock that will effectively eliminate the outstanding Common Stock. This reverse split is necessary in connection with the issuance of the Series C Preferred Stock to effectuate the anti-dilution protections afforded to the Series A Preferred Stock and Series B Preferred Stock.

Please note that the foregoing items may be modified or supplemented based upon negotiations among the Corporation, the existing stockholders and potential new investors. While we recognize that the foregoing actions will have a negative impact on the existing stockholders, we believe that these actions are required to attract additional funding in the current difficult financing market.

***Preemptive Rights Offer***

Under the Stockholders Agreement (the "Stockholders Agreement"), dated as of March 13, 2001, as amended by the Amendment to the Stockholders Agreement, dated as of August 15, 2001, the Second Amendment to the Stockholders Agreement, dated as of November 21, 2001, the Third Amendment to the Stockholders Agreement, dated as of September 30, 2002 and the Fourth Amendment to the Stockholders Agreement, dated as of April 30, 2003, and the Fifth Amendment to the Stockholders Agreement (the "August 2003 Amendment"), among the Corporation and the stockholders party thereto (the "Stockholders"), the Corporation is, subject

to certain exceptions, required to give all Stockholders notice of the sale of any of the Corporation's equity securities and provide the Stockholders an opportunity to participate in such sale (the "Preemptive Rights Offer"). Because of the Corporation's current financial condition, it is imperative that the Corporation issue the Convertible Notes as soon as possible to continue operations and seek a new financing round or pursue a strategic transaction. For this reason, the Corporation entered into the August 2003 Amendment to shorten the period in which the Preemptive Rights Offer is required to be outstanding from 15 days to 5 days. The Preemptive Rights Notice attached to this letter as Exhibit A provides additional detail about the terms of the Preemptive Rights Offer. The principal amount of Convertible Notes that you have the right to purchase pursuant to the Preemptive Rights Offer is up to $99, assuming the Corporation is successful in raising the Target Amount. In addition, if other Stockholders purchase less than their pro rata share of the principal amount of Convertible Notes they are entitled to purchase under the Preemptive Rights Offer, you may purchase additional Convertible Notes. If you would like to purchase additional Convertible Notes ("Additional New Securities"), please indicate your intention to do so on the Intention to Purchase form attached to the Preemptive Rights Notice. The Corporation may allocate such Additional New Securities to potential purchasers in its sole discretion. Therefore, you may receive all, less than all or none of the Additional New Securities you request to purchase.

If a Stockholder desires to surrender any of its shares of Series A Preferred Stock or Series B Preferred Stock in connection with such Stockholder's purchase of the Convertible Notes, such Stockholder should contact Jim Kirkland at (469) 737-7520 for further instructions regarding surrender of such Stockholder's certificates.

**If you wish to purchase the Convertible Notes, please return a completed Intention to Purchase form, a copy of which is attached to the Preemptive Rights Notice described below, no later than August 22, 2003 (the "Expiration Date").**

Via facsimile, mail, courier or Federal Express:

Clearwire Holdings Inc.
19111 North Dallas Parkway, Suite 200
Dallas, Texas 75287
Facsimile: (469) 737-7516
Attention: Beau Paradowski

Your prompt attention and response to the matters discussed in this letter are greatly appreciated. Should you have any questions with respect to these matters, please contact Beau Paradowski at (469) 737-7610 or Jim Kirkland at (469) 737-7520.

Thank you for your continued support of the Corporation.

Sincerely,

James A. Kirkland
Senior Vice President of Spectrum
Development and General Counsel

EXHIBIT A

CLEARWIRE HOLDINGS INC.
19111 North Dallas Parkway, Suite 200
Dallas, Texas 75287

NOTICE OF PREEMPTIVE RIGHTS

August 15, 2003

Pursuant to Section 6 of the Stockholders Agreement (the "Agreement"), dated as of March 13, 2001, as amended by the Amendment to the Stockholders Agreement, dated as of August 15, 2001, the Second Amendment to the Stockholders Agreement, dated as of November 21, 2001, the Third Amendment to the Stockholders Agreement, dated as of September 30, 2002, the Fourth Amendment to the Stockholders Agreement, dated as of April 30, 2003, and the Fifth Amendment to the Stockholders Agreement (the "August 2003 Amendment"), by and among Clearwire Holdings Inc. (the "Corporation") and the stockholders of the Corporation party thereto (collectively, the "Stockholders"), written notice (the "Notice") is hereby given to all Stockholders of the following:

1. The Corporation intends to sell and issue up to $600,000 in principal amount of convertible notes (the "Convertible Notes") to accredited investors in a private placement pursuant to an exemption from the Securities Act of 1933, as amended. The general terms of the Convertible Notes are set forth in the letter to Stockholders to which this Notice is attached.

2. In accordance with Section 6 of the Agreement (as amended by the August 2003 Amendment), Stockholders have five (5) days after delivery of this Notice to Stockholders to agree to purchase up to their pro rata share of the principal amount of the Convertible Notes. To the extent any Stockholders purchase less than their pro rata share of the Convertible Notes, the Corporation may offer such Convertible Notes to any Stockholders who would like to purchase such unpurchased principal amount of Convertible Notes. If any Stockholder would like to purchase Convertible Notes in a principal amount greater than such Stockholder's pro rata share of the of the principal amount of the Convertible Notes, such Stockholder should indicate its intention to do so on the attached Intention to Purchase. The Corporation may allocate such additional principal amount of Convertible Notes to potential purchasers in its sole discretion.

If a Stockholder desires to surrender any of its shares of Series A Preferred Stock or Series B Preferred Stock in connection with such Stockholder's purchase of the Convertible Notes, such Stockholder should contact Jim Kirkland at (469) 737-7520 for further instructions regarding surrender of such Stockholder's certificates.

In the meantime, please provide written notice of your intention to purchase the Convertible Notes by returning the attached Intention to Purchase form to the facsimile number listed on the Intention to Purchase form no later than August 22, 2003. Intention to Purchase forms received after that date may or may not be accepted in the Corporation's sole discretion.

This Notice and the letter to which it is attached also constitute a Senior Security Notice from the GS Parties to the Alliance Members of a Senior Security Acquisition in accordance with Section 6.2(d)(ii) of the Stockholders Agreement. Notwithstanding the fact that the closing of the Convertible Notes offering is anticipated to occur prior to the completion of the notice periods contemplated by Section 6.2(d)(ii) of the Stockholders Agreement, the GS Parties have advised the Corporation that they shall honor any acceptance notice delivered by an Alliance Member to the GS Parties in accordance with such provision, even if delivered after the closing of the Convertible Notes offering. Capitalized terms used in this paragraph but not otherwise defined shall have the meanings set forth in the Stockholders Agreement.

CLEARWIRE HOLDINGS INC.

# INTENTION TO PURCHASE

Please check the appropriate box:

❑ I would like to purchase Convertible Notes. The total principal amount of Convertible Notes I would like to purchase is $________________, consisting of $________________ of principal amount of Convertible Notes under my preemptive right and $________________ of principal amount of additional Convertible Notes.

❑ I do not wish to purchase Convertible Notes.

Dated: ________________________ ________________________
[Signature]

________________________
[Printed or typed name]

Upon completion, please send this Intention to Purchase form via facsimile to the attention of Beau Paradowski of Clearwire Holdings Inc., at (469) 737-7610.