CLEARWIRE HOLDINGS INC.
19111 North Dallas Parkway, Suite 200
Dallas, Texas 75287

August 20, 2003

«First_Name» «Last_Name»«Suffix»
«Company»
«Address_1»
«Address_2»
«City», «State» «Postal_Code»

Dear «Title» «Last_Name»:

On August 15, 2003, Clearwire Holdings Inc. (the "Corporation") sent to its stockholders a letter (the "Original Letter") describing the preemptive rights offer (the "Original Offer") to its stockholders to purchase convertible notes (the "Convertible Notes") in connection with the Corporation's attempt to secure emergency bridge financing (the "Bridge Financing"). It has come to the Corporation's attention that certain stockholders may not be able to purchase Convertible Notes pursuant to the Original Offer due to certain state law restrictions. For this reason, the Corporation is terminating the Original Offer and replacing it with the Preemptive Rights Offer (as defined below) contained in this letter. The primary difference between the Original Offer and the Preemptive Rights Offer is that the Corporation is issuing an equity security, in the form of Series C Preferred Stock, par value $0.01 per share (the "Series C Preferred Stock"), instead of a debt security, which means the Corporation will not have a fixed obligation to repay principal and interest. Because of the change in the terms of the securities to be issued by the Corporation, **we are extending the deadline for receipt of Intention to Purchase Forms described below and in the Preemptive Rights Notice attached hereto as Exhibit A to August 27, 2003**. The closing of the sale of the Series C Preferred Stock will occur not later than September 2, 2003.

In recognition of the risk associated with this financing, current stockholders who purchase Series C Preferred Stock will receive significant benefits relative to non-participating stockholders in the event that the Corporation is successful in completing a new round of financing and/or a strategic transaction. **In determining whether to purchase Series C Preferred Stock, you should consider that there is no assurance that the Corporation will be able to complete a new financing round or a strategic transaction.** The Corporation will use the proceeds from the issuance of the Series C Preferred Stock to fund the Corporation's continued operations pending completion of the new financing round or a possible strategic transaction, which may include a sale of the Corporation.

B

C

The Corporation is currently engaged in discussions with third parties regarding either a new financing round or a strategic transaction which could result in the acquisition of the Corporation. The proposed terms of the potential investment are described below under "Issuance of the Series D Preferred Stock." The terms of the potential strategic transaction are not definite at this time. Management of the Corporation is available to discuss in further detail the status of the potential investment or strategic transaction with any recipient of this letter prior to such recipient's decision to either invest or not in the Series C Preferred Stock. If you wish to obtain further details about the potential investment or the potential strategic transaction, please contact Beau Paradowski at (469) 737-7610 or Jim Kirkland at (469) 737-7520.

The following is a summary of the proposed terms of the Series C Preferred Stock. The specific terms of the Series C Preferred Stock will be contained in the form of the Amended and Restated Certificate of Incorporation that will be delivered to stockholders who indicate an interest in purchasing the Series C Preferred Stock as described below. This summary is subject to the final terms described in the Amended and Restated Certificate of Incorporation.

| | |
|---|---|
| **Instrument:** | Series C Preferred Stock |
| **Target Amount:** | Up to $600,000 in cash (the "Target Amount"), plus the additional consideration described below under "Consideration". The Corporation reserves the right to terminate the offering of the Series C Preferred Stock for any reason, including, without limitation, the failure to receive aggregate consideration in an amount the Corporation deems necessary to continue operations. |
| **Price Per Share:** | $1.00 |
| **Consideration:** | The Corporation will accept as payment for the Series C Preferred Stock (i) cash and (ii) for every $1 of cash invested in the Series C Preferred Stock by a holder of Series A Convertible Preferred Stock, par value $0.01 per share (the "Series A Preferred Stock") or Series B Convertible Preferred Stock, par value $0.01 per share (the "Series B Preferred Stock"), shares of Series A Preferred Stock or Series B Preferred Stock with an aggregate liquidation preference equal to $10. The ability of holders of Series A Preferred Stock or Series B Preferred Stock to purchase Series C Preferred Stock with their shares of Series A Preferred Stock or Series B Preferred Stock, as applicable, is |

referred to in this letter as the "Additional Consideration."

**Seniority:**

The Series C Preferred Stock will be senior to the Series A Preferred Stock, the Series B Preferred Stock and the common stock, par value $0.01 per share (the "Common Stock") with respect to the right to receive dividends and with respect to the right to the Liquidation Preference upon the occurrence of a Liquidation Event (as defined below).

**Dividends:**

Dividends will accrue at a rate of 8% per annum, payable when, as and if declared by the Board of Directors or upon Liquidation Event (see Liquidation Preference).

**Liquidation Preference:**

Upon the occurrence of a Liquidation Event, each share of Series C Preferred Stock will be entitled to the Per Share Liquidation Amount (defined below). "Per Share Liquidation Amount" is defined as the product of (x) two (2) (the "Multiple") times (y) the sum of $1.00 plus accrued but unpaid dividends per share of Series C Preferred Stock payable in cash or other form of consideration received as part of the Liquidation Event.

**Liquidation Events:**

"Liquidation Event" is defined as the liquidation, dissolution or winding up of the Corporation. A Liquidation Event shall also include a strategic transaction (including a sale of the Corporation).

**Mandatory Conversion:**

Upon the closing of the Corporation's next equity financing round, each share of outstanding Series C Preferred Stock shall automatically be converted into the number of shares of Series D Convertible Preferred Stock, par value $0.01 per share (the Series D Convertible Preferred Stock or any other equity security issued in the such financing round, the "Series D Preferred Stock") issued in such financing round equal to (i) the Per Share Liquidation Amount as of the date of the conversion divided by (ii) the purchase price per share of the Series D Preferred Stock.

**Voting Rights:** Each share of Series C Preferred Stock shall vote together with the Series A Preferred Stock, Series B Preferred Stock and Common Stock as a single class, with each share of Series C Preferred Stock having two votes.

**Please note that the effect of the Multiple (including the Additional Consideration) will be to reduce the portion of the pre-money valuation of the Corporation established in the Series D financing round or a strategic transaction which would otherwise be allocated to the existing stockholders based upon their ownership interests in the Corporation. For example, if (i) the Target Amount ($600,000) is raised, (ii) the agreed upon pre-money valuation of the Corporation in the Series D financing round or a strategic transaction is $20 million, (iii) the accrued dividends on the outstanding Series C Preferred Stock is $50,000, and (iv) the aggregate Additional Consideration is $6,000,000, then $13.3 million of the pre-money valuation shall be allocated to the purchasers of the Series C Preferred Stock, rather than the existing stockholders of the Corporation. Thus, if you elect not to purchase your pro rata portion of the Series C Preferred Stock, you will experience substantial additional dilution beyond the dilution associated either (x) with the issuance of the Series D Preferred Stock to purchasers or (y) the completion of a strategic transaction.**

Investors in the Series C Preferred Stock will be required to execute and deliver a definitive purchase agreement with respect to the Series C Preferred Stock which will contain representations, warranties and covenants by the Corporation and each investor and disclosure schedules with respect to certain of the representations and warranties of the Corporation. These documents, together with a form of the Amended and Restated Certificate of Incorporation (which will include the terms of the Series C Preferred Stock), will be delivered to stockholders who indicate an interest in purchasing the Series C Preferred Stock.

In addition to the benefits afforded to the holders of the Series C Preferred Stock, the Corporation has been advised that a majority of the holders of the outstanding Series A Preferred Stock and Series B Preferred Stock will amend the Corporation's existing certificate of incorporation to exclude the issuance of Series C Preferred Stock from any anti-dilution adjustments contained in the terms of the Series A Preferred Stock and Series B Preferred Stock.

***Issuance of the Series D Preferred Stock***

As noted above, it is currently contemplated that the Corporation will issue Series D Preferred Stock to investors in the next round of financing, if such round is consummated. The proposed terms of the Series D Preferred Stock are set forth on Exhibit B. Please note that these terms are subject to change based upon continuing negotiations with potential investors. The Corporation anticipates a "pre-money" valuation of the Corporation in the Series D round of financing to be approximately $15-

B

C

25 million. In connection with the Series D funding round, the Corporation is likely to be required to take certain actions that will negatively impact the holders of Series A Preferred Stock, Series B Preferred Stock and Common Stock. These actions are anticipated to include, among other things, the following:

- an exchange of each share of the Series A Preferred Stock and Series B Preferred Stock for a fractional share of new Series A Preferred Stock or Series B Preferred Stock, as applicable, with the following terms:

1. an amendment to the events upon which the holders of Series A Preferred Stock and Series B Preferred Stock are entitled to receive their liquidation preference in cash;
2. a reduction of the liquidation preferences of the Series A Preferred Stock and the Series B Preferred Stock to allocate the pre-money valuation of the Corporation established in negotiations with the potential new investors in the Series D Preferred Stock, as reduced by the effect of the Multiple (including the Additional Consideration), among the outstanding Common Stock, Series A Preferred Stock and Series B Preferred Stock;
3. in connection with the reduction of the liquidation preferences described above, a corresponding reduction of the initial conversion prices of the Series A Preferred Stock and the Series B Preferred Stock which has the effect of reducing the number of shares of Common Stock into which the Series A Preferred Stock or Series B Preferred Stock are convertible;
4. elimination of accrued dividends on the Series A Preferred Stock and the Series B Preferred Stock;
5. an amendment to the anti-dilution protection contained in the Series A Preferred Stock and Series B Preferred Stock from the current narrow weighted average anti-dilution protection of the Series A Preferred Stock and the current "full ratchet" anti-dilution protection of the Series B Preferred Stock to the broad weighted average anti-dilution adjustment anticipated to be contained in the Series D Preferred Stock; and
6. an amendment to the types of issuances of securities that would trigger anti-dilution protection for the

Series A Preferred Stock and Series B Preferred Stock; and

- a reverse stock split of the Common Stock that will effectively eliminate the outstanding Common Stock. This reverse split is necessary in connection with the issuance of the Series D Preferred Stock to effectuate the anti-dilution protections afforded to the Series A Preferred Stock and Series B Preferred Stock.

Please note that the foregoing items may be modified or supplemented based upon negotiations among the Corporation, the existing stockholders and potential new investors. While we recognize that the foregoing actions will have a negative impact on the existing stockholders, we believe that these actions are required to attract additional funding in the current difficult financing market.

***Preemptive Rights Offer***

Under the Stockholders Agreement (the "Stockholders Agreement"), dated as of March 13, 2001, as amended by the Amendment to the Stockholders Agreement, dated as of August 15, 2001, the Second Amendment to the Stockholders Agreement, dated as of November 21, 2001, the Third Amendment to the Stockholders Agreement, dated as of September 30, 2002 and the Fourth Amendment to the Stockholders Agreement, dated as of April 30, 2003, and the Fifth Amendment to the Stockholders Agreement (the "August 2003 Amendment"), among the Corporation and the stockholders party thereto (the "Stockholders"), the Corporation is, subject to certain exceptions, required to give all Stockholders notice of the sale of any of the Corporation's equity securities and provide the Stockholders an opportunity to participate in such sale (the "Preemptive Rights Offer"). Because of the Corporation's current financial condition, it is imperative that the Corporation issue the Series C Preferred Stock as soon as possible to continue operations and seek a new financing round or strategic transaction. For this reason, the Corporation entered into the August 2003 Amendment to shorten the period in which the Preemptive Rights Offer is required to be outstanding from 15 days to 5 days. The Preemptive Rights Notice attached to this letter as Exhibit A provides additional detail about the terms of this Preemptive Rights Offer. The amount of Series C Preferred Stock that you have the right to purchase pursuant to the Preemptive Rights Offer is up to $«Bridge», assuming the Corporation is successful in raising the Target Amount. In addition, if other Stockholders purchase less than their pro rata share of Series C Preferred Stock they are entitled to purchase under the Preemptive Rights Offer, you may purchase additional Series C Preferred Stock. If you would like to purchase additional Series C Preferred Stock ("Additional New Securities"), please indicate your intention to do so on the Intention to Purchase form attached to the Preemptive Rights Notice. The Corporation may allocate such Additional New Securities to potential purchasers in its sole discretion. Therefore, you may receive all, less than all or none of the Additional New Securities you request to purchase.

This letter and the attached Preemptive Rights Notice also constitute a Senior Security Notice from the GS Parties to the Alliance Members of a Senior Security Acquisition in accordance with Section 6.2(d)(ii) of the Stockholders Agreement. Notwithstanding the fact that the closing of the Series C Preferred Stock offering is anticipated to occur prior to the completion of the notice periods contemplated by Section 6.2(d)(ii) of the Stockholders Agreement, the GS Parties have advised the Corporation that they shall honor any acceptance notice delivered by an Alliance Member to the GS Parties in accordance with such provision, even if delivered after the closing of the Series C Preferred Stock offering. Capitalized terms used in this paragraph but not otherwise defined shall have the meanings set forth in the Stockholders Agreement.

If a Stockholder desires to surrender any of its shares of Series A Preferred Stock or Series B Preferred Stock in connection with such Stockholder's purchase of the Series C Preferred Stock, such Stockholder should contact Jim Kirkland at (469) 737-7520 for further instructions regarding surrender of such Stockholder's stock certificates.

**If you wish to purchase Series C Preferred Stock, please return a completed Intention to Purchase form, a copy of which is attached to the Preemptive Rights Notice described below, no later than August 27, 2003 (the "Expiration Date"). The closing of the sale of the Series C Preferred Stock will occur not later than September 2, 2003.**

Via facsimile, mail, courier or Federal Express:

Clearwire Holdings Inc.
19111 North Dallas Parkway, Suite 200
Dallas, Texas 75287
Facsimile: (469) 737-7516
Attention: Beau Paradowski

Your prompt attention and response to the matters discussed in this letter are greatly appreciated. Should you have any questions with respect to these matters, please contact Beau Paradowski at (469) 737-7610 or Jim Kirkland at (469) 737-7520.

Thank you for your continued support of the Corporation.

Sincerely,

James A. Kirkland
Senior Vice President of Spectrum
Development and General Counsel

EXHIBIT A

CLEARWIRE HOLDINGS INC.
19111 North Dallas Parkway, Suite 200
Dallas, Texas 75287

NOTICE OF PREEMPTIVE RIGHTS

August 20, 2003

Pursuant to Section 6 of the Stockholders Agreement (the "Agreement"), dated as of March 13, 2001, as amended by the Amendment to the Stockholders Agreement, dated as of August 15, 2001, the Second Amendment to the Stockholders Agreement, dated as of November 21, 2001, the Third Amendment to the Stockholders Agreement, dated as of September 30, 2002, the Fourth Amendment to the Stockholders Agreement, dated as of April 30, 2003, and the Fifth Amendment to the Stockholders Agreement (the "August 2003 Amendment"), by and among Clearwire Holdings Inc. (the "Corporation") and the stockholders of the Corporation party thereto (collectively, the "Stockholders"), written notice (the "Notice") is hereby given to all Stockholders of the following:

1. The Corporation intends to sell and issue Series C Convertible Preferred Stock, par value $0.01 per share (the "Series C Preferred Stock") for cash consideration equal to $600,000 plus additional consideration described in the letter to which this Notice is attached, to accredited investors in a private placement pursuant to an exemption from the Securities Act of 1933, as amended. The general terms of the Series C Preferred Stock are set forth in the letter to Stockholders to which this Notice is attached.

2. In accordance with Section 6 of the Agreement (as amended by the August 2003 Amendment), Stockholders have five (5) days after delivery of this Notice to agree to purchase up to their pro rata share of Series C Preferred Stock. To the extent any Stockholders purchase less than their pro rata share of the shares of Series C Preferred Stock, the Corporation may offer such unpurchased shares of Series C Preferred Stock to any Stockholders who would like to purchase such unpurchased shares of Series C Preferred Stock. If any Stockholder would like to purchase shares of Series C Preferred Stock in amount greater than such Stockholder's pro rata share of the Series C Preferred Stock to be issued, such Stockholder should indicate its intention to do so on the attached Intention to Purchase. The Corporation may allocate such additional shares of Series C Preferred Stock to potential purchasers in its sole discretion.

If a Stockholder desires to surrender any of its shares of Series A Preferred Stock or Series B Preferred Stock in connection with such Stockholder's purchase of the Series C Preferred Stock, such Stockholder should contact Jim Kirkland at (469) 737-7520 for further instructions regarding surrender of such Stockholder's stock certificates.



ALL-STATE LEGAL® 800-222-0510

In the meantime, please provide written notice of your intention to purchase the Series C Preferred Stock by returning the attached Intention to Purchase form to the facsimile number listed on the Intention to Purchase form no later than August 27, 2003. Intention to Purchase forms received after that date may or may not be accepted in the Corporation's sole discretion. The closing of the sale of the Series C Preferred Stock will occur not later than September 2, 2003.

This Notice and the letter to which it is attached also constitute a Senior Security Notice from the GS Parties to the Alliance Members of a Senior Security Acquisition in accordance with Section 6.2(d)(ii) of the Stockholders Agreement. Notwithstanding the fact that the closing of the Series C Preferred Stock offering is anticipated to occur prior to the completion of the notice periods contemplated by Section 6.2(d)(ii) of the Stockholders Agreement, the GS Parties have advised the Corporation that they shall honor any acceptance notice delivered by an Alliance Member to the GS Parties in accordance with such provision, even if delivered after the closing of the Series C Preferred Stock offering. Capitalized terms used in this paragraph but not otherwise defined shall have the meanings set forth in the Stockholders Agreement.

CLEARWIRE HOLDINGS INC.

**INTENTION TO PURCHASE**

Please check the appropriate box:

☐ I would like to purchase Series C Preferred Stock. The total amount of Series C Preferred Stock I would like to purchase is $__________________, consisting of $__________________ of Series C Preferred Stock under my preemptive right and $_________________ of additional Series C Preferred Stock.

☐ I do not wish to purchase Series C Preferred Stock.

Dated: ________________________ ____________________________
[Signature]

____________________________
[Printed or typed name]

Upon completion, please send this Intention to Purchase form via facsimile to the attention of Beau Paradowski of Clearwire Holdings Inc., at (469) 737-7644.

# EXHIBIT B

Proposed Terms of the Series D Preferred Stock

**PLEASE NOTE THAT THESE TERMS ARE SUBJECT TO CHANGE BASED UPON NEGOTIATIONS WITH POTENTIAL INVESTORS IN THE SERIES D PREFERRED STOCK.**

| | |
|---|---|
| **Instrument:** | Series D Convertible Preferred Stock |
| **Amount:** | Up to $**[TBD]** million |
| **Price Per Share:** | $**[TBD]** |
| **Dividends:** | Accrues at a rate of **[TBD]**% per annum, payable when, as and if declared by the Board of Directors or upon liquidation (see Liquidation Preference) |
| **Liquidation Preference:** | Greater of original price per share plus accrued but unpaid dividends or amount the holder of a share of the Series D Preferred Stock would be entitled to receive if all Series A Convertible Preferred Stock, par value $0.01 per share ("Series A Preferred Stock"), Series B Convertible Preferred Stock, par value $0.01 per share ("Series B Preferred Stock"), and the Series D Preferred Stock had been converted to Common Stock immediately prior to the liquidation event. The Series D Preferred Stock participates on a pari passu basis with Series A Preferred Stock and Series B Preferred Stock and before any amount shall be paid or distributed to the holders of any common stock, par value $0.01 per share ("Common Stock"). |
| **Conversion Price:** | $**[TBD]** per share of Common Stock, subject to anti-dilution protection |
| **Conversion Conditions:** | Convertible at any time at holder's request; mandatory conversion upon an initial public offering with gross proceeds greater than $40,000,000 and a per share price 3x the original issue price per share of the Series D Preferred Stock per share of Common Stock or upon the vote of two-thirds of the holders of Series A Preferred Stock, Series B Preferred Stock and Series D Preferred Stock, voting as a single class on an as-converted basis |
| **Anti-Dilution Protection:** | Weighted average anti-dilution protection |