UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH,<br><br>*Defendants.* | ) | C.A. No. 06-492-S |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants The Goldman Sachs Group, Inc., Gerry Cardinale, Rob Gheewalla, Jack Daly, GS Capital Partners III, L.P., and GS Capital Partners III Offshore, L.P. hereby move that Lara Turcik be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/ Brian J. Lamoureux
Defendants' counsel

By: Brian J. Lamoureux
Bar ID. No. 6211
Brown Rudnick Berlack Israels LLP
121 South Main Street , Providence, RI 02903

Dated: January 19, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and of the following Federal District Court and/or Court of Appeals Bar(s), United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Lara Turcik
Signature of *Pro Hac Vice* Applicant

Lara Turcik 4076758
Print Name State Bar ID #

Fried, Frank, Harris, Shriver & Jacobson, LLC
Firm Name

One New York Plaza, NY, NY 10004-1980
Business Address

(212) 859-8000 (212) 859-8584
Tel. # Fax #

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel

/s/ Brian J. Lamoureux
Signature of Local Counsel

Brian J. Lamoureux 6211
First Name R.I. Bar ID #

Brown Rudnick Berlack Israels LLP
Firm and Business Address
121 South Main Street
Providence, RI 02903

Tel.: 401-276-2600 Fax # 401-276-2601

---

**ORDER**

This motion is hereby ____________

______________________
District Judge