**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,** | : | |
| ***Plaintiff,*** | : | **C.A. No. 06-492S** |
| **v.** | : | |
| **GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH** | : | |
| ***Defendants.*** | : | |

**JOINT MOTION TO ENLARGE TIME (1) FOR CERTAIN DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; (2) FOR PLAINTIFF TO FILE OBJECTIONS TO DEFENDANTS' MOTIONS TO DISMISS; AND (3) FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION**

On January 16, 2007, Defendants Gerry Cardinale, Rob Gheewalla, Jack Daly, and Goldman Sachs Group, Inc. filed two (2) motions to dismiss pursuant to Fed. R. Civ. Pro. 12(b)(2), 12(b)(5) and 12(b)(6). Objections to each motion are due to be filed by February 2, 2007.

Recently, Plaintiff served its Complaint on the remaining Defendants: GS Capital Partners III, L.P. (served on or about January 8, 2007); GS Capital Partners III Offshore, L.P. (served on or about January 10, 2007); and Goldman Sachs & Co. Verwaltungs GmbH (served on or about January 17, 2007).[1]

[1] By joining in this motion, Defendants expressly preserve and do not waive any of their objections or defenses relating to service of process and jurisdiction.

Given the significance of the matters raised in these motions, and the time needed by counsel to adequately address the issues raised therein, Defendants have assented to an extension of time to allow Plaintiff to respond to said motions. The parties also believe that judicial economy would be served by coordinating all of their respective pleadings and establishing a briefing schedule rather than pursuing piecemeal motion practice.

In light of the foregoing, Plaintiff and Defendants jointly move as follows:

(1) to enlarge the time in which Defendants GS Capital Partners III, L.P., GS Capital Partners III Offshore, L.P., and Goldman Sachs & Co. Verwaltungs GmbH shall have to plead or otherwise respond to Plaintiff's Complaint to **February 13, 2007**;

(2) to enlarge the time in which Plaintiff may file its objections and responses to the motions to dismiss in this matter to **March 16, 2007**; and

(3) to enlarge the time for Defendants to file their reply to said opposition by the Plaintiff to **April 26, 2007**.

**NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.**

By its Attorneys,

/s/ Matthew T. Oliverio
Matthew T. Oliverio (#3372)
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
401.861.2900
401.861.2922 Facsimile
mto@om-rilaw.com

**GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH**

By their Attorneys,

/s/ William M. Dolan III
William M. Dolan III (#4524)
Wayne F. Dennison, *pro hac vice*
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com

OF COUNSEL:
Douglas H. Flaum
Lara Turcik
Elizabeth A. Walsh
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
(212) 859-8000

Dated: January 24, 2007

**CERTIFICATION**

I hereby certify that the foregoing *JOINT MOTION TO ENLARGE TIME (1) FOR CERTAIN DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; (2) FOR PLAINTIFF TO FILE OBJECTIONS TO DEFENDANTS' MOTIONS TO DISMISS; AND (3) FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 24th day of January, 2007.

Brian J. Lamoureux, Esquire
bjl@brownrudnick.com

William M. Dolan, III, Esquire
wdolan@brownrudnick.com

/s/ Matthew T. Oliverio