**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,** | : | |
| ***Plaintiff,*** | : | **C.A. No. 06-492S** |
| **v.** | : | |
| **GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH** | : | |
| ***Defendants.*** | : | |

## AFFIDAVIT CERTIFYING TO SERVICE PURSUANT TO RULE 4

I, Matthew T. Oliverio, under oath depose and state as follows:

1. I am counsel of record to Plaintiff in the above-captioned matter and filed a complaint in the United States District Court for the District of Rhode Island on November 14, 2006.

2. On January 3, 2007 I caused a copy of the summons and complaint to be mailed, via certified mail, return receipt requested to M & C Corporate Services Ltd., registered agent for GS Capital Partners III Offshore, L.P., P.O. Box 309, Georgetown, Grand Cayman, Cayman Islands, British West Indies.

3. Said summons and complaint was acknowledged to have been delivered to M & C Corporate Services Ltd., registered agent for GS Capital Partners III Offshore, L.P. on January 20, 2007, as evidenced by the return receipt attached and made a part hereof.

4. Said service was effectuated in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Matthew T. Oliverio, Esquire #3372
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Subscribed and sworn to before me this 12th day of February, 2007.

Notary Public
My commission expires: 9/27/08

**CERTIFICATION**

I hereby certify that the foregoing *AFFIDAVIT CERTIFYING TO SERVICE PURSUANT TO RULE 4* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 12th day of February, 2007.

Brian J. Lamoureux, Esquire
bjl@brownrudnick.com

William J. Dolan, III, Esquire
wdolan@brownrudnick.com

/s/ Matthew T. Oliverio

Completed by the office of origin. *(A remplir par le bureau d'origine.)*

Item Description *(Nature de l'envoi )* ☐ Registered Article *(Envoi recommandé)* ☐ Letter *(Lettre)* ☐ Printed Matter *(Imprimé)* ☐ Other *(Autre)* ☐ Recorded Delivery *(Envoi à livraison attestée)* ☐ Express Mail International

☐ Insured Parcel *(Colis avec valeur déclarée)*

Insured Value *(Valeur déclarée)*

Article Number

Office of Mailing *(Bureau de dépôt)*

Date of Posting *(Date de dépôt)*

Address ... aire)

Street a...

Place a...

GS Capital Partners III Offshore
c/o M&C Corp. Services Ltd.
P.O. Box 309, Georgetown
Grand Cayman, Cayman Islands
British West Indies

Completed at destination. *(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).*

Postmark of the office of destination *(Timbre du bureau de destination)*

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)*

Date

Signature of Addressee *(Signature du destinataire)* 26/1/07

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

PS Form **2865,** February 1997 *(Reverse)*

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

N.A.C.E.P.F., INC.

V.

GERRY CARDINALE, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-492S

TO: (Name and address of Defendant)

GS Capital Partners III Offshore, L.P.
c/o M&C Corporate Services Ltd.
P.O. Box 309, Georgetown
Grand Cayman, Cayman Islands
British West Indies

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew T. Oliverio, Esquire
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 11/20/06

Barbara Barletta

(By) DEPUTY CLERK