**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,** | : | |
| ***Plaintiff,*** | : | **C.A. No. 06-492S** |
| **v.** | : | |
| **GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH** | : | |
| ***Defendants.*** | : | |

**AFFIDAVIT CERTIFYING TO SERVICE PURSUANT TO RULE 4**

I, Matthew T. Oliverio, under oath depose and state as follows:

1. I am counsel of record to Plaintiff in the above-captioned matter and filed a complaint in the United States District Court for the District of Rhode Island on November 14, 2006.

2. On January 31, 2007 I caused a copy of the summons and complaint to be mailed, via certified mail, return receipt requested to Gerry Cardinale, 129 East 17th Street, Apt. 4, New York, NY 10003.

3. Said summons and complaint was acknowledged to have been delivered to Gerry Cardinale on February 9, 2007, as evidenced by the return receipt attached and made a part hereof.

4. Said service was effectuated in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Matthew T. Oliverio, Esquire #3372
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Subscribed and sworn to before me this 27th day of November, 2007.

Notary Public
My commission expires: 9/21/08

**CERTIFICATION**

I hereby certify that the foregoing *AFFIDAVIT CERTIFYING TO SERVICE PURSUANT TO RULE 4* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 27th day of February, 2007.

Brian J. Lamoureux, Esquire
bjl@brownrudnick.com

William J. Dolan, III, Esquire
wdolan@brownrudnick.com

I hereby certify that the foregoing was mailed, postage prepaid, to the following attorneys of record on this 27th day of February, 2007.

Douglas H. Flaum, Esquire
Lara Turcik, Esquire
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLC
One New York Plaza
New York, NY 10004-1980

/s/ Matthew T. Oliverio

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jerry Cardinale
129 East 17th St.
apt. 4
New York, NY 10003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name) [handwritten]

C. Date of Delivery 2-9-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from s*
7006 0100 0001 2911 5038

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

N.A.C.E.P.F., INC.

V.

GERRY CARDINALE, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-492S

TO: (Name and address of Defendant)

Gerry Cardinale
129 East 17th Street, Apt. 4
New York, NY 10003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew T. Oliverio, Esquire
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/31/07

(By) DEPUTY CLERK