EFiled: Oct 25 2006 12:37PM EDT
Transaction ID 12724516

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| WILLIAM STRITZINGER, C. DWIGHT MITCHUM, STEVEN MICHAELS, MARGARET J. MICHAELS, PETER HULICK, MARY J. HULICK, JOHN S. STRITZINGER, III, STEVE JIN, ERIC CHALLENGER, KEVIN C BUCKMAN, DENISE L. BLACKWELL, JAMES ROBERT MAGAW, CLAUDIA PETERS, JENNIFER L. STRITZINGER, Custodian for Allaire P. Stritzinger and Oliva G. Stritzinger, EDWARD J. GEIST, EDWARD J. GEIST, JR., JAMES R. STRITZINGER, Trustee, RUDOLPH J GEIST, ZINGER CORP., GOLDBERG AND FINNEGAN, 01 COMMUNICATIONS, INC., DAVID A. STRITZINGER, BRICE DROGOSCH, DIANE L. DROGOSCH, BOBBY N. PRIESTLEY, DONNA P. PRIESTLEY, BILL PRIESTLEY, JODY PRIESTLEY, ALAN H. MICHAELS, MARY P. S. MICHAELS, THOMAS L. DeEMEDIO, CINDY R. DeEMEDIO, ROBERT G. LITZENBERG, CANDACE LITZENBERG, RONALD R. CHANCE, JUDY S. CHANCE, JAMES W. BAXTER, JR., KRISTIN C. BAXTER, WALTER D. BRISTOL, DELBRA W BRISTOL, MARK FRUEHAN, CHERIE A. FRUEHAN, HARVEY SUGERMAN, ELIZABETH SUGERMAN, RICHARD LACEY, MARY ANN D. LACEY, JAMES J. LACEY, CAROLE LACEY, CHARLES SWARTOUT, SHARON SWARTOUT, TIMOTHY R. DAVIS, CYNTHIA DAVIS, and MATTHEW BRENNAN,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARWIRE HOLDINGS, INC., ROB GHEEWALLA, GERRY CARDINALE, JACK DALY, JAMES MANSOUR, LEO J. CYR, JAMES A. KIRKLAND, DAVID | C.A. No. 2337-N |

BERKMAN, M. BEAU PARADOWSKI, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH, )

Defendants. )

**MOTION TO DISMISS**

Defendants Leo J. Cyr, James A. Kirkland and M. Beau Paradowski move for entry of an order pursuant to Chancery Court Rules 12(b)(2) and (5) dismissing the complaint against them for lack of personal jurisdiction and insufficiency of service of process inasmuch as they were neither directors of defendant Clearwire Holdings, Inc. nor, at any time on or after January 1, 2004, officers thereof.

Defendants GS Capital Partners III Offshore, L.P. and Goldman Sachs & Co. Verwaltungs GmbH hereby move for entry of an order dismissing the Complaint for lack of personal jurisdiction pursuant to Chancery Court Rule 12(b)(2).

Defendant Goldman Sachs & Co. Verwaltungs GmbH further moves for entry of an order dismissing the complaint against it pursuant to Chancery Court Rule 12(b)(5) for insufficiency of service of process.

All defendants hereby move for entry of an order dismissing the complaint for failure to plead fraud with particularity pursuant to Chancery Court Rule 9(b), and for failure to state a claim upon which relief can be granted pursuant to Chancery Court Rule 12(b)(6).

The grounds for this motion will be set forth more fully in briefs to be filed with the Court pursuant to a briefing schedule to be agreed upon by the parties or set by the Court

Samuel A. Nolen (# 971)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7000
*Attorneys for Defendants*

OF COUNSEL:

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
(212) 859-8000

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 434-7400

Dated: October 25, 2006



RLF1-3073942-1