# MEMORANDUM

Goldman Sachs

**To:** ITFS Alliance (Primeau / Rodriguez / Schwartz)

**From:** Goldman Sachs Team

**cc:** SpectrumLink
Sabino Rodriguez

**Date:** June 7, 2000

**Re:** Alliance Proposal

---

Thank you for your response to our discussion last Friday. We appreciate the time and effort you invested over the weekend to address the concerns and objectives of both the Alliance and Goldman Sachs/SpectrumLink. In the interest of time, we wanted to respond as quickly as possible to your proposal, which means that some details to our current response may still need to be worked out.

As part of our proposal, we wanted to reiterate again our philosophy in partnering with the Alliance to meet the objectives of both sides, alleviate any material upfront concerns, and provide as much assurance as possible that the partnership going forward represents the best interests of the Alliance and its constituencies. As we tried to articulate in our last two meetings, we take a long term view to wealth creation in these type of projects. Towards that end, we believe that simplicity and valuation transparency (i.e., paying for recognizable value) is the best way of ensuring fairness for all parties. Our experience in building telecommunications and broadband companies has established a track record of bringing together assets such as spectrum with high quality management teams, significant capital resources and strong financial capabilities of Goldman Sachs to maximize valuations and wealth creation in the aggregate as well as for individual shareholders.

In our discussions with you to date, we have been encouraged by the fact that you collectively appear to share many of the same philosophical criteria and objectives in establishing a partnership. As we look to bridge the current gap between our "bid" and your "ask", it is absolutely crucial that we resolve your primary concern that unleased spectrum be tied up resulting in potentially "far less remuneration" than what is immediately available through competing transactions. From our perspective, we believe the best way to ensure "fairness" for both sides is to maximize the alignment of incentives – both economic as well as governance – and as a result have attempted in our proposal to craft distinct revenue/value streams which strike the appropriate balance between upfront compensation and back-end value creation/upside.

As we mentioned in our meeting, we believe in being fair and are absolutely prepared to not only pay competitive market prices for the assets which you can deliver but also finance the acquisition cost for your entire portfolio of spectrum (i.e., all 140 million channel POPs, as well as any additional affiliated channel POPs which you can deliver). We believe that to focus on the possibility that unleased spectrum which gets "tied up" may result in less upfront remuneration misses the point of the exercise, which should not be immediate value maximization, but rather longer term wealth creation – because it is this longer term perspective which will (i) ensure alignment of incentives, (ii) maximize overall valuation for both the aggregate entity as well as

individual shareholders and (iii) create the most attractive vehicle for carrying out our fiduciary responsibilities to the ITFS constituencies. We would argue that an attempt to monetize unleased spectrum upfront is short-sighted and does not best serve the interests of the ITFS constituents because it inevitably leaves too much value on the table and does not encourage the various parties involved to work for the common good of the pro forma entity.

Assuming you are in agreement with the foregoing approach, we are prepared to propose the following economic terms for a partnership with you in the development of the ITFS spectrum:

**Commitment Fee**

— SpectrumLink will pay an upfront payment of $0.50 per channel POP to the Licensees (ITFS, HITN, NACEPF) for each channel POP determined to be licensed and unencumbered in the form of a (i) $0.40 upfront cash payment per channel POP and (ii) $0.10 per channel POP in equity for the Alliance's initial 20% equity stake in SpectrumLink (20% of $0.50 per channel POP; see "Equity Stake" analysis below). This initial price is increased to $0.75 per channel POP according to a sliding scale as more unencumbered channel POPs are successfully delivered by the Alliance (see "Availability Fee" analysis below).

— This results in an upfront cash payment to the Alliance of $8 million (assuming 20 million channel POPs), which together with our funding of the engineering study and related legal/upfront development costs to be determined, establishes our commitment to the Alliance of a long-term partnership for the development of the ITFS spectrum via an ongoing, fully funded operating vehicle.

— This price per channel POP is consistent with the recent Nucentrix transaction and prior acquisitions by Sprint and MCI WorldCom and reflects the fact that (i) only six cities are being contributed by the Alliance at this time for a total of 20 million channel POPs, (ii) this spectrum is not currently operationalized and (iii) 5% of the spectrum usage will be reserved for educational use and unavailable to SpectrumLink for commercial development.

— The prices which Sprint and MCI WorldCom paid in their wireless cable acquisitions reflect the fact that these transactions involved actual operating companies with a significantly larger amount of unencumbered spectrum and access to a significantly larger number of major markets, as well as services already deployed and a control premium in the acquisition. The economics of these transactions in contrast to currently available ITFS spectrum is also consistent with the most recent offer of $0.70 per channel POP from Sprint and MCI WorldCom in your last round of discussions.

— The most recent market comparable, Nucentrix, paid $0.75 per channel POP for 250,000 households or 8.25 million channel POPs or 196 MHz of spectrum. However, this valuation reflects a control premium and the fact that the purchase price of $6 million was an all-stock transaction involving no cash remuneration, the assumption of debt and $5.6 million in highly illiquid Nucentrix stock.

**Availability Fee**

— We agree conceptually with your approach of establishing an option structure for the remaining spectrum leases covering 120 million channel POPs. However, we would suggest a more simplified structure involving an option in 18 months for delivery of the remaining unencumbered spectrum which reflects your suggested time period for (i) recruiting an additional 150 million channel POPs from the co- and adjacent-channel ITFS licensees and (ii) clearing all currently encumbered channel POPs (120 million) licensed by the Alliance. After 18 months, the parties agree to work in good faith to continue the acquisition of additional ITFS licensees and development of delivered unencumbered spectrum.

— As an "option" payment for this currently encumbered spectrum, we propose to pay for the entire engineering study and related legal/development costs which we understand could cost in excess of $7.5 million based on the recent Nortel proposal and discussions with potential counsel. This will demonstrate our commitment to move forward with the development of the entire spectrum portfolio and serve as downside protection to the Alliance in the form of two-way ready engineered spectrum at no cost to you. SpectrumLink, with the assistance of Jimmy Mansour and Goldman Sachs, will manage the engineering project and ensure timely completion under FCC guidelines.

— In addition, as you successfully deliver leases to spectrum currently encumbered, we will be prepared to offer a payment structure along the lines of a sliding scale which strikes an appropriate balance between upfront cash payment and pro forma equity participation. Payments will be based on an escalating payment scale with a recapture (starting at $0.50 per channel POP for the first incremental 20 million channel POPs committed, scaling to $0.75 per channel POP for 100 million channel POPs and over).

— After the first 20mm channel POPs are delivered, the Alliance will have the option of choosing remuneration in the form of either (a) continued cash payments per channel POP or (b) incremental shares in the equity of the pro forma SpectrumLink. Through this mechanism, the Alliance will have the ability to offset its ownership dilution and maximize its equity position prior to an eventual IPO.

**Revenue Share**

— Each Licensee will be entitled to receive "royalty payments" in the form of 0.5% of gross revenues per channel leased derived from the sale of services provisioned by SpectrumLink utilizing spectrum held by the respective Licensee, not to exceed 2% per market.

**Equity Stake**

— The Alliance will receive equity equivalent initially to 20% of the pro forma entity upon inception (i.e., upon delivery of the initial 20 million unencumbered channel POPs and successful completion of the engineering study).

— As more unencumbered channel POPs are successfully delivered by the Alliance to the pro forma entity, the Alliance's collective equity stake will be diluted as the non-Alliance partners continue to fund the Availability Fees associated with lease delivery and capex associated with the buildout of the delivered channel POPs.

— Once the initial 20mm unencumbered channel POPs are successfully contributed, the Alliance will have the ability to choose successive per channel POP payments in the form of incremental equity as a way of maintaining their equity stake above a certain amount (i.e., an effective anti-dilution mechanism to address the Alliance's desire for an equity participation "floor" prior to an IPO).

**Capitalization**

— In our analysis which we've attached in detail, we assume an appropriate and more realistic capital structure for the pro forma SpectrumLink which involves a 1:1 debt to equity capitalization. Based on our current projections, the purchase and build-out costs associated with the delivery and operationalization of 140 million channel POPs will require approximately $350 million over the build-out period.

— We believe that with $150-175 million in equity funding, SpectrumLink should be able to raise at least $200 million through vendor and related debt financing. However, to be conservative we have assumed an equal ratio between debt and equity.

# GS/SpectrumLink Proposal Summary

## Value to Alliance

- Total value to the Alliance ranges from $1.39 to $2.29 per Channel POP depending on (i) the number of Channel POPs contributed and (ii) the cash/equity split
- The equity and revenue share components are significant pieces of the overall value to the Alliance
  - The larger equity stake the Alliance opts to take, the higher their total value and value per Channel POP
  - This higher value to the Alliance from greater equity participation is enhanced as more Channel POPs are successfully delivered
- This proposal assumes an initial Commitment Fee of $0.50 per Channel POP for the first 20mm Channel POPs, scaling to $0.75 per Channel POP for 100mm Channel POPs and over
  - As more Channel POPs are successfully delivered, the Alliance realizes a total of $0.75 per Channel POP through the recapture mechanism
  - This price per Channel POP is consistent with the most recent market price paid for spectrum (i.e., Nucentrix)
  - However, within the context of our total proposal (which includes revenue share and equity participation with upside), we believe the value being offered to the Alliance is more than 3x this price and therefore represents a significant premium to current market levels
- At a $0.75 price per Channel POP, the equity and revenue share components represent an incremental $0.64 and $1.54 of value depending on the scenario

Goldman Sachs

## Value to Alliance
### Cash Scenario and Incremental Benefit from Equity




| Price / Channel POP | 20.0mm CPOPs | 50.0mm CPOPs | 100.0mm CPOPs | 140.0mm CPOPs |
|---|---|---|---|---|
| All Cash | | | | |
| Revenue Share | 0.40 | 0.40 | 0.40 | 0.40 |
| Equity Value | 0.65 | 0.46 | 0.25 | 0.19 |
| Cash to Alliance | 0.40 | 0.55 | 0.73 | 0.74 |
| Retained Spectrum (5%) | 0.08 | 0.07 | 0.07 | 0.07 |
| Total | 1.53 | 1.48 | 1.46 | 1.39 |
| All Equity | | | | |
| Revenue Share | 0.40 | 0.40 | 0.40 | 0.40 |
| Equity Value | 0.65 | 0.95 | 1.16 | 1.18 |
| Cash to Alliance | 0.40 | 0.48 | 0.60 | 0.60 |
| Retained Spectrum (5%) | 0.08 | 0.10 | 0.11 | 0.11 |
| Total | 1.53 | 1.92 | 2.27 | 2.29 |




| Price / Channel POP | 20.0mm CPOPs | 50.0mm CPOPs | 100.0mm CPOPs | 140.0mm CPOPs |
|---|---|---|---|---|
| Revenue Share | 0.40 | 0.40 | 0.40 | 0.40 |
| Equity Value | 0.65 | 0.46 | 0.25 | 0.19 |
| Cash to Alliance | 0.40 | 0.55 | 0.73 | 0.74 |
| Retained Spectrum (5%) | 0.08 | 0.07 | 0.07 | 0.07 |
| Total | 1.53 | 1.48 | 1.46 | 1.39 |




| Price / Channel POP | 20.0mm CPOPs | 50.0mm CPOPs | 100.0mm CPOPs | 140.0mm CPOPs |
|---|---|---|---|---|
| Revenue Share | 0.40 | 0.40 | 0.40 | 0.40 |
| Equity Value | 0.65 | 0.95 | 1.16 | 1.18 |
| Cash to Alliance | 0.40 | 0.48 | 0.60 | 0.60 |
| Retained Spectrum (5%) | 0.08 | 0.10 | 0.11 | 0.11 |
| Total | 1.53 | 1.92 | 2.27 | 2.29 |

# Step 1: Formation of Partnership

## Delivery of Unencumbered 20mm Channel POPs

*SpectrumLink funds $52m in cash to fund the payment and build-out of 20m Channel POPs*

*The Alliance receives $8m in cash payments and an initial 20% of SpectrumLink (6.5% fully diluted)*

- Pre-capex, the Alliance will own 20% of SpectrumLink. This is in addition to receiving an $8mm payment in return for delivering approximately 20mm Channel POPS
- The Alliance has been granted equity for 20% of SpectrumLink valued at approximately $3.5mm – (i) 20% of the cost of the engineering study ($1.5mm) and (ii) 20% of the initial $0.50 per channel POP payment ($2.0mm)
- The Alliance will retain a fully diluted ownership stake of approximately 6.5% in SpectrumLink after SpectrumLink funds an additional $36mm to build-out the 20mm Channel POPs (financed 50% with debt)

| Entity | Contributed | Received |
|---|---|---|
| Alliance | • 20mm unencumbered Channel POPs | • $0.50 / Channel POP ($0.40 cash / $0.10 equity) = **$10m value ($8m cash)**<br>• 20% SpectrumLink (initially) / 6.5% fully diluted<br>• 2% gross revenue share (**$8m in value**) |
| SpectrumLink | • 100% cash cost of engineering / legal **($7.5m)**<br>• $0.50 / Channel POP = $10m value **($8m cash)**<br>• 100% capex cost for buildout of 20mm Channel POPs (**$36m** over 1 yr)<br>— 50% vendor/debt financing | • 80% SpectrumLink (initially) / 93.5% fully diluted |

Goldman Sachs

| Step 1 (a) | | | | |
|---|---|---|---|---|
| Cap Table 1 20mm CPOPs | Shares | % | Amount ($mm) | |
| SpectrumLink (b) | 50,000,000 | 93.5% | | |
| Alliance (b) | 3,500,000 | 6.5% | | |
| Total Shares | 53,500,000 | 100.0% | | |
| Price Per Share | | | $ | 1.00 |
| Book Value of Equity | | | $ | 53.50 |
| Value of Debt | | | | - |
| **Total Capital ($mm)** | | | | |
| CPOPs (20mm x $0.500) (c) | | | $ | 10.00 |
| SpectrumLink CapEx Infusion (@ $1.80 per CPOP) (d) | | | | 36.00 |
| Engineering Study (e) | | | | 7.50 |
| Total Capital | | | $ | 53.50 |
| **Value to Alliance** | | | | |
| Annual Revenue Share (f) | | | $ | 0.80 |
| Implied Value of Revenue Share Perpetuity (@10.0%) (g) | | | $ | 7.98 |
| Implied Enterprise Value at 10.0x Enterprise Value / CPOP (h) | | | | 13.08 |
| Less: Associated Net Debt | | | | - |
| Cumulative Cash to Alliance for CPOPs (i) | | | | 8.00 |
| Gross-up for 5% Retained Spectrum for Educational Use (j) | | | | 1.53 |
| **Total Value to Alliance** | | | $ | 30.59 |
| **Total Value to Alliance per Channel POP** | | | | 1.53 |
| **Cash Value to Alliance per Channel POP** (k) | | | | 0.40 |
| **Total SpectrumLink Cash Outlay** (l) | | | | |
| Debt Portion | | | $ | - |
| GS Portion | | | | 51.50 |
| Total | | | $ | 51.50 |

(a) Same in either "All Cash" or "All Equity" scenario as equity case not an alternative until Alliance is sufficiently diluted
(b) Alliance owns 20% of NewCo before dilution attributable to SpectrumLink CapEx infusion
(c) 80% of capital in the form of cash and the remaining 20% is in the form of equity
(d) Assumes $1.80 per CPOP initial CapEx expenditure
(e) Total cost of engineering study assumed to be $7.5mm
(f) Assumes 2.00% revenue share; revenue per Channel POP calculated by the product of a 0.41% subcriber take rate and an average annual revenue per subscriber of $492.0mm (assumes 90% of subscribers are wholesale and generate $40.0 of revenue per subscriber per month and 10% of subscribers are wholesale and generate $50.0of revenue per subscriber per month)
(g) Assumes perpetual value stream created by revenue share and is discounted at 10%
(h) In 20mm stage, 10.0x Enterprise Value / Channel POP multiple assumed (as opposed to the 12.5x multiple used in the latter stages) because of the small scale
(i) Calculated as 80% of the total capital paid for the available Channel POPs
(j) Gross-up of Alliance value for 5.0% retention of spectrum for educational purposes
(k) 'Cash Value to Alliance' defined as only the cumulative cash to Alliance for Channel POPs (excludes implied values of revenue share and equity)
(l) 'Total SpectrumLink Cash Outlay' defined as sum of the CapEx infusion, engineering study costs, and the cash to Alliance for Channel POPs

# Scenario 2: 50mm Channel POPs Delivered

## All Cash vs. All Equity Compensation to Alliance

***SpectrumLink funds $121m-$125m in cash for the payment and build-out of 50m Channel POPs***

***The Alliance receives $24m-$28m in cash payments and 3.9%-8.1% of SpectrumLink, depending on cash vs. equity election***

- In the "All Cash" scenario, total value per Channel POP to the Alliance decreases from (a) $1.53 under the initial 20mm Channel POP case to (b) $1.48 per Channel POP as a result of dilution from SpectrumLink's funding of the capex build-out
- In the "All Equity" scenario, there is no dilution as a result of the Alliance's incremental equity infusion (i.e., accepting shares for Channel POPs rather than cash)
  - — In this scenario the Alliance's price per Channel POP increases to $1.92 per Channel POP (from $1.53) due to the increase in equity ownership and recapture
  - — As more Channel POPs are successfully delivered, the Alliance's implied equity stake should increase in value, not only from the greater number of Channel POPs which suggests the transition to a sustainable ongoing concern, but also from the market's rewarding of this transition through a higher multiple (ranging from 10.0x to 12.5x)
- This underscore's the importance of the equity component to total deal value; equity value in the "All Equity" scenario is more than 2x that of the "All Cash" case

| Entity | Contributed | Received |
|---|---|---|
| Alliance | • 50mm unencumbered Channel POPs | • $0.50 / Channel POP, scaling to $0.59 with recapture (**$28m**)<br>• 2% gross revenue share (**$20m in value**)<br>• 3.9% of SpectrumLink (all-cash)<br>• 8.1.% of SpectrumLink (all-equity; fully diluted) |
| SpectrumLink | • Original cash payments (**$52m**)<br>• Incremental capex (**$54m**)<br>• Incremental cash / Channel POP, including recapture (**$20m**) (all-cash case)<br>— 50% vendor/debt financing | • 96.1% of SpectrumLink (all-cash)<br>• 91.9% of SpectrumLink (all-equity; fully diluted) |

Goldman Sachs

**All Cash (a)**

| Cap Table 2 50mm CPOPs | Shares | % | Amount ($mm) |
|---|---|---|---|
| SpectrumLink | 86,843,750 | 96.1% | |
| Alliance | 3,500,000 | 3.9% | |
| Total Shares | 90,343,750 | 100.0% | |
| Price Per Share | | | $ 1.00 |
| **Sources of Capital ($mm)** | | | |
| Book Value of Equity | | | $ 90.34 |
| Value of Debt | | | 36.84 |
| Total Sources of Capital | | | $ 127.19 |
| **Total Capital ($mm)** | | | |
| Existing Infusions | | | $ 10.00 |
| Engineering Study | | | 7.50 |
| SpectrumLink CapEx Infusion (@ $1.80 per CPOP) | | | 90.00 |
| SpectrumLink Incremental Cash Infusion | | | 16.88 |
| Recapture (c) | | | 2.81 |
| Alliance Incremental Equity Infusion | | | - |
| Recapture (c) | | | - |
| Total Capital | | | $ 127.19 |
| **Value to Alliance** | | | |
| Annual Revenue Share | | | $ 1.99 |
| Implied Value of Revenue Share Perpetuity (@10.0%) | | | $ 19.94 |
| Implied Enterprise Value at 12.5x Enterprise Value / CPOP | | | 24.21 |
| Less: Associated Net Debt | | | (1.43) |
| Cumulative Cash to Alliance for CPOPs (e) | | | 27.69 |
| Gross-up for 5% Retained Spectrum for Educational Use | | | 3.71 |
| **Total Value to Alliance** | | | $ 74.12 |
| **Total Value to Alliance per Channel POP** | | | 1.48 |
| **Cash Value to Alliance per Channel POP** | | | 0.55 |
| Total SpectrumLink Cash Outlay (f) | | | |
| Debt Portion | | | $ 36.84 |
| GS Portion | | | 88.34 |
| Total | | | $ 125.19 |

**All Equity (a)**

| Cap Table 2 50mm CPOPs | Shares | % | Amount ($mm) |
|---|---|---|---|
| SpectrumLink (b) | 84,875,000 | 91.9% | |
| Alliance (b) | 7,437,500 | 8.1% | |
| Total Shares | 92,312,500 | 100.0% | |
| Price Per Share | | | $ 1.00 |
| **Sources of Capital ($mm)** | | | |
| Book Value of Equity | | | $ 92.31 |
| Value of Debt | | | 34.88 |
| Total Sources of Capital | | | $ 127.19 |
| **Total Capital ($mm)** | | | |
| Existing Infusions | | | $ 10.00 |
| Engineering Study | | | 7.50 |
| SpectrumLink CapEx Infusion (@ $1.80 per CPOP) | | | 90.00 |
| SpectrumLink Incremental Cash Infusion | | | 13.50 |
| Recapture (c) | | | 2.25 |
| Alliance Incremental Equity Infusion | | | 3.38 |
| Recapture (c) | | | 0.56 |
| Total Capital | | | $ 127.19 |
| **Value to Alliance** | | | |
| Annual Revenue Share | | | $ 1.99 |
| Implied Value of Revenue Share Perpetuity (@10.0%) | | | $ 19.94 |
| Implied Enterprise Value at 12.5x Enterprise Value / CPOP | | | 50.36 |
| Less: Associated Net Debt | | | (2.81) |
| Cumulative Cash to Alliance for CPOPs (e) | | | 23.75 |
| Gross-up for 5% Retained Spectrum for Educational Use | | | 4.80 |
| **Total Value to Alliance** | | | $ 96.04 |
| **Total Value to Alliance per Channel POP** | | | 1.92 |
| **Cash Value to Alliance per Channel POP** | | | 0.48 |
| Total SpectrumLink Cash Outlay (f) | | | |
| Debt Portion | | | $ 34.88 |
| GS Portion | | | 86.38 |
| Total | | | $ 121.25 |

(a) 'All Cash' scenario assumes SpectrumLink pays for the Channel POPs entirely with cash; 'All Equity' scenario assumes Alliance receives payment for Channel POPs in equity until hit 20% ownership ceiling
(b) Alliance owns 20% of NewCo before dilution attributable to SpectrumLink CapEx infusion; assumes 50% equity and 50% debt
(c) 'Recapture' is the catch-up fee on the Channel POPs paid for at a lower price on the sliding scale
(d) Implied equity value based on a 12.5x Enterprise Value / Channel POP multiple
(e) Expressed as the sum of the previous stage cumulative cash flow and SpectrumLink incremental cash infusion and recapture
(f) Expressed as the sum of previous stage SpectrumLink cash outlay, incremental CapEx infusion, SpectrumLink incremental cash infusion and recapture, and Alliance incremental equity infusion and recapture

# Scenario 3: 100m Channel POPs Delivered

## All Cash vs. All Equity Compensation to Alliance

***SpectrumLink funds $248m - $261m in cash for the payment and build-out of 100m Channel POPs***

***The Alliance receives $60m - $73m in cash payments and 2.2%-10.0% of SpectrumLink, depending on cash vs. equity election***

- Total value to the Alliance in "All Equity" case is 55% higher on a per Channel POP basis $1.46 in the "All Cash" case vs. $2.27 in "All Equity"
  - — Value gap between cash vs. equity scenarios is driven by implied equity value which is more than 4x larger in the "All Equity" case
  - — Function of (i) reinvestment step-up associated with the incremental Channel POPs and (ii) higher multiple ascribed by the market to a larger entity
- All outstanding value recaptured as scale reaches $0.75 per channel POP
  - — In the "All Cash" scenario, total value per Channel POP to Alliance decreases slightly from the 50mm Channel POPs scenario to the 100mm Channel POPs scenario as (i) dilution from incremental capex associated with new Channel POPs and (ii) the incremental re-weighting of cash vs. equity mix away from the more highly valued equity are nearly offset by incremental recapture payments to the Alliance for additional Channel POPs delivered
- Alliance maintains 10.0% ownership in the "All Equity" case vs. 2.2% in the "All Cash" case

| Entity | Contributed | Received |
|---|---|---|
| Alliance | • 100m unencumbered Channel POPs | • $0.50 / Channel POP, scaling to $0.75 (**$73m**)<br>• 2% gross revenue share (**$40m in value**)<br>• 2.2% of SpectrumLink (all-cash)<br>• 10.0% of SpectrumLink (all-equity; fully diluted) |
| SpectrumLink | • Original cash payments (**$52m**)<br>• Incremental capex (**$144m**)<br>• Incremental cash / Channel POP, including recapture (**$65m**) (all-cash case)<br>— 50% vendor/debt financing | • 97.8% of SpectrumLink (all-cash)<br>• 90.0% of SpectrumLink (all-equity; fully diluted) |

Goldman Sachs

**All Cash**

| Cap Table 3 100mm CPOPs | Shares | % | Amount ($mm) |
|---|---|---|---|
| SpectrumLink | 154,500,000 | 97.8% | |
| Alliance | 3,500,000 | 2.2% | |
| Total Shares | 158,000,000 | 100.0% | |
| Price Per Share | | | $ 1.00 |
| **Sources of Capital ($mm)** | | | |
| Book Value of Equity | | | $ 158.00 |
| Value of Debt | | | 104.50 |
| Total Sources of Capital | | | $ 262.50 |
| **Total Capital ($mm)** | | | |
| Existing Infusions | | | $ 29.69 |
| Engineering Study | | | 7.50 |
| SpectrumLink CapEx Infusion (@ $1.80 per CPOP) | | | 180.00 |
| SpectrumLink Incremental Cash Infusion | | | 37.50 |
| Recapture | | | 7.81 |
| Alliance Incremental Equity Infusion | | | - |
| Recapture | | | - |
| Total Capital | | | $ 262.50 |
| **Value to Alliance** | | | |
| Annual Revenue Share | | | $ 3.99 |
| Implied Value of Revenue Share Perpetuity (@10.0%) | | | $ 39.88 |
| Implied Enterprise Value at 12.5x Enterprise Value / CPOP | | | 27.69 |
| Less: Associated Net Debt | | | (2.31) |
| Cumulative Cash to Alliance for CPOPs | | | 73.00 |
| Gross-up for 5% Retained Spectrum for Educational Use | | | 7.28 |
| Total Value to Alliance | | | $ 145.53 |
| Total Value to Alliance per Channel POP | | | 1.46 |
| Cash Value to Alliance per Channel POP | | | 0.73 |
| Total SpectrumLink Cash Outlay | | | |
| Debt Portion | | | $ 104.50 |
| GS Portion | | | 156.00 |
| Total | | | $ 260.50 |

(a) Alliance owns 20% of NewCo before dilution attributable to SpectrumLink CapEx infusion; assumes 50% equity and 50% debt

**All Equity**

| Cap Table 3 100mm CPOPs | Shares | % | Amount ($mm) |
|---|---|---|---|
| SpectrumLink (a) | 148,000,000 | 90.0% | |
| Alliance (a) | 16,500,000 | 10.0% | |
| Total Shares | 164,500,000 | 100.0% | |
| Price Per Share | | | $ 1.00 |
| **Sources of Capital ($mm)** | | | |
| Book Value of Equity | | | $ 164.50 |
| Value of Debt | | | 98.00 |
| Total Sources of Capital | | | $ 262.50 |
| **Total Capital ($mm)** | | | |
| Existing Infusions | | | $ 29.69 |
| Engineering Study | | | 7.50 |
| SpectrumLink CapEx Infusion (@ $1.80 per CPOP) | | | 180.00 |
| SpectrumLink Incremental Cash Infusion | | | 30.00 |
| Recapture | | | 6.25 |
| Alliance Incremental Equity Infusion | | | 7.50 |
| Recapture | | | 1.56 |
| Total Capital | | | $ 262.50 |
| **Value to Alliance** | | | |
| Annual Revenue Share | | | $ 3.99 |
| Implied Value of Revenue Share Perpetuity (@10.0%) | | | $ 39.88 |
| Implied Enterprise Value at 12.5x Enterprise Value / CPOP | | | 125.38 |
| Less: Associated Net Debt | | | (9.83) |
| Cumulative Cash to Alliance for CPOPs | | | 60.00 |
| Gross-up for 5% Retained Spectrum for Educational Use | | | 11.34 |
| Total Value to Alliance | | | $ 226.77 |
| Total Value to Alliance per Channel POP | | | 2.27 |
| Cash Value to Alliance per Channel POP | | | 0.60 |
| Total SpectrumLink Cash Outlay | | | |
| Debt Portion | | | $ 98.00 |
| GS Portion | | | 149.50 |
| Total | | | $ 247.50 |

# Scenario 4: 140mm Channel POPs Delivered

## All Cash vs. All Equity Compensation to Alliance

***SpectrumLink $344m - $363m in cash to fund the payment and build-out of 140m Channel POPs***

***The Alliance receives $84-$103m in cash payments and 1.7%-10.3% of SpectrumLink, depending on cash vs. equity election***

- Once all 140mm channel POPs are successfully delivered, the value to the Alliance will vary based on its cash vs. equity elections for delivery of incremental Channel POPs
  - Total value to the Alliance ranges between $1.39 and $2.29 per Channel POP
  - The Alliance will maintain between 1.7% and 10.3% of SpectrumLink's equity
- Recapture is maximized at this point to achieve full value for all Channel POPs delivered
- Implied equity value nearly 7x larger in the "All Equity" scenario

| Entity | Contributed | Received |
|---|---|---|
| Alliance | • 140m unencumbered Channel POPs | • $0.50 / Channel POP, scaling to $75 (**$103m**)<br>• 2% gross revenue share (**$56m in value**)<br>• 1.7% of SpectrumLink (all-cash)<br>• 10.3% of SpectrumLink (all-equity; fully diluted) |
| SpectrumLink | • Original cash payments (**$52m**)<br>• Incremental capex (**$216m**)<br>• Incremental cash / Channel POP, including recapture (**$95m**) (all-cash case)<br>— 50% vendor/debt financing | • 98.3% of SpectrumLink (all-cash)<br>• 89.7% of SpectrumLink (all-equity; fully diluted) |

Goldman Sachs

**All Cash**

| Cap Table 4 140mm CPOPs | Shares | % | | Amount ($mm) |
|---|---|---|---|---|
| SpectrumLink | 205,500,000 | 98.3% | | |
| Alliance | 3,500,000 | 1.7% | | |
| Total Shares | 209,000,000 | 100.0% | | |
| Price Per Share | | | $ | 1.00 |
| **Sources of Capital ($mm)** | | | | |
| Book Value of Equity | | | $ | 209.00 |
| Value of Debt | | | | 155.50 |
| Total Sources of Capital | | | $ | 364.50 |
| **Total Capital ($mm)** | | | | |
| Existing Infusions | | | $ | 75.00 |
| Engineering Study | | | | 7.50 |
| SpectrumLink CapEx Infusion (@ $1.80 per CPOP) | | | | 252.00 |
| SpectrumLink Incremental Cash Infusion | | | | 30.00 |
| Recapture | | | | - |
| Alliance Incremental Equity Infusion | | | | - |
| Recapture | | | | - |
| Total Capital | | | $ | 364.50 |
| **Value to Alliance** | | | | |
| Annual Revenue Share | | | $ | 5.58 |
| Implied Value of Revenue Share Perpetuity (@10.0%) | | | $ | 55.83 |
| Implied Enterprise Value at 12.5x Enterprise Value / CPOP | | | | 29.31 |
| Less: Associated Net Debt | | | | (2.60) |
| Cumulative Cash to Alliance for CPOPs | | | | 103.00 |
| Gross-up for 5% Retained Spectrum for Educational Use | | | | 9.76 |
| **Total Value to Alliance** | | | $ | 195.30 |
| **Total Value to Alliance per Channel POP** | | | | 1.39 |
| **Cash Value to Alliance per Channel POP** | | | | 0.74 |
| **Total SpectrumLink Cash Outlay** | | | | |
| Debt Portion | | | $ | 155.50 |
| GS Portion | | | | 207.00 |
| Total | | | $ | 362.50 |

(a) Alliance owns 20% of NewCo before dilution attributable to SpectrumLink CapEx Infusion; assumes 50% equity and 50% debt

**All Equity**

| Cap Table 4 140mm CPOPs | Shares | % | | Amount ($mm) |
|---|---|---|---|---|
| SpectrumLink (a) | 196,000,000 | 89.7% | | |
| Alliance (a) | 22,500,000 | 10.3% | | |
| Total Shares | 218,500,000 | 100.0% | | |
| Price Per Share | | | $ | 1.00 |
| **Sources of Capital ($mm)** | | | | |
| Book Value of Equity | | | $ | 218.50 |
| Value of Debt | | | | 146.00 |
| Total Sources of Capital | | | $ | 364.50 |
| **Total Capital ($mm)** | | | | |
| Existing Infusions | | | $ | 75.00 |
| Engineering Study | | | | 7.50 |
| SpectrumLink CapEx Infusion (@ $1.80 per CPOP) | | | | 252.00 |
| SpectrumLink Incremental Cash Infusion | | | | 24.00 |
| Recapture | | | | - |
| Alliance Incremental Equity Infusion | | | | 6.00 |
| Recapture | | | | - |
| Total Capital | | | $ | 364.50 |
| **Value to Alliance** | | | | |
| Annual Revenue Share | | | $ | 5.58 |
| Implied Value of Revenue Share Perpetuity (@10.0%) | | | $ | 55.83 |
| Implied Enterprise Value at 12.5x Enterprise Value / CPOP | | | | 180.21 |
| Less: Associated Net Debt | | | | (15.03) |
| Cumulative Cash to Alliance for CPOPs | | | | 84.00 |
| Gross-up for 5% Retained Spectrum for Educational Use | | | | 16.05 |
| **Total Value to Alliance** | | | $ | 321.05 |
| **Total Value to Alliance per Channel POP** | | | | 2.29 |
| **Cash Value to Alliance per Channel POP** | | | | 0.60 |
| **Total SpectrumLink Cash Outlay** | | | | |
| Debt Portion | | | $ | 146.00 |
| GS Portion | | | | 197.50 |
| Total | | | $ | 343.50 |