# Clearwire/Spectrum

## Working Group List

As of 01/25/01

| Company/Address | Business Phone | Home Phone | Home Address |
|---|---|---|---|
| **Goldman, Sachs & Co.**<br>**85 Broad Street**<br>**New York, NY 10004** | **Phone: (212) 902-1000**<br>**Fax: (212) 902-3000** | | |
| <u>Principal Investment Area</u> | | | |
| Rob Gheewalla<br>Vice President<br>*rob.gheewalla@gs.com* | Phone: (212) 902-0401<br>Fax: (212) 357-5505 | Phone: (212) 721-5149<br>Fax: (212) 721-5149 | 145 West 67th Street<br>Apt. 27D<br>New York, NY 10023 |
| Gerry Cardinale<br>Vice President<br>*gerry.cardinale@gs.com* | Phone: (212) 902-6182<br>Fax: (212) 357-5505 | Phone: (212) 982-5110<br>Mobile: (917) 747-7460 | 129 East 17th Street<br>Apt. 4<br>New York, NY 10003 |
| Jack Daly<br>Associate<br>*jack.daly@gs.com* | Phone: (212) 902-3457<br>Fax: (212) 357-5505 | Phone: (212) 595-4876<br>cell | 180 Riverside Blvd.<br>Apt. 28E<br>New York NY 10069 |
| Michael Donner<br>Analyst<br>*michael.donner@gs.com* | Phone: (212) 902-5567<br>Fax: (212) 357-5505 | Phone (212) 402-5119 | 350 East 82nd Street<br>Apt. 4L<br>New York, NY 10028 |
| <u>Tax Department</u> | | | |
| Jay Friedman<br>*jay.friedman@gs.com* | Phone: (212) 357-9050 | | |



ffny03\rodriru\391961.1

# Clearwire/Spectrum

## Working Group List

**As of 01/25/01**

| Company/Address | Business Phone | Home Phone | Home Address |
|---|---|---|---|
| **Fried, Frank, Harris, Shiver & Jacobson**<br>**1 New York Plaza**<br>**New York, NY 10004** | **Phone: (212) 859-8000**<br>**Fax: (212) 859-8586** | | |
| Paul Reinstein<br>Partner<br>*paul.reinstein@ffhsj.com* | Phone: (212) 859-8156<br>Fax: (212) 859-8586 | Phone: (516) 486-8362<br>Fax: (516) 485-1018 | 282 Maple Street<br>West Hempstead, NY 11552 |
| Howard B. Adler<br>Partner<br>*howard.adler@ffhsj.com* | Phone (212) 859-8175<br>Fax: (212) 859-8589 | Phone: (914) 835-4185<br>Fax: (914) 835-5071 | 26 Genesee Trail<br>Harrison, NY 10528 |
| Bryan H. Hall<br>Partner<br>*bryan.hall@ffhsj.com* | Phone: (212) 859-8035<br>Fax: (212) 859-8586 | Phone: (203) 698-4941<br>Fax: (203) 698-2152 | 61 Lockwood Road<br>Riverside, CT 06878 |
| David I. Shapiro<br>Partner<br>*david.shapiro@ffhsj.com* | Phone: (212) 859-8039<br>Fax: (212) 859-8588 | Phone: (973) 218-0261 | 110 Westview Road<br>Short Hills, NJ 07078 |
| Dan Ronnen<br>Associate<br>*dan.ronnen@ffhsj.com* | Phone: (212) 859-8598<br>Fax: (212) ~~895~~-8586<br>859 | Phone: (212) 734-8719 | 333 East 79th Street<br>Apt. 20-S<br>New York, NY 10021 |
| Alberta Stewart<br>Associate | Phone: (212) 859-8214<br>Fax: (212) 859-8585 | Phone: (908) 352-2078 | 750 North Broad Street<br>Apt. 8J<br>Elizabeth, New Jersey 07208 |
| Rudolf B. Rodriguez<br>Legal Assistant | Phone: (212) 859-4348<br>Fax: (212) 859-8586 | Phone: (201) 488-6386 | 118 Coles Avenue<br>Hackensack, NJ 07601 |

# Clearwire/Spectrum

## Working Group List

As of 01/25/01

| Company/Address | Business Phone | Home Phone | Home Address |
|---|---|---|---|
| **Alliance** | | | |
| John Primeau<br>President<br>North American Catholic Educational Programming Foundation, Inc.<br>2419 Hartford Avenue<br>Johnston, RI 02919-1719<br>*nacepf@aol.com* | Phone: (401) 934-1100<br>Fax: (401) 934-2240 | | |
| José Rodriguez<br>President<br>Hispanic Information and Telecommunications Network, Inc.<br>449 Broadway, Third Floor<br>New York, NY 10013<br>*jlr@hitn.org* | Phone: (212) 966-5660<br>Fax: (212) 966-5725 | Mobile: (917) 319-2172 | 804 Avenida Ponce de Leon<br>Suite 304<br>Miramar, San Juan, P.R. 00907<br>*jlr@coqui.net* |
| John Schwartz<br>President<br>Instructional Telecommunications Foundation, Inc.<br>2495 Center Green Court<br>Suite 6<br>Boulder, CO 80301<br>*schwartz@usa.net* | Phone: (303) 442-2707<br>Fax: (303) 442-6472 | Mobile: (303) 725-5364 | |