PRIVILEGED AND CONFIDENTIAL
DRAFT

# M E M O R A N D U M

April 18, 2001

To: Gerry Cardinale

cc: Paul Reinstein

From: Dan Ronnen

Re: Overview of Clearwire transaction

FRIED FRANK HARRIS SHRIVER & JACOBSON

Set forth below is a brief overview of the various components of both the equity investment in Clearwire Holdings Inc. ("Clearwire") made by various Goldman Sachs funds ("Goldman") and the Master Use and Royalty Agreement (the "Master Agreement") entered into by Clearwire and the seven members of the ITFS Spectrum Developmental Alliance (the "Alliance").

Equity Investment.

1. Closing Date: March 13, 2001
2. Securities Purchased by Goldman: 201,156,812 shares of Series A Preferred Stock at a purchase price of $46,950,000, representing a 35.6% ownership of fully-diluted Common Stock, par value $0.01 per share (the "Common Stock") in Clearwire.
3. Securities Purchased by other investors, including Liberty Associated Partners, LP: 37,166,418 shares of Series A Preferred Stock, at a purchase price of $8,674,642, representing a 7.2% ownership of fully-diluted Common Stock in Clearwire.
4. Corporate Structure:




A Partnership Including Professional Corporations

ffny03\ronneda\404837.1

A. Clearwire Spectrum – This entity is expected to be used to acquire spectrum from various sources.

B. CTI – This is the operating company.

C. SpectrumLink – This company was acquired as part of a broker fee paid by Clearwire and is not expected to be used for any purpose.

D. Clearwire Equipment LLC – This represents Clearwire's equipment business and is currently in the process of being offered for sale.

5. Terms of Series A Preferred Stock:

A. 8% annual cumulative cash dividends paid only when and if declared by Clearwire's Board of Directors (the "Board").

B. Senior to Common Stock and pari passu with the Series B Preferred Stock (see Paragraph 7 below).

C. Convertible to Common Stock at holders option. Mandatory conversion upon qualified IPO.

D. Right to vote on all matters;

6. Board of Directors: Goldman has the right to appoint 3 of 10 members of the Board: Rob Gheewalla, Gerry Cardinale and Jack Daly. Other members are Jimmy Mansour, Alliance designee (Jose Luis Rodriguez), Existing Stockholders Designees (Mort Topfer, Rusty Rose, James Gero), Leo Cyr, Liberty Designee (David Berkman). In addition, Goldman may cast tie breaking vote, if necessary.

7. Series B Option: Certain of the investors, including Goldman, have the right to purchase Series B Preferred Stock at $0.30 per share. This option is only exercisable until March 13, 2002. Goldman may invest up to approximately $28 million as part of the Series B Option. Other investors have the right to invest up to approximately $12 million as well. The Series B Preferred Stock is identical to the Series A Preferred Stock, except for the issuance price (and the corresponding conversion price and price at which anti-dilution protection applies).

8. Stockholders Agreement:

A. The stockholders agreement contains the following provisions: transfer restrictions, rights of first offer, tag-along rights, preemptive rights.

B. The stockholders agreement also provides that if no IPO or acquisition has occurred within five years from closing, either Goldman or Liberty can force a liquidation event.

C. Alliance Committees: The Board is obligated to form and maintain a Spectrum Advisory Committee and an Educational Advisory Committee. The Spectrum Advisory Committee will discuss matters relating to ITFS Spectrum and the Educational Advisory Committee will discuss matters relating to educational institutions. Note: Each of these committees is advisory only and the Board is not required to follow their recommendations.

9. Registration Rights Agreement: The Registration Rights Agreement provides Goldman with up to two demand registrations, as well as providing all investors with the right to participate in Goldman's demand registrations as well as allowing all investors (including Goldman) to participate in any company registration, in

each case subject to various cutbacks.

Master Agreement.

1. Closing Date: March 13, 2001.

2. Description:

   A. The Master Agreement provides for each Alliance member to enter into Individual Use Agreements or "IUAs" with respect to commercial spectrum capacity (the "Spectrum") held by the Alliance members in various market areas (the "Market Areas") in accordance with the ITFS licenses granted to the Alliance members by the FCC, as such Spectrum becomes available.

   B. The Spectrum subject to the Master Agreement includes 106 million Channel POPs ("Scheduled Channel POPs") that were included in schedules to the Master Agreement and for which a Commitment Royalty was paid at closing (See paragraph 3(A) below). Channel POPs associated with several different Market Areas were excluded from the scope of the Master Agreement since those Channel POPs were subject to existing agreements containing exclusive negotiation provisions.

   C. In addition to the Scheduled Channel POPs, the Alliance members have an obligation to enter into IUAs with respect to up to 100 million other Channel POPs (the "Other Channel POPs") that become available in the next 10 years, subject to certain limitations.

   D. At the closing of the Master Agreement, Clearwire entered into Individual Use Agreements with respect to four market areas (the "Market Areas") covering 12,066,000 Scheduled Channel POPs. These Market Areas are: Philadelphia, Salt Lake City, Denver and Kona, Hawaii.

   E. However, as of the Closing Date 94 million of the Scheduled Channel POPs were subject to third party agreements and approximately 67 million of the Scheduled Channel POPs are subject to existing agreements that provide the existing lessee with a right of first refusal. The existing lessees could potentially exercise their right of first refusal and match Clearwire's arrangement with the Alliance members, in which case the associated Channel POPs would not become available until the end of the term of the new lease.

   F. Each IUA is for a 15-year term, with a right of first refusal permitting Clearwire to extend for an additional 15-year term. However, regardless of whether Clearwire exercises the right of first refusal for the second 15-year term (the "Second Period"), the economics are such that Clearwire is responsible for 30 years of monthly payments and the Alliance member is responsible for transferring any excess proceeds above the monthly payment amount that the Alliance member receives from a third party with respect to such market area during the Second Period to Clearwire.

   G. Each IUA is subject to a "no-shop" provision which restricts the Alliance member from seeking a new lessee until 180 days prior to the end of the first 15-year term and two years prior to the end of the Second Period.

   H. The Master Agreement permits Clearwire to swap Spectrum delivered by the Alliance pursuant to an IUA for ITFS or MDS spectrum held by third parties.

I. Clearwire is responsible for preparing FCC applications and taking other steps necessary to build out two-way facilities for Market Areas that are subject to an executed IUA as soon as possible, subject to Clearwire's overall business development plans.

J. Pursuant to applicable law, each IUA provides that each Alliance member will reserve 5% of the Spectrum in each Market Area for services to be provided to educational and other non-profit organizations. In addition, the IUA provides that an additional 10% of the Spectrum will be made available to the Alliance member at 85% of the lowest cost offered by Clearwire in the relevant market place. Finally, each IUA provides that an additional 10% of the Spectrum will be made available to the Alliance Member at the lowest cost offered by Clearwire in the relevant market place.

K. The Master Agreement contains provisions addressing what happens in the event that ITFS spectrum is reallocated by the FCC from the Alliance members for a new use.

L. Each IUA includes a provision that requires Clearwire to provide the Alliance members with analog equipment in certain circumstances, at Clearwire's cost.

M. The Master Agreement provides that Clearwire will make payments totaling no more than $155,000 to be used by the Alliance members for Internet connectivity.

3. Payment Structure: The current value of the payments to be made to the Alliance Member is $0.90 per Scheduled Channel POP or Other Channel POP, although if the earnouts are not reached, the actual value may be lower (see clause C below). The payment structure has the following different components:

A. Commitment Royalty: At the Closing Clearwire paid $0.09 per Channel POP (the "Commitment Royalty") for each Channel POP associated with Market Areas listed on a schedule to the Master Agreement. In addition, each time an IUA is entered into with respect to a Market Area that was not listed on a schedule to the Master Agreement, Clearwire must pay the Commitment Royalty.

B. Equity Royalty: Each time an IUA is executed Clearwire will issue 0.7712 shares of Series A Preferred Stock per Channel POP to the Alliance member. This reflects an amount equal to $0.18 per Channel POP, using the $0.2334 Series A investment price.

C. Earnout: $0.225 cents of the $0.90 will be held back by Clearwire until a certain number of Channel POPs are subject to executed IUAs. *Note: As shown in clause (i) below, if less than 40 million Channel POPs are subject to executed IUAs, the effective price paid for per Channel POP is reduced to $0.675 per Channel POP.*

(i) Specifically, upon execution of IUAs covering the first 40 million Channel POPs ("Stage 1"), Clearwire will make a payment to each Alliance member equal to (x) the number of Channel POPs subject to IUAs executed by the Alliance member times (y) $0.12125.

(ii) Upon execution of IUAs covering between 40 million Channel

POPs and 80 million Channel POPs ("Stage 2 Channel POPs"), the applicable Alliance Member will receive an amount equal to (x) the number of Channel POPs subject to such Individual Use Agreement executed by the Alliance member times (y) $0.12375.

(iii) Upon execution of an Individual Use Agreements covering more than 80 million Channel POPs ("Stage 3 Channel POPs"), the applicable Alliance Member will receive an amount equal to (x) the number of Channel POPs subject to such Individual Use Agreement executed by the Alliance member times (y) $0.1575.

D. Monthly Base Royalty Payments: Each month, Clearwire will pay the applicable Alliance member an amount that varies depending upon whether the applicable IUA relates to Stage 1, Stage 2 or Stage 3. Specifically:

(i) Stage 1 payments are intended to deliver $0.30375 per Channel POP.

(ii) Stage 2 payments are intended to deliver $0.37125 per Channel POP.

(iii) Stage 3 payments are intended to deliver $0.4725 per Channel POP.

E. Valuation Adjustment. Upon the earlier of the following dates (the "Revaluation Date") to occur, the Monthly Base Royalty Payments following the Revaluation Date may be increased (but not decreased). The dates that may require an adjustment are: (1) 5th anniversary of Closing Date; (2) date of sale or exchange of (x) all or more than 75% of outstanding Clearwire stock or (y) all or substantially all of Clearwire's assets to a 3rd party, in each case in which more than 50% of the consideration is cash; or (3) the date of Qualified IPO.

F. Performance Adjustment. In addition, depending on how well Clearwire's stock is performing on the March 13, 2016, the monthly payments described above may be adjusted.

G. Execution Royalty. Depending on how many Channel POPs are then subject to an executed IUAs, Clearwire will make a cash payment to the applicable Alliance member of varying amounts.

(i) Stage 1 – Upon execution of IUAs covering Stage 1 Channel POPs, the applicable Alliance Member will receive an amount equal to (x) the number of Channel POPs subject to such Individual Use Agreement times (y) $0.10125.

(ii) Stage 2 – Upon execution of IUAs covering Stage 2 Channel POPs, the applicable Alliance Member will receive an amount equal to (x) the number of Channel POPs subject to such Individual Use Agreement times (y) $0.12375.

(iii) Stage 3 – Upon execution of IUAs covering Stage 3 Channel POPs, the applicable Alliance Member will receive an amount equal to (x) the number of Channel POPs subject to such Individual Use Agreement times (y) $0.1575.

H. Lump Sum Payment Royalty Amount. Alliance Members may elect, for up

to 20 million Channel POPs to receive an upfront payment (the "Lump Sum Payment Royalty Amount") of $0.30375 per Channel POP upon execution of the Individual Use Agreement associated with such Channel POPs instead of the Monthly Base Royalty Payments, described above. Such election may only be made in a writing signed by all Alliance Members and delivered to Clearwire. The Lump Sum Payment Royalty Amount will vary depending on whether the Channel POPs to be delivered are Stage 1 Channel POPs, Stage 2 Channel POPs or Stage 3 Channel POPs.