# NACEPF / Goldman Sachs E-mails 2003 to 2001

| DATE | TIME | FROM | TO |
|---|---|---|---|
| 5/8/2003 | 11:15:03am PT | J. Daly | NACEPF |
| 4/14/2003 | 12:52:44pm PT | NACEPF | J. Daly |
| 4/14/2003 | 12:26pm | NACEPF | J. Daly |
| 4/14/2003 | 12:11:43pm PT | J. Daly | NACEPF |
| 4/14/2003 | 12:52:44pm PT | NACEPF | Jack Daly |
| 4/14/2003 | 11:36:25am PT | NACEPF | Jack Daly |
| 4/14/2003 | 11:34:34am PT | NACEPF | Jack Daly |
| 4/14/2003 | 9:38:28am PT | Jack Daly | NACEPF |
| 4/11/2003 | 15:13:21 | NACEPF | Jack Daly |
| 4/11/2003 | 8:54:32pm PT | NACEPF | Jack Daly |
| 4/11/2003 | 3:47:04pm PT | Jack Daly | NACEPF |
| 4/11/2003 | 12:07:46pm PT | Jack Daly | NACEPF |
| 4/11/2003 | 9:12:06am PT | NACEPF | J. Daly |
| 4/8/2003 | 3:40:27am PT | NACEPF | Jack Daly |
| 4/7/2003 | 6:27:48pm PT | Jack Daly | NACEPF |
| 4/7/2003 | 2:26:59pm PT | NACEPF | Jack Daly |
| 4/7/2003 | 12:57:00 pm PT | NACEPF | Jack Daly |
| 4/5/2003 | 2:42:40pm PT | T McMillin | NACEPF |
| 4/4/2003 | 3:08:59pm PT | NACEPF | Jack Daly |
| 4/4/2003 | 1:44:59pm PT | Jack Daly | NACEPF |
| 4/2/2003 | 4:32pm | NACEPF | Jack Daly |
| 4/1/2003 | 11:37:55am PT | NACEPF | Jack Daly |
| 3/31/2003 | 10:06:53am PT | NACEPF | Jack Daly |
| 3/31/2003 | 9:57:45am PT | J Kirkland | Schwartz, NACEPF |
| 3/31/2003 | 8:57:45am PST | J Kirkland | Schwartz, NACEPF |
| 3/28/2003 | 18:10:41 | NACEPF | Jack Daly |
| 3/28/2003 | 5:50:27pm PT | Jack Daly | NACEPF |
| 3/21/2003 | 8:22:21am PT | NACEPF | Jack Daly |
| 3/21/2003 | 6:28:30am PT | Jack Daly | NACEPF |
| 3/20/2003 | 8:52pm | Jack Daly | NACEPF |
| 3/19/2003 | 9:52:08am PT | J. Daly | NACEPF |
| 3/19/2003 | 9:41:08am PT | NACEPF | Jack Daly |
| 3/19/2003 | 9:13:07am PT | J. Daly | NACEPF |
| 3/14/2003 | 1:32pm | NACEPF | Jack Daly |
| 3/14/2003 | 12:59pm | NACEPF | Jack Daly |
| 3/14/2003 | 10:20:51am PT | Jack Daly | NACEPF |
| 3/13/2003 | 4:34:59pm PT | Jack Daly | NACEPF |
| 11/21/2001 | 11:01:18am ET | NACEPF | Gerry Cardinale |
| 11/16/2001 | 5:01:19pm ET | NACEPF | Gerry Cardinale |
| 11/16/2001 | 2:06:44pm ET | NACEPF | J Kirkland |
| 11/15/2001 | 4:54:40pm ET | NACEPF | Gerry Cardinale |
| 11/15/2001 | 4:05:15pm ET | Gerry Cardinale | NACEPF |
| 11/15/2001 | 3:44:03pm ET | NACEPF | Gerry Cardinale |
| 11/15/2001 | 1:03:59pm ET | NACEPF | Gerry Cardinale |
| 11/14/2001 | 4:54:24pm ET | NACEPF | Gerry Cardinale |
| 11/14/2001 | 4:38:54pm ET | NACEPF | Gerry Cardinale |

| | | | |
|---|---|---|---|
| 11/14/2001 | 4:06:32pm ET | Gerry Cardinale | NACEPF |
| 11/14/2001 | 3:01pm | NACEPF | Gerry Cardinale |
| 11/14/2001 | 3:01:25pm ET | NACEPF | Gerry Cardinale |
| 11/14/2001 | 11:04:35am ET | Gerry Cardinale | NACEPF |
| 11/13/2001 | 7:05pm | NACEPF | Gerry Cardinale |
| 11/13/2001 | 5:01:14pm ET | Gerry Cardinale | NACEPF, J. Mansour |
| 11/13/2001 | 4:36pm | NACEPF | J Mansour |
| 11/13/2001 | 11:44:56am ET | NACEPF | G, Cardinale, J. Daly, J. Mansour |
| 11/13/2001 | 11:22:04am ET | James Kirkland | NACEPF |
| 11/13/2001 | 9:51am | NACEPF | J Kirkland |
| 11/1/2001 | 10:42am | NACEPF | G. Cardinale, J. Daly, J. Mansour |
| 10/31/2001 | 4:40:38pm ET | NACEPF | G. Cardinale, J. Daly, J. Mansour |
| 10/30/2001 | 5:29:35pm ET | NACEPF | G. Cardinale, J. Daly |
| 10/26/2001 | 11:18:53am ET | NACEPF | G. Cardinake, J. Daly |
| 10/25/2001 | 10:22am | NACEPF | J. Kirkland, L. Cyr |
| 6/29/2001 | 4:19:58pm ET | NACEPF | G. Cardinale, J. Daly, R. Gheewalla... |
| 5/31/2001 | 7:23:19pm ET | Michael Donner | NACEPF |
| 5/30/2001 | 7:32pm | NACEPF | Michael Donner |
| 5/30/2001 | 5:08:44pm ET | L. Cyr | NACEPF |
| 5/30/2001 | 4:55:49pm ET | L. Cyr | NACEPF |
| 5/30/2001 | 4:46pm | NACEPF | L. Cyr |
| 5/30/2001 | 4:04pm | NACEPF | L. Cyr |
| 5/30/2001 | 4:01:27pm ET | L. Cyr | NACEPF, L. Cyr |
| 5/30/2001 | 3:51pm | NACEPF | L. Cyr |
| 5/30/2001 | 3:42:31pm PT | NACEPF | L. Cyr, G. Cardinale |
| 5/30/2001 | 12:42pm | NACEPF | L. Cyr |
| 5/29/2001 | 7:05:25pm ET | NACEPF | L. Cyr |
| 5/29/2001 | 5:24:04pm ET | L. Cyr | J. Daly, G. Cardinale, L.Cyr |
| 5/29/2001 | 12:42pm | NACEPF | L. Cyr |
| 4/30/2001 | 4:36:51pm ET | NACEPF | G. Cardinale |
| 4/30/2001 | 11:36:24am ET | J. Daly | NACEPF |
| 4/27/2001 | 1:30:51pm ET | NACEPF | G. Cardinale, J. Schwartz.. |
| 4/27/2001 | 11:56am | NACEPF | J. Daly |
| 4/18/2001 | 10:36:11am ET | NACEPF | L. Cyr, G. Cardinale, J. Daly, .. |
| 4/17/2001 | 9:00:45pm PT | L. Cyr | NACEPF, J. Schwartz |
| 4/17/2001 | 6:19pm | NACEPF | J. Schwartz, J. Rodriguez |
| 4/17/2001 | 5:36pm | Gerry Cardinale | NACEPF, L. Cyr |
| 4/17/2001 | 3:42:51pm PT | L. Cyr | NACEPF |
| 3/30/2001 | 2:00:16pm PT | NACEPF | G. Cardinale |
| 3/30/2001 | 10:32am | NACEPF | G. Cardinale |
| 3/30/2001 | 7:40:14am PT | Gerry Cardinale | NACEPF |
| 3/20/2001 | 9:46:28am PT | J. Daly | NACEPF |
| 3/19/2001 | 10:35:28am PT | NACEPF | J. Daly |
| 3/14/2001 | 8:19pm | J. Daly | G. Cardinale, M. Donner, RonneDa... |
| 3/14/2001 | 7:14pm | NACEPF | G. Cardinale, J. Daly, M. Donner, RonneDA... |
| 3/1/2001 | 6:33:32pm PT | NACEPF | J. Daly |
| 1/30/2001 | 9:34:45am PT | NACEPF | J. Daly |
| 1/29/2001 | 7:46:36pm PT | J. Daly | NACEPF |
| 1/28/2001 | 7:36:05pm PT | NACEPF | G. Cardinale, J. Daly |
| 1/27/2001 | 1:00:08pm ET | J. Daly | NACEPF |
| 1/27/2001 | 12:53:01 | NACEPF | J. Daly |

| | | |
|---|---|---|
| 1/27/2001 6:24:21am PT | NACEPF | NACEPF, BT Moore, J. Daly, D. Ronnen |
| 1/26/2001 5:20:52pm PT | NACEPF | BT Moore, J. Daly, D. Ronnen |
| 1/26/2001 3:27:18pm PT | B. T. Moore | NACEPF, BT Moore, |
| 1/26/2001 3:19:48pm PT | NACEPF | BT Moore |
| 1/25/2001 1:15:28pm PT | NACEPF | J. Daly |
| 1/23/2001 1:34:13pm PT | NACEPF | D. Ronnen, RonneDa, J. Daly... |
| 12/14/2000 4:44pm | NACEPF | R. Gheewalla, G. Cardinale, J. Daly... |
| 12/14/2000 4:43:45pm PT | Gerry Cardinale | NACEPF |