| YEAR | DATE | TIME | TELEPHONE # | NAME | INCOMING | OUTGOING | FAX |
|---|---|---|---|---|---|---|---|
| 2000 | 16-May | 3:18pm | 212-902-1000 | Goldman Sachs | | x | |
| 2000 | 16-May | 3:19pm | 212-902-5567 | Goldman Sachs | | x | |
| 2000 | 16-May | 3:22pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2000 | 17-May | 10:07am | 212-902-5567 | Michael Donner | | x | |
| 2000 | 17-May | 10:15am | 212-902-5567 | Michael Donner | | x | |
| 2000 | 2-Jun | 10:47am | 212-902-6182 | Gerry Cardinale | | x | |
| 2000 | 2-Jun | 10:48am | 212-902-6182 | Gerry Cardinale | | x | |
| 2000 | 10-Aug | 10:53am | 212-902-3457 | Jack Daly | | x | |
| 2000 | 10-Aug | 10:56am | 212-902-6182 | Gerry Cardinale | | x | |
| 2000 | 10-Aug | 11:54am | 212-902-6182 | Gerry Cardinale | | x | |
| 2000 | 14-Aug | 2:18pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2000 | 14-Aug | 4:18pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2001 | 7-Jan | 9:05pm | 212-902-3457 | Jack Daly | | x | |
| 2001 | 18-Jan | 4:30pm | 212-902-3457 | Jack Daly | | x | |
| 2001 | 19-Jan | 4:02pm | 212-902-5678 | Goldman Sachs | | x | |
| 2001 | 22-Jan | 3:36pm | 212-902-3457 | Jack Daly | | x | |
| 2001 | 25-Jan | 10:30am | 212-902-3457 | Jack Daly | | x | |
| 2001 | 25-Jan | 5:15pm | 212-357-5505 | Gerry Cardinale | | | xx |
| 2001 | 27-Jan | 12:09pm | 212-902-3457 | Jack Daly | | x | |
| 2001 | 27-Jan | 4:03pm | 212-595-4876 | Jack Daly | x | | |
| 2001 | 1-Feb | 5:25pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2001 | 2-Feb | 11:32am | 212-902-6182 | Gerry Cardinale | | x | |
| 2001 | 14-Feb | 4:01pm | 212-902-3457 | Jack Daly | | x | |
| 2001 | 14-Feb | 4:04pm | 212-902-3457 | Jack Daly | | x | |
| 2001 | 15-Feb | 4:07pm | 212-902-5567 | Goldman Sachs | | x | |
| 2001 | 16-Feb | 6:17pm | 212-902-3457 | Jack Daly | | x | |
| 2001 | 12-Apr | 8:36am | 212-902-6182 | Gerry Cardinale | | x | |
| 2001 | 12-Apr | 8:38am | 212-902-3457 | Jack Daly | | x | |
| 2001 | 12-Apr | 4:04pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2001 | 18-Apr | 4:50pm | 212-902-3457 | Jack Daly | | x | |
| 2001 | 18-Apr | 4:54pm | 212-902-5567 | Goldman Sachs | | x | |
| 2001 | 27-Apr | 1:52pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2001 | 25-May | 9:59am | 212-902-3457 | Jack Daly | | x | |
| 2001 | 1-Aug | 4:24pm | 212-902-3457 | Jack Daly | | x | |
| 2001 | 10-Sep | 10:56am | 212-902-3457 | Jack Daly | | x | |
| 2001 | 10-Sep | 10:57am | 212-902-3457 | Jack Daly | | x | |
| 2001 | 16-Nov | 4:55pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2002 | 26-Jun | 3:32pm | 212-902-3182 | Gerry Cardinale | | x | |
| 2002 | 26-Jun | 3:38pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2002 | 26-Jun | 3:41pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2002 | 12-Aug | 5:46pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2002 | 14-Aug | 3:56pm | 212-902-0450 | Goldman Sachs | | x | |
| 2002 | 18-Oct | 2:36pm | 212-902-6182 | Gerry Cardinale | | x | |
| 2003 | 19-Mar | 10:30am | 212-902-3457 | Jack Daly | | x | |
| 2003 | 8-May | 3:22pm | 212-902-3457 | Jack Daly | | x | |

| DATE | John Primeau-NACEPF Phone line | TIME | TELEPHONE | DURATION | CONTACT | Firm |
|---|---|---|---|---|---|---|
| March 19, 2003 | | 10:44:00 | 212-902-3457 | 3:12 | Jack Daly | |
| May 8, 2003 | | 14:36:00 | 212-902-3457 | 0:21 | Jack Daly | |
| May 8, 2003 | | 14:37:00 | 212-902-3457 | 1:16 | Jack Daly | |

Phone Records

| | | | | | | |
|---|---|---|---|---|---|---|
| January 17, 2001 | 401-965-6254 | 11:11:00 | 212-409-7426 | 2 | ING Barrings | |
| January 7, 2001 | 401-965-6254 | 9:05:00 | 212-902-3457 | 2 | Jack Daly | |
| January 24, 2001 | 401-965-6254 | 9:20:00 | 212-409-6589 | 1 | ING Barrings | |
| January 24, 2001 | 401-965-6254 | 9:22:00 | 212-409-1469 | 1 | ING Barrings | |
| February 14, 2001 | 401-965-6254 | 15:59:00 | 212-859-8598 | 3 | Dan Ronnen | FF |
| February 14, 2001 | 401-965-6254 | 16:01:00 | 212-902-3457 | 2 | Jack Daly | |
| March 1, 2001 | 401-965-6254 | 15:40:00 | 212-859-8588 | 1 | Fried Frank | |
| March 1, 2001 | 401-965-6254 | 15:40:00 | 212-859-8598 | 3 | Fried Frank | |
| March 2, 2001 | 401-965-6254 | 9:49:00 | 212-859-8000 | 4 | Fried Frank | |
| March 2, 2001 | 401-965-6254 | 9:55:00 | 212-859-8000 | 2 | Fried Frank | |
| March 14, 2001 | 401-965-6254 | 14:33:00 | 212-859-8598 | 1 | Dan Ronnen | FF |
| March 14, 2001 | 401-965-6254 | 14:34:00 | 212-859-8598 | 6 | Dan Ronnen | FF |
| August 1, 2001 | 401-965-6254 | 16:24:00 | 212-902-3457 | 2 | Jack Daly | |
| May 16, 2000 | 401-934-1600 | 15:18:00 | 212-902-1000 | 1.6 | Sachs # | |
| May 16, 2000 | 401-934-1600 | 15:22:00 | 212-902-6182 | 5.9 | Gerry Cardinale | |
| May 16, 2000 | 401-934-3100 | 15:19:00 | 212-902-5567 | 1.5 | Sachs # | |
| August 10, 2000 | 401-934-1100 | 11:54:00 | 212-902-6182 | 22 | Gerry Cardinale | |
| August 10, 2000 | 401-934-1600 | 10:53:00 | 212-902-3457 | 1.4 | Jack Daly | |
| August 10, 2000 | 401-934-1600 | 10:56:00 | 212-902-6182 | 0.6 | Gerry Cardinale | |
| August 14, 2000 | 401-934-1600 | 14:18:00 | 212-902-6182 | 1.7 | Gerry Cardinale | |
| August 14, 2000 | 401-934-1600 | 16:18:00 | 212-902-6182 | 4.3 | Gerry Cardinale | |
| May 17, 2000 | 401-965-6254 | 10:07:00 | 212-902-5567 | 2 | Sach # | |
| May 17, 2000 | 401-965-6254 | 10:15:00 | 212-902-5667 | 1 | Sach # | |
| June 2, 2000 | 401-965-6254 | 10:47:00 | 212-902-6182 | 1 | Gerry Cardinale | |
| June 2, 2000 | 401-965-6254 | 10:48:00 | 212-902-182 | 3 | Gerry Cardinale | |
| September 14, 2000 | 401-965-6254 | 8:33:00 | 212-409-7426 | 1 | ING BARRINGS | |
| September 14, 2000 | 401-965-6254 | 8:33:00 | 212-409-6469 | 1 | Mike Powell | |
| September 14, 2000 | 401-965-6254 | 9:02:00 | 212-409-7426 | 1 | Mike Powell | |
| September 14, 2000 | 401-965-6254 | 9:30:00 | 212-409-7426 | 1 | ING BARRINGS | |
| October 9, 2000 | 401-965-6254 | | 212-409-6469 | 3 | Mike Powell | |

| | | | | | | |
|---|---|---|---|---|---|---|
| January 18, 2001 | 401-934-1600 | 16:30:00 | 212-902-3457 | 18.2 | Jack Daly | |
| January 19, 2001 | 401-934-1600 | 16:09:00 | 212-859-8598 | 3.2 | Dan Ronnen | FF |
| January 22, 2001 | 401-934-1600 | 15:36:00 | 212-902-3457 | 0.9 | Jack Daly | |
| January 22, 2001 | 401-934-1600 | 15:40:00 | 212-859-8598 | 1.3 | Dan Ronnen | FF |
| January 26, 2001 | 401-934-1600 | 17:15:00 | 212-859-8598 | 10.2 | Dan Ronnen | FF |
| | | | | | | |
| January 19, 2001 | 401-934-3100 | 16:02:00 | 212-902-5678 | 0.5 | Sachs # | |
| January 22, 2001 | 401-934-3100 | 16:49:00 | 212-859-8598 | 0.6 | Dan Ronnen | FF |
| January 25, 2001 | 401-934-3100 | 10:30:00 | 212-902-4357 | 8.3 | Jack Daly | |
| January 27, 2001 | 401-934-3100 | 12:09:00 | 212-902-3457 | 0.6 | Jack Daly | |
| | | | | | | |
| February 14, 2001 | phone card -8978 | 16:04:00 | 212-902-3457 | 2.8 | Jack Daly | |
| February 15, 2001 | 401-934-1100 | 15:57:00 | 212-859-8598 | 5.7 | Dan Ronnen | FF |
| February 15, 2001 | 401-934-1100 | 16:07:00 | 212-902-5567 | 3.3 | Sachs # | |
| February 16, 2001 | 401-934-1600 | 18:17:00 | 212-902-3457 | 2 | Jack Daly | |
| February 1, 2001 | 401-934-1600 | 17:52:00 | 212-902-6182 | 5 | Gerry Cardinale | |
| February 2, 2001 | 401-934-1600 | 11:32:00 | 212-902-6182 | 9.7 | Gerry Cardinale | |
| March 5, 2001 | 401-934-1100 | 11:58:00 | 212-859-8000 | 15.7 | Fried Frand # | |
| March 10, 2001 | 401-353-4524 | 6:37 PM | 212-859-8000 | 2.1 | Fried Frand # | |
| March 10, 2001 | 401-353-4524 | 4:10 PM | 212-859-8000 | 0.8 | Fried Frand # | |
| March 10, 2001 | 401-934-1100 | 5:57 PM | 212-859-8000 | 1.2 | Fried Frand # | |
| March 10, 2001 | 401-934-1600 | 6:56 PM | 212-859-8000 | 1.9 | Fried Frand # | |
| March 13, 2001 | 401-934-1116 | 12:06 PM | 212-859-8598 | 4.3 | Dan Ronnen | FF |
| March 13, 2001 | 401-934-1600 | 11:45 AM | 212-859-8598 | 4 | Fried Frand # | |
| | | | | | | |
| March 10, 2001 | 401-934-3100 | 5:16 AM | 212-859-4348 | 0.6 | Fried Frank | |
| March 10, 2001 | 401-934-3100 | 1:23 PM | 212-859-8214 | 0.5 | Fried Frank | |
| March 14, 2001 | | 1:46 PM | 212-859-8598 | 4.1 | Dan Ronnen | FF |
| March 14, 2001 | | 6:11 PM | 212-859-8598 | 6.8 | Dan Ronnen | |
| March 14, 2001 | | 7:30 PM | 212-859-8598 | 1.8 | Dan Ronnen | |
| | | | | | | |
| April 27, 2001 | 401-934-1100 | 1:52 PM | 212-902-6182 | 15.3 | Gerry Cardinale | |
| April 12, 2001 | 401-934-1600 | 8:36 AM | 212-902-6182 | 1.2 | Gerry Cardinale | |
| April 12, 2001 | 401-934-1600 | 8:38 AM | 212-902-3457 | 0.8 | Jack Daly | |
| April 12, 2001 | 401-934-1600 | 4:04 PM | 212-902-6182 | 1.9 | Gerry Cardinale | |
| April 18, 2001 | 401-934-1100 | 4:50 PM | 212-902-3457 | 0.4 | Jack Daly | |
| April 18, 2001 | 401-934-3100 | 4:54 PM | 212-902-5567 | 10.4 | Sachs # | |
| May 25, 2001 | 401-934-1600 | 9:59 AM | 212-902-3457 | 2.8 | Fried Frank | |
| June 13, 2001 | 401-934-1100 | 10:27 AM | 212-859-8000 | 1.7 | Fried Frank | |
| June 13, 2001 | 401-934-1100 | 12:02 PM | 212-859-8000 | 3.6 | Fried Frank | |
| August 7, 2001 | 401-934-1600 | 2:14 PM | 212-859-8598 | 3.1 | Dan Ronnen | FF |
| August 14, 2001 | 401-934-1600 | 3:57 PM | 212-859-8598 | 0.7 | Jack Daly | |
| September 10, 2001 | 401-934-1100 | 10:56 AM | 212-902-3457 | 0.7 | Sachs # | |
| September 10, 2001 | 401-934-1600 | 10:57 AM | 212-902-3459 | | | |
| | | | | | | |
| November 16, 2001 | 401-934-1100 | 4:55 PM | 212-902-6182 | 31.2 | Gerry Cardinale | |
| | | | | | | |
| January 7, 2001 | 401-965-6254--Sarasota, FL | 9:05 AM | 212-902-3457 | 2 | Jack Daly | |
| | | | | | | |
| January 24, 2001 | 401-965-6254 | 9:20 AM | 212-409-6589 | 1 | ING Barrings | |
| January 24, 2001 | 401-965-6254 | 9:22 AM | 212-409-6469 | 1 | ING Barrings | |

| | | | | | | |
|---|---|---|---|---|---|---|
| February 14, 2001 | 401-956-6254 | 3:59 PM | 212-859-8598 | 3 | Dan Ronnen | |
| February 14, 2001 | 401-965-6254 | 4:01 PM | 212-902-3457 | 2 | Jack Daly | |
| | | | | | | |
| August 1, 2001 | 401-965-6254 | 4:24 PM | 212-902-3457 | 2 | Jack Daly | |
| March 1, 2001 | 401-965-6254 | 3:40 PM | 212-859-8588 | 1 | Fried Frank | |
| March 1, 2001 | 401-965-6254 | 3:40 PM | 212-859-8598 | 3 | Dan Ronnen | FF |
| March 2, 2001 | 401-965-6254 | 9:49 PM | 212-859-8000 | 4 | Fried Frank | |
| March 2, 2001 | 401-965-6254 | 9:55 PM | 212-859-8000 | 2 | Fried Frank | |
| March 14, 2001 | 401-965-6254 | 2:33 PM | 212-859-8598 | 1 | Dan Ronnen | FF |
| March 14, 2001 | 401-965-6254 | 2:34 PM | 212-859-8598 | 6 | Dan Ronnen | FF |