# Schedule 9.2(e)

## Board of Directors, Spectrum Advisory Committee and Educational Advisory Committee of Clearwire Holdings Inc.

### Board of Directors

Jose Luis Rodriguez

James M. Mansour

Rob Gheewalla

Gerry Cardinale

Jack Daly

James F. Gero

Edward W. Rose

Morton Topfer

Leo Cyr

David Berkman

### Spectrum Advisory Committee

Three persons elected by the Alliance Members

Two persons elected by Clearwire

Two persons elected by agreement between Clearwire and the Alliance Members

### Educational Advisory Committee

Three persons elected by the Alliance Members

Two persons elected by Clearwire

Two persons elected by agreement between Clearwire and the Alliance Members