SECTION 12. Further Assurances. At any time or from time to time after the Closing, Clearwire, on the one hand, and the Alliance Members, on the other hand, agree to cooperate with each other, and at the request of the other Party, to execute and deliver any further instruments or documents and to take all such further action as the other Party may reasonably request in order to evidence or effectuate the consummation of the transactions contemplated hereby and to otherwise carry out the intent of the Parties hereunder.

SECTION 13. Successors and Assigns. This Agreement shall bind and inure to the benefit of Clearwire and each of the Alliance Members and their respective permitted successors, assigns, heirs and personal representatives of Clearwire and each of the Alliance Members. Except as set forth in Section 1.5, no Party may assign either this Agreement or any of its rights, interests or obligations hereunder without the prior written approval of the other Party; provided that Clearwire may assign its rights and obligations hereunder: (x) to a wholly owned affiliate of Clearwire, in which case Clearwire shall guarantee all of the obligations of the affiliate; and (y) in connection with the sale or exchange of all or more than seventy-five (75%) percent of the outstanding stock of Clearwire or all or substantially all of Clearwire's assets to a third party; provided, further, that the Alliance Members may assign their rights and duties under this Agreement with respect to individual FCC Licenses in accordance with Section 5.5 herein; and provided, further, that each Alliance Member may assign its rights and obligations under this Agreement to any other Alliance Member party to this Agreement.

SECTION 14. Entire Agreement. This Agreement, the Documents and the other writings referred to herein or delivered pursuant hereto which form a part hereof contain the entire agreement among the Parties with respect to the subject matter hereof and supersede all prior and contemporaneous arrangements or understandings with respect thereto.

SECTION 15. Notices. All notices, requests, consents and other communications hereunder to any party shall be deemed to be sufficient if contained in a written instrument delivered in person or sent by facsimile (with a confirmatory copy sent by a different means within three (3) business days of such notice), nationally recognized overnight courier or first class registered or certified mail, return receipt requested, postage prepaid, addressed to such party at the address set forth below or such other address as may hereafter be designated in writing by such party to the other Parties:

(i) if to Clearwire, to:

Clearwire Holdings Inc.
2000 E. Lamar Blvd.
Suite 730
Arlington, Texas 76006
Telecopy: (817) 226-5900
Attention: Leo Cyr

with copies to:

Locke Liddell & Sapp LLP
2200 Ross Avenue
Suite 2200
Dallas, Texas 75201
Telecopy: (214) 740-8800
Attention: Don M. Glendenning, Esq.

GS Capital Partners III, L.P.
85 Broad Street
New York, New York 10004
Telecopy: (212) 902-3000
Attention: Gerry Cardinale

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, New York 10004
Telecopy: (212) 859-8156
Attention: Paul M. Reinstein, Esq.

and

GS Capital Partners III, L.P.
85 Broad Street
New York, New York 10004
Telecopy: (212) 357-5505
Attention: Ben Adler, Esq.

(ii) if to NACEPF:

2419 Hartford Avenue
Johnston, RI 02919-1719
Tel: (401) 934-1100
Fax (401) 934-2240
Attention: John Primeau

with copies to:

Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
Fax: (203) 977-7301
Attention: Sabino Rodriguez III, Esq.

(iii) if to ITF, CITF, PRETC, DAETC, or TCSTG:

P.O. Box 6060
Boulder, CO 80306
Tel: (303) 442-2707
Fax: (303) 442-6472
Attention: John Schwartz

with copies to:

Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
Fax: (203) 977-7301
Attention: Sabino Rodriguez III, Esq.

(v) if to HITN:

449 Broadway
New York, NY 10013
Tel: (787) 725-7200
Fax: (787) 725-7232
Attention: Jose Luis Rodriguez

with copies to:

Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
Fax: (203) 977-7301
Attention: Sabino Rodriguez III, Esq.

(vi) if to the Alliance:

P.O. Box 6060
Boulder, CO 80306
Tel: (303) 442-2707
Fax: (303) 442-6472
Attention: John Schwartz

with copies to:

Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
Fax: (203) 977-7301
Attention: Sabino Rodriguez III, Esq.

All such notices, requests, consents and other communications shall be deemed to have been given when received.