# MINUTES OF SPECIAL TELEPHONIC MEETING OF THE BOARD OF DIRECTORS OF CLEARWIRE HOLDING, INC. (HELD ON SEPTEMBER 11, 2002)

(Presented for Board of Directors approval)

# MINUTES OF SPECIAL TELEPHONIC MEETING OF BOARD OF DIRECTORS OF CLEARWIRE HOLDINGS, INC. (the "Corporation") (held on September 11, 2002)

A special telephonic meeting of the Board of Directors, having been duly called, was called to order at 1 PM Central Time on September 11, 2002. Written notice of the meeting was sent to all directors in accordance with the bylaws of the Corporation. Attending were Jimmy Mansour, Leo J. Cyr, David Berkman, Rob Gheewalla, Gerry Cardinale, Edward Rose III, and John Schwartz. Also present were Thomas McMillin, James Kirkland, and Jeff Mucci. Mr. Mansour reported on the status of negotiations with the Alliance members with respect to restructuring of the Master Agreement between the Alliance members and the Corporation. Mr. Mansour reported the recommendation of the Special Committee of the Board of Directors that additional individual use agreements should not be closed pending completion of the negotiations. Mr. Kirkland summarized the factors considered by the Special Committee supporting this recommendation. Following discussion, the Board members present voted to accept the Special Committee's recommendation that additional individual use agreements should not be closed pending completion of the negotiations, with Mr. Schwartz abstaining.

The meeting was adjourned at 1:30 PM.