# *Clearwire Restructuring Rationale*

- Clearwire has been unsuccessful to date in restructuring the Master Agreement with the Alliance
  - Initiated discussions in May, 2002
  - Currently in one on one discussions with HITN
  - Other Alliance members are apparently awaiting outcome of those negotiations and have declined to provide a counter-proposal or negotiate further at this time
- Timing of any resolution is highly uncertain given substantial delays to date and current status of negotiations
- Master Agreement constitutes a substantial overhang on Clearwire Holdings which prevents further financing in the absence of resolution
  - CHI is unable to raise capital to pursue new opportunities
- In light of current lack of resolution with the Alliance, management has worked with company counsel to develop a restructuring plan that would permit all existing Clearwire shareholders to participate in and pursue attractive new opportunities such as the WorldCom transaction


Copyright 2003 Clearwire™ Technologies Inc.

# Clearwire Restructuring Rationale (continued)

- Restructuring is necessary to attract new capital to fund pursuit and development of new opportunities
- New structure is intended to preserve value for shareholders
- New structure avoids prejudice to creditor interests


Copyright 2003 Clearwire™ Technologies Inc.
CLEARWIRE

# Current Structure





Copyright 2003 Clearwire™ Technologies Inc.
CLEARWIRE

# Restructuring Plan - Steps

- Creation of a new holding company (New Holdings)
- Creation of new holding company is accomplished through the following steps
  - Creation of a new subsidiary (Sub A) of Clearwire Holdings, Inc. (CHI), the current ultimate parent and the party to the Master Agreement
  - Creation of a new subsidiary (Sub B) of Sub A
  - Merger of CHI into Sub B
  - Once the merger of CHI and Sub B is accomplished, Sub A is the new ultimate parent, New Holdings
  - Via merger, CHI shareholders receive identical shares (class and number of shares) in New Holdings/Sub A
- Post-merger, CHI is a wholly owned subsidiary of New Holdings, and remains a party to the Master Agreement
- Current operating company, Clearwire Technologies, remains a subsidiary of CHI


Copyright 2003 Clearwire™ Technologies Inc.
CLEARWIRE

# Restructuring Completed





Copyright 2003 Clearwire™ Technologies Inc.


CLEARWIRE

# Restructuring Steps









Copyright 2003 Clearwire™ Technologies Inc.

CLEARWIRE

# *Additional Elements of Restructuring Plan*

- Shareholders in New Holdings will be afforded the opportunity to enter into a shareholder/registration rights agreement at the New Holdings level which is substantially in the form of the current agreements
  - Whether Alliance receives Board seat at New Holdings will be determined by outcome of negotiations
- To the extent that pursuit of a new opportunity requires ongoing access to the resources of the management team, an appropriate cost sharing agreement will be entered into
- Under Delaware law, the merger of CHI and Sub B requires Board approval, which we are seeking today


Copyright 2003 Clearwire™ Technologies Inc.

## *Results of Restructuring*

- New Holdings and/or additional new subsidiaries of New Holdings provide vehicles for capital investment by existing shareholders and new investors
  - Terms of new investment and choice of entity for investments will be subject to negotiation
  - Existing shareholders will be afforded an equal opportunity to invest in next funding round at New Holdings or subsidiary
  - Supports new investment to pursue new opportunities
- CHI remains the party to the Master Agreement


Copyright 2003 Clearwire™ Technologies Inc.

# Consolidated Balance Sheets

($000s)

| Assets | December 31, 2002 (Preliminary) | December 31, 2001 (Audited) |
|---|---|---|
| **Current Assets** | | |
| Cash & Cash Equivalents | $ 10,183 | $ 21,311 |
| Accounts Receivable, net | 5 | 42 |
| Note Receivable | - | 500 |
| Prepaids & Other | 195 | 140 |
| Total Current Assets | 10,383 | 21,993 |
| Plant & Equipment, net | 3,029 | 4,558 |
| Spectrum Rights & Other Intangibles, net | 31,668 | 25,642 |
| Other Long Term Assets | 117 | 227 |
| Total Assets | $ 45,197 | $ 52,420 |

| Liabilities & Equity | December 31, 2002 (Preliminary) | December 31, 2001 (Audited) |
|---|---|---|
| **Current Liabilities** | | |
| Accounts Payable | $ 842 | $ 248 |
| Accrued Expenses | 1,903 | 3,042 |
| Capital Lease, current | 109 | 98 |
| Total Current Liabilities | 2,854 | 3,388 |
| Spectrum Obligations | 6,685 | 4,944 |
| Capital Lease, long term | 336 | 444 |
| Other Long-Term Liabilities | 303 | 50 |
| Total Liabilities | 10,178 | 8,826 |
| Stockholders' Equity | 35,019 | 43,594 |
| Total Liabilities & Equity | $ 45,197 | $ 52,420 |

CLEARWIRE CONFIDENTIAL

Copyright 2003 Clearwire™ Technologies Inc.



CLEARWIRE

# Consolidated Income Statements

| ($000s) | 12 Months Ended December 31, 2002 | | |
|---|---|---|---|
| | Actual (Preliminary) | Budget | Variance |
| Revenue | $ 264 | $ 363 | $ (99) |
| Direct Costs | 198 | 371 | (173) |
| Gross Profit (Loss) | 66 | (8) | 74 |
| General & Administrative | 6,643 | 6,864 | (221) |
| Network Engineering & Operations | 1,558 | 2,030 | (472) |
| Sales & Marketing | 746 | 1,163 | (417) |
| Customer Care | 244 | 157 | 87 |
| Test Markets and Other Projects | 247 | 331 | (84) |
| EBITDA | (9,372) | (10,553) | 1,181 |
| Depreciation & Amortization | 2,348 | 2,348 | - |
| Other (Income) Expense: | | | |
| ALB Sale/Asset Writedown | 1,296 | 1,296 | - |
| CTI A/R / Investment Writeoff | 556 | 556 | - |
| Interest (Income) Expense, net | 320 | 320 | - |
| Other | 10 | 10 | - |
| Net Income (Loss) | $ (13,902) | $ (15,083) | $ 1,181 |



Copyright 2003 Clearwire™ Technologies Inc.



CLEARWIRE

# Consolidated Statements of Cash Flows

| ($000s) | 12 Months Ended December 31, 2002 | | |
|---|---|---|---|
| | Actual (Preliminary) | Budget | Variance |
| OPERATING ACTIVITIES: | | | |
| Net Income (Loss) | $ (13,902) | $ (15,083) | $ 1,181 |
| Adjustments: | | | |
| Depreciation & Amortization | 2,348 | 2,348 | - |
| Other noncash items | 23 | 23 | - |
| Loss on Asset Writedown | 1,565 | 1,565 | - |
| Changes in working capital | 811 | (306) | 1,116 |
| | (9,156) | (11,453) | 2,297 |
| INVESTING ACTIVITIES: | | | |
| Investment in Spectrum | (1,433) | (11,527) | 10,094 |
| Capital Expenditures | (1,571) | (3,321) | 1,750 |
| | (3,004) | (14,848) | 11,844 |
| FINANCING ACTIVITIES: | | | |
| Payments on capital lease obligations | (98) | (98) | - |
| Payments on spectrum obligations | (1,857) | (524) | (1,333) |
| Preferred stock proceeds, net | 2,987 | 3,020 | (33) |
| | 1,032 | 2,398 | (1,366) |
| NET DECREASE IN CASH | (11,128) | (23,903) | 12,775 |
| BEGINNING CASH | 21,311 | 21,311 | - |
| ENDING CASH | $ 10,183 | $ (2,592) | $ 12,775 |

CLEARWIRE CONFIDENTIAL

Copyright 2003 Clearwire™ Technologies Inc.



CLEARWIRE