Subj: Goldman Sachs stature
Date: 4/1/2003 11:37:55 AM Pacific Daylight Time
From: NACEPF
To: jack.daly@gs.com

Dear Jack,

Following your telephone call to me yesterday, I was reflecting on your comment about how the "past" always comes up in our discussions. Here is how I see making the past a viable transition to the opportunities that are ahead.

The seminal question from the past that affects us today:
Question, why, in line with David Berkman's comments last year that the Commitment Fee was only an investor "option" and it was time to "declare a dividend and go home," didn't Sachs accept a "split the baby" agreement for the $21mil residual value of CW#1 since it was impossible to bring any further investment into it without "eliminating the legal overhang" of the Alliance 90 cent deal?

Answer,
(1) GS controlled CW#1 and would prevent the Alliance from gaining access to the residual $21mil while GS used this money to effectuated a transfer of value to an entity (CW#1 or CW#2) free of the 90 cent obligation to the Alliance. The "Methodology of Sachs' Transfer of Value Strategy" ("MSTVS"): deploy various "prove the business plan/model(s)" which will use up the $21 mil residual to do things like R&D, Mgt./firm technical development, retention of key mgt. (bonuses, indemnification of officers/Dirs.), knowledge & training experience, tests, deployment(s), etc. that a CW#1 (free of Alliance "overhang") or CW#2 would have to spend investment dollars on anyway.

(2) as the American legal system demands large dollars for justice then tiny entities like the Alliance are hard pressed to stay in the legal arena with the "$achs" of the world so as the cash residual was (is) diminishing pressure on the Alliance would build to accept an ever diminishing cash residual --which of course is being transferred via MSTVS. Moreover, Sachs' MSTVS strategy needs to Diminish/Avoid/Circumvent ("DAC") the legal claims of the Alliance on or against this MSTVS that may inhibit funding into a CW#2 (or prototype). This is so especially during any "window of opportunity" time frame.

Please remember Jack that the majority of the losses in Clearwire (upwards to $40Mil) were not lost on Alliance spectrum but on high risk technology equipment speculation. The "blame" for which is totally an investor/Mgt. team "crap" shot responsibility. Using a MSTVS/DAC approach to force innocent educators to bear the financial burden of this devastation is like asking the NYC public school budget to bear the responsibility for margin calls against speculators on Wall Street.

Jack, as a past educator who likes math, the difference between us is analogous to being on opposite sides of a classic business school Linear Programming Model ("LPM") with the above mentioned parameters where:
Sachs LPM Objective is to:
Maximize: => MSTVS (default the Alliance by all means necessary)
Subject to: => the constraints of DAC (which include legal/monetary risks)

Clearwire's "walk away" letter of last Friday is the culmination of Sachs' MSTVS/DAC approach. I would suggest Jack that Sachs look beyond the trees to the horizon and take a step back from this LPM and follow a more fiduciary responsible path. This MSTVS/DAC objective is remiss to Sachs' business objectives because, like physical matter, the $21mil never "evaporates" but changes state (an asset with real & meaningful value). Moreover, it can be identified in any CW#2 or any "New Holdings, Inc." --any new investors/general partners legal team can readily see the value added by Sachs' MSTVS/DAC.

Instead of going down a base road remiss to the stature of Goldman Sachs, I would suggest you focus not on what to date you think is the problem (legal debt owed to the Alliance) but on the opportunity you believe is ahead by employing the time and tested investment strategy of Wall Street: Dollar Cost Averaging. Simply average the small portion of the remaining 90 cent deal with the other opportunities that are out there.

Had Sachs' "split the $21mil baby" it could have invested the other half into CW#1/CW#2 and accomplished what it is trying to accomplish via this dubious MSTVS/DAC approach. If for instance, the investment needed to fund

opportunities at perhaps 15cents/CPOP are dollar cost averaged with the remains of the initial 90 cent deal you can average out the spectrum cost.

Jack, as long as this management team is intact the $21mil "value" never evaporates, the past is still the "present" in any archetype. You can eliminate the dubious liability classification for this MSTVS/DAC "asset" on any archetype balance sheet by using dollar cost averaging to make this asset above board and free of business/legal chicanery i.e. the deal you worked out with HITN is such a reclassification. Shortly, John Schwartz will get you ITF et al reply. NACEPF will too forward its reply and it would help if James would release Jose to speak to us without constraint to remaining negotiations otherwise you and me are in analog mode --a lawyer's cash register.

Do you remember when you told me what most impressed you about Goldman Sachs? You related a situation where Sachs "fired" a big client over its conduct toward a female employee of Sachs at its firm's party? Your warning that in the realm of bankruptcy/debt litigation little NACEPF is no match for Wall Street is well taken. Yet, in the spirit of what made Goldman Sachs what it is I ask you to take the higher road. I would suggest we reach symmetry by both being reasonable to the realities we face. Thanks for taking the time to come by here the other week and to speak with me yesterday on the telephone.

Best regards,

John

PS: when your Wall Street career is over I wish you would consider doing some business & ethics distance learning on CSN ( www.csn-ed.net ) --you'll always an "ed.net" at heart.