CLEARWIRE

# CONFIDENTIAL MEMORANDUM

**To:** Clearwire Investors

**From:** Clearwire Holdings Inc.

**Date:** May 6, 2003

**Re:** Investor Update

---

## Summary

Clearwire management would like to take this opportunity to update investors on recent accomplishments, developments and future focus.

***Clearwire Overview***

As you know, we are a broadband wireless service provider that offers high speed Internet access and related services to businesses and residences. Our strategy is focused on serving the high-speed data and eventually voice needs of small and medium sized businesses in Tier 2 and Tier 3 cities, and is accomplished utilizing a wireless point-to-multipoint network operating in the licensed 2.5 GHz spectrum band. The Company provides connections comparable to those offered by DSL and CATV providers, but with the added features of wireless portability and availability in areas not yet serviced by competing technologies.

Following the March 2001 transaction, which included a significant capital infusion and the rights to licensed 2.5GHz spectrum, we changed our strategy to exclusively focus on providing broadband wireless services utilizing licensed spectrum, and divested our equipment vendor subsidiary, Clearwire Equipment, LLC. We also decommissioned all but one of the markets where we were providing or launching service using our 1st Generation technology. During the past 24 months we have gone through an exhaustive technology evaluation process of "Next Generation" solutions; taken considerable steps to lead efforts at the Federal Communications Commission (FCC) to favorably modify the orientation and regulation of the 2.5 GHz spectrum band in order to ease the path to building profitable wireless networks with these radio frequencies; and positioned ourselves to launch a 2nd Generation broadband wireless network in a major U.S. market.

***Operations Update Summary***

- Throughout 2002, in anticipation of launching our first Next Generation Market, we were busy:
  - establishing operational support systems and building retail sales channels;
  - designing our network and obtaining FCC approval;

- evaluating market competitive data and conducting customer focus groups so as to define our target customers and product attributes;
- developing our market launch plans and ongoing marketing strategy;
- confirming our economic business case;
- constructing our network and conducting test & turn-up procedures; and
- providing service to Alpha and Beta customers.

- In November 2002, we disposed of our one remaining 1st generation market through the sale of our network serving customers in Albuquerque, New Mexico.
- In January 2003, we launched commercial service in Jacksonville, Florida, the largest commercial launch of such services in the U.S. Already, we are serving more than 200 paying customers on the network.

***Spectrum Update Summary***

- In April 2003, the FCC issued a Notice of Proposed Rule Making (NPRM) that seeks public comment on a set of proposed rules co-authored by Clearwire and Sprint, and backed by other operators, vendors and license holders. The proposal seeks to restructure the 2.5 GHz spectrum band in order to improve its commercial utility and thereby promote the development of high-speed two-way digital communication offerings in the United States. The proposal represents industry consensus and is likely to be adopted by the FCC as early as Q4 2003.
- Beginning in May of 2002, we began discussions with our Spectrum Alliance Partners to restructure our agreement with them (for reasons discussed later in this memo). We are pleased to report that within the last 30 days we have entered into new agreements with 6 out of the 7 Alliance members. Such agreements required us to make one-time payments to the six members totaling $1.8 million; provide us continued access to a reduced pool of licensed spectrum (an average of 4 channels in approximately 20 to 30 markets); significantly reduced our future fixed payment obligations; and eliminated the uncertainty of possible further obligations on additional spectrum leases. These new agreements address one of the major barriers we encountered in our efforts to raise additional capital into the Company – a perception by potential investors that there was a substantial financial "overhang" on the Company from this potential future obligation. We are continuing our discussions with the one remaining member of the Alliance.

***Finance Update Summary***

- We have engaged UBS Warburg to assist us in raising additional capital into the Company. Over the past 60 days we have met with more than 20 financial organizations and a handful of strategic investors. While we remain optimistic with respect to our capital raising efforts, the capital markets remain very tight and there are no assurances that we will be successful in our efforts. In connection with any fund raising into Clearwire Holdings we will notify you with the specifics of an investment and provide you the opportunity to invest. The Company's cash position at the date of this letter is approximately $3.6 million and we anticipate needing to conclude on our capital raising efforts within the next 30 - 60 days.