Subj: **Goldman's direct involvement Subject: RE: Clearwire**
Date: 8/19/2004 9:51:18 AM Pacific Daylight Time
From: NACEPF
To: NACEPF

**Subject: RE: Clearwire**
**Date:** 8/29/2003 4:17:24 PM Pacific Daylight Time
**From:** rodriguez@dbh.com
**To:** RonneDa@ffhsj.com
**CC:** jkirkland@clearwire.com, schwartz@usa.net, jlr@hitn.org, NACEPF@aol.com, rgeist@rjgiawllc.com, stuart.leichenko@gs.com, ReinsPa@ffhsj.com, FlaumDo@ffhsj.com, LonerKr@ffhsj.com

There is no waiver provided for under the Master Agreement in GS complying with its contractual obligations. More over there are insufficient facts at this time to determine if the GS Parties have complied with Delaware law in the values ascribed to the various components. So whether you accept it or not is of no moment. Either the GS Parties and the CW directors have complied with the law or they haven't. In any event, there is no waiver based on the plain language of the Master Agreement and the Shareholders' Agreement and the company's documents. to attempt to impose a waiver would be a breach of their obligations. Besides, I have no doubt you dotted 'i's' and crossed 't's' and have nothing to worry about. we just do not have all of the facts on how the pricing and rights were determined, what the GS Parties intnetions are with respect to a Series D and how that relates to the changes in the A and B shares.

-----Original Message-----
From: Ronnen, Dan
Sent: Fri Aug 29 18:05:10 2003
To: Rodriguez III, Sabino
Cc: James A. Kirkland Esq.; John Schwartz; Jose Luis Rodriguez; John Primeau; Rudolph J. Geist; | Goldman Sachs: Stuart Leichenko; Reinstein, Paul; Flaum, Douglas; Lonergan, Kristen J.
Subject: RE: Clearwire

Rod, on behalf of Goldman Sachs, we do not accept or agree with any reservation of rights to later assert claims and damages from the manner in which the process was handled or with respect to any purported diminution in the rights of Series A and Series B shares by the GS Parties. The Alliance Members have contractual preemptive rights to participate in the Series C offering being made by Clearwire. In addition, the Alliance Members have contractual rights to purchase Series C shares that would otherwise be sold to Goldman Sachs. Both of these contractual rights are being honored by Clearwire and Goldman Sachs, respectively.

The Alliance Members are welcome to exercise these contractual rights to participate, but such participation will constitute a waiver of any right to later assert claims and damages in connection with how the process was handled or with respect to any purported diminution in the rights of Series A and Series B shares by the GS Parties.

Thanks.

- Dan

-----Original Message-----
From: Rodriguez III, Sabino [mailto:rrodriguez@dbh.com]
Sent: Friday, August 29, 2003 11:36 AM
To: Ronnen, Dan
Cc: James A. Kirkland Esq.; John Schwartz; Jose Luis Rodriguez; John Primeau; Rudolph J. Geist
Subject: RE: Clearwire

Dan -

Received, thanks.

The participation of any Alliance Member in this process is without prejudice to its right to later assert claims and damages, if any, resulting from the manner in which this process was handled, including without limitation the purported diminution in the rights of Series A and Series B shares by the GS Parties.

That having been said, the Alliance Members are aware of the timetable asserted by the GS Parties and understand the maximum number of Series C shares proposed to be offered by the GS Parties at this time to each Alliance Member.

We have urged them to comply to the extent that they desire to particpate.

I am out of the office but will have intermilten e-mail access.

Thanks.

Rod

-----Original Message-----
From: Ronnen, Dan
Sent: Fri Aug 29 11:03:43 2003
To: Rodriguez III, Sabino
Cc: Moore, Brian T.; | Goldman Sachs; Stuart Leichenko; Jim Kirkland (E-mail); Lonergan, Kristen J.
Subject: Clearwire

Rod, in response to your question to Jim from yesterday, Goldman is not interested in allowing Alliance Members the right to purchase any excess amount that is not elected to be purchased by other Alliance Members under the GS/Alliance preemptive rights provision.

Regards,

Dan