Delaware It's good being first. THE FIRST STATE

# State of Delaware

The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware [GO] Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions

## General Information Name Search

**320 Matches found. Only the first 50 are displayed. Please narrow your search by typing more of the entity name into the search field.**

* Required Field

* Entity Name: GOLDMAN SACHS or File Number:

This field is not case sensitive.

Search

| FILE NUMBER | ENTITY NAME |
|---|---|
| 4121202 | GOLDMAN SACHS ALPHA-BETA CONTINUUM FUND, LLC |
| 4144099 | GOLDMAN SACHS ALTERNATIVE INVESTMENTS ENERGY FUND, LLC |
| 2333125 | GOLDMAN SACHS (AO) L.L.C. |
| 2409855 | GOLDMAN SACHS ARGENTINA L.L.C. |
| 2543928 | GOLDMAN SACHS (ASIA) FINANCE HOLDINGS L.L.C. |
| 2379495 | GOLDMAN SACHS (ASIA) L.L.C. |
| 2455921 | GOLDMAN SACHS (ASIA PACIFIC) L.L.C. |
| 3600718 | GOLDMAN SACHS ASSET BACKED SECURITIES CORP. |
| 3030750 | GOLDMAN SACHS ASSET MANAGEMENT CBO CORP. |
| 3257810 | GOLDMAN SACHS ASSET MANAGEMENT CBO II CORP. |
| 2228210 | GOLDMAN SACHS ASSET MANAGEMENT, L.P. |
| 2051415 | GOLDMAN SACHS (AUSTRALIA) LIMITED |
| 2398787 | GOLDMAN SACHS AUSTRALIA L.L.C. |
| 4098485 | GOLDMAN SACHS BANK USA HOLDINGS LLC |
| 2238980 | GOLDMAN SACHS BOND INVESTMENT CORP. VI |
| 2241262 | GOLDMAN SACHS BOND INVESTMENT CORP. VIII |
| 2241263 | GOLDMAN SACHS BOND INVESTMENT CORP. IX |
| 2241264 | GOLDMAN SACHS BOND INVESTMENT CORP. X |
| 2241265 | GOLDMAN SACHS BOND INVESTMENT CORP. XI |
| 4140169 | GOLDMAN SACHS CABLE INVESTORS, L.P. |

| | |
|---|---|
| 3755169 | GOLDMAN SACHS CAPITAL I |
| 3755189 | GOLDMAN SACHS CAPITAL II |
| 3755202 | GOLDMAN SACHS CAPITAL III |
| 3755204 | GOLDMAN SACHS CAPITAL IV |
| 3042996 | GOLDMAN SACHS CAPITAL KORYO GEN PAR, L.L.C. |
| 2211943 | GOLDMAN SACHS CAPITAL MARKETS, INC. |
| 2966622 | GOLDMAN SACHS CAPITAL MARKETS L.L.C. |
| 2212225 | GOLDMAN SACHS CAPITAL MARKETS, L.P. |
| 4116557 | GOLDMAN SACHS CAPITAL PARTNERS V-I GP, L.L.C. |
| 4134970 | GOLDMAN SACHS CAPITAL PARTNERS V-II GP, L.L.C. |
| 3926254 | GOLDMAN SACHS CAPITAL V |
| 3926255 | GOLDMAN SACHS CAPITAL VI |
| 4271652 | GOLDMAN SACHS CASH PLUS FUND, LLC |
| 4253322 | GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITIES ADVISORS, L.L.C. |
| 4256204 | GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITIES FUND, L.P. |
| 2944238 | GOLDMAN SACHS CHARITABLE FOUNDATION |
| 2330206 | GOLDMAN SACHS (CHINA) L.L.C. |
| 2085953 | GOLDMAN, SACHS & CO. INC. |
| 2651422 | THE GOLDMAN, SACHS & CO. L.L.C. |
| 4114132 | GOLDMAN SACHS COLUMBUS CO-INVESTMENT ADVISORS, L.L.C. |
| 4114135 | GOLDMAN SACHS COLUMBUS CO-INVESTMENT FUND, L.P. |
| 2803184 | GOLDMAN SACHS COMMERCIAL MORTGAGE CAPITAL, LLC |
| 2805039 | GOLDMAN SACHS COMMERCIAL MORTGAGE CAPITAL, L.P. |
| 3885625 | GOLDMAN SACHS COMMODITIES FUND, LLC |
| 4049113 | GOLDMAN SACHS COMMODITY OPPORTUNITIES FUND, LLC |
| 4127842 | GOLDMAN SACHS CONCENTRATED MEZZANINE AND DISTRESSED FUND, LLC |
| 4150726 | GOLDMAN SACHS CONCENTRATED VALUE ALPHA FUND SEED ACCOUNT, LLC |
| 3030183 | GOLDMAN SACHS CORE LONG/SHORT PARTNERS, L.P. |
| 2011811 | THE GOLDMAN SACHS CORPORATION |
| 3696542 | GOLDMAN SACHS CURRENCY STRATEGIES FUND, LLC |