# NYS Department of State

## Division of Corporations

### Search Results

---

A total of 152 entities were found.

**Entity Name**

GOLDMAN SACHS 2001 LIQUIDITY ADVISORS, L.L.C.
GOLDMAN SACHS ALPHA-BETA CONTINUUM FUND, LLC
GOLDMAN SACHS CAPITAL INVESTMENTS II LIMITED
GOLDMAN SACHS CAPITAL INVESTMENTS LIMITED
GOLDMAN SACHS CAPITAL MARKETS, L.P.
GOLDMAN SACHS CAPITAL PARTNERS V-I GP, L.L.C.
GOLDMAN SACHS CAPITAL PARTNERS V-I, L.P.
GOLDMAN SACHS CAPITAL PARTNERS V-IA, L.P.
GOLDMAN SACHS COLUMBUS CO-INVESTMENT ADVISORS OFFSHORE HOLDINGS, INC.
GOLDMAN SACHS COLUMBUS CO-INVESTMENT ADVISORS OFFSHORE, INC.
GOLDMAN SACHS COLUMBUS CO-INVESTMENT ADVISORS, L.L.C.
GOLDMAN SACHS COLUMBUS CO-INVESTMENT FUND OFFSHORE HOLDINGS, L.P.
GOLDMAN SACHS COLUMBUS CO-INVESTMENT FUND OFFSHORE, L.P.
GOLDMAN SACHS COLUMBUS CO-INVESTMENT FUND, L.P.
GOLDMAN SACHS COMMODITIES FUND, LLC
GOLDMAN SACHS CONCENTRATED MEZZANINE AND DISTRESSED FUND, LLC
GOLDMAN SACHS CORE LONG/SHORT PARTNERS, L.P.
GOLDMAN SACHS CREDIT PARTNERS L.P.
GOLDMAN SACHS CURRENCY TRADING OPPORTUNITIES FUND, LLC
GOLDMAN SACHS DIRECT STRATEGIES 2006 FUND, LLC
GOLDMAN SACHS DIRECT STRATEGIES FUND II, LLC
GOLDMAN SACHS DIRECT STRATEGIES FUND, LLC
GOLDMAN SACHS DIRECT STRATEGIES-QUANTITATIVE AND ACTIVE FUND, LLC
GOLDMAN SACHS DISTRESSED II (FL) HIG BAYSIDE HOLDINGS
GOLDMAN SACHS DISTRESSED II EMPLOYEE HIG BAYSIDE HOLDINGS

Page 1 of 7, Entities 1 to 25

Next Page

1 2 3 4 5 6 7

The Entity Name column contains the entity names that were found based on your search criteria. To display information for an entity, tab to the entity name and press the enter key or click on the entity name. The paging buttons or the page number links can be used to view additional entity names. To revise your search criteria, tab to Revise Search Criteria and press the enter key or click on Revise Search Criteria. To start a new search, tab to New Search and press the enter key or click on New Search.

Revise Search Criteria New Search

Division of Corporations, State Records and UCC Home Page NYS Department of State Home Page