



# Our Firm

Goldman Sachs is a leading global investment banking, securities and investment management firm that provides a wide range of services worldwide to a substantial and diversified client base that includes corporations, financial institutions, governments and high net-worth individuals.

Founded in 1869, it is one of the oldest and largest investment banking firms. The firm is headquartered in New York and maintains offices in London, Frankfurt, Tokyo, Hong Kong and other major financial centers around the world.

We are committed to growing our distinctive Culture and holding to our core values which always place our client's interests first. These values are reflected in our Business Principles, which emphasize integrity, commitment to excellence, innovation and teamwork.

The Goldman Sachs Culture reflects much more than a structure or Corporate Information. Instead, it is the values that have been impressed upon the entire firm by succeeding generations of Goldman Sachs' Leaders.

Of course, a distinctive corporate Culture is not an end in itself, but a means to an end. It enables us to execute successfully a winning business strategy that results in extraordinary client service and superior long-term financial performance for Our Shareholders.

If you would like more information or would like to read the latest press releases from Goldman Sachs, please visit our Media Center.

>> Annual Reports

>> Business Principles

>> Commitment to Global Leadership and Diversity

>> Latest News from Goldman Sachs

e-mail page

© Copyright 2007, The Goldman Sachs Group, Inc. All rights reserved.

Goldman Sachs

# Managing Directors

As of February 15, 2007
*Members of Partnership Committee

Jeffrey W. Schroeder
Harvey M. Schwartz*
Karen D. Seitz
Ravi M. Singh
Trevor A. Smith
Daniel L. Sparks
Shahriar Tadjbakhsh
Donald J. Truesdale
Berent A. Wallendahl
John S. Willian
Kenneth W. Willman
Andrew F. Wilson
Paul M. Young
Thomas J. Kenny
Jack Levy
Mark F. Dehnert
Michael H. Siegel
Matthew C. Westerman*
Jason H. Ekaireb
Seaborn S. Eastland
William C. Montgomery
Stephen P. Hickey
Yusuf A. Aliredha
John G. Andrews
Francois Andriot
John A. Ashdown
William A. Badia
Christopher M. Barter
Janet L. Bell
John D. Bertuzzi
Elizabeth E. Beshel
Alan J. Brazil
Melissa R. Brown
Mariafrancesca Carli
Mark Carroll
Amy L. Chasen
W. Reed Chisholm II
Jane P. Chwick
Peter H. Comisar
Eric J. Coutts
Brahm S. Cramer
Nicholas P. Crapp
Michael L. Crowl
Michael D. Daffey
Jean A. De Pourtales
James D. Dilworth
Joseph P. DiSabato
Suzanne O. Donohoe
James H. Donovan
Donald J. Duet
Michael L. Dweck
Gregory H. Ekizian
Earl S. Enzer
Christopher H. Eoyang
Norman Feit
Robert K. Frumkes
Richard A. Genna
Robert R. Gheewalla
Gary T. Giglio
Pedro Gonzalez Grau
Michael J. Graziano
Sebastian Grigg
Peter Gross
Douglas C. Heidt
David P. Hennessey
Peter C. Herbert
Kenneth W. Hitchner
Peter Hollmann
Philip Holzer
Zu Liu Frederick Hu*
Walter A. Jackson
Andrew R. Jessop
Peter T. Johnston
Roy R. Joseph
James C. Katzman
Carsten Kengeter
Gioia M. Kennett
Shigeki Kiritani
Gregory D. Lee
Todd W. Leland
Johan H. Leven
Richard J. Levy
Tobin V. Levy
George C. Liberopoulos
Anthony W. Ling
Bonnie S. Litt
Joseph Longo
Peter B. MacDonald
Mark G. Machin
John V. Mallory
Blake W. Mather
John J. McCabe
James A. McNamara
Robert A. McTamaney
Luciana D. Miranda
Kevin D. Naughton
Leslie S. Nelson
Fergal J. O'Driscoll
L. Peter O'Hagan
Taneki Ono
Nigel M. O'Sullivan
James R. Paradise
Arthur J. Peponis
B. Andrew Rabin
Philip A. Raper
Michael J. Richman
Paul M. Roberts
Michael S. Rotter
Thomas M. Schwartz
Lisa M. Shalett
David G. Shell
Ralph J. Silva
David T. Simons
Vickrie C. South
Johannes R. Sulzberger
Richard J. Sussman
Caroline H. Taylor
David H. Tenney
Peter K. Tomozawa
Eiji Ueda
Lucas van Praag
Ashok Varadhan
Casper W. Von Koskull
Gregg S. Weinstein
Scott R. Weinstein
Martin M. Werner
C. Howard Wietschner
Kurt D. Winkelmann
Wassim G. Younan
Brian Duggan
Nicholas G. Giordano
Donald W. Himpele
James H. Rogan
Gary J. Sveva
Brian J. Toolan
Christopher P. Sullivan
Ruud G. Hendriks
Harry Silver
B. Michael Covell
William J. Young
Donald R. Mullen*
Alison J. Mass
Theodor Weimer
James A. Jacobson, Jr.
Ben I. Adler
Ignacio Alvarez-Rendueles
Lori B. Appelbaum
Philip S. Armstrong
William J. Bannon
Scott B. Barringer
Steven M. Barry
Jordan M. Bender
Michael G. Berini
Paul D. Bernard
George M. Brady
Joseph M. Busuttil
Jin Yong Cai
Valentino D. Carlotti
Eduardo Centola
James B. Clark
Linda S. Daines
Stephen Davies
Oral W. Dawe
Diego De Giorgi
Daniel L. Dees
Kenneth M. Eberts, III
Luca D. Ferrari
David A. Fishman
Alexander W. Fletcher
Orit P. Freedman
Enrico S. Gaglioti
James R. Garvey
Gregg A. Gonsalves
Larry J. Goodwin
Stefan Green
David J. Grounsell
Mary L. Harmon
Valerie J. Harrison
Rumiko Hasegawa
Edward A. Hazel
Melina E. Higgins
Margaret J. Holen
Sean C. Hoover
Robert F. Incorvaia
Kenneth L. Josselyn
Toshinobu Kasai
Eric S. Lane
Gregg R. Lemkau
Ryan D. Limaye
Jill E. Lohrfink
Christopher J. Magarro
David J. Marshall
Allan S. Marson
Robert A. Mass
George N. Mattson
Ian R. McCormick
Gerald C. McNamara, Jr.
Stuart G. McPherson
Lance P. Meaney
Bernard A. Mensah
Julian R. Metherell
Masatoki J. Mitsumata
J. Ronald Morgan, III
James P. Morris
Rie Murayama
Mark J. Naylor
Jeffrey P. Nedelman
Gavin G. O'Connor
Todd G. Owens
Fumiko Ozawa
Helen Paleno
Archie W. Parnell
Todd J. Phillips
Anthony J. Principato
Alan M. Rapfogel
Sara E. Recktenwald
Jeffrey A. Resnick
Thomas S. Riggs, III
Normann G. Roesch
David C. Ryan
David M. Ryan
James E. Sawtell
Susan J. Scher
Stephen M. Scherr
Abraham Shua
Jeffrey S. Sloan
John E. Smollen
Raymond B. Strong, III
Nicolas F. Tiffou
Can Uran
David H. Voon
John E. Waldron
Robert P. Wall
Michael W. Warren
David D. Wildermuth
Kevin L. Willens
Jon A. Woodruff
William M. Wicker
Douglas M. Angstrom
Edward R. Wilkinson
Timothy H. Moe
Akio Asuke
Matthew H. Cyzer
Phillip S. Hylander
Larry M. Kellerman
Gene Reilly
Hilary E. Ackermann
Jeffrey D. Adams
Elizabeth D. Anderson
Charles Baillie
Bernardo Bailo
Stacy Bash-Polley
Driss Ben-Brahim
Susan M. Benz
Johannes M. Boomaars
J. Theodore Borter
Mairtin Brady
Timothy J. Bridges
Julia A. Bronson
David D. Buckley
Nicholas F. Burgin
Gerald J. Cardinale
Lik Shuen David Chan
Thomas V. Cholnoky

Goldman Sachs

# Managing Directors

As of February 15, 2007
*Members of Partnership Committee

Lloyd C. Blankfein
Howard A. Silverstein
Kevin W. Kennedy*
Thomas E. Tuft
John P. Curtin, Jr.
Frank L. Coulson, Jr.
Richard A. Friedman
Joseph H. Gleberman
Timothy J. O'Neill
John J. Powers
Jon Winkelried
Gregory K. Palm
Masanori Mochida
Gene T. Sykes
David A. Viniar
John S. Weinberg
George W. Wellde, Jr.
Sharmin Mossavar-Rahmani
Armen A. Avanessians
Gary D. Cohn
Christopher A. Cole
Henry Cornell
J. Michael Evans
Francis J. Ingrassia
Peter S. Kraus
Robert Litterman
Thomas K. Montag
Eric S. Schwartz*
Richard G. Sherlund
Michael S. Sherwood
Esta E. Stecher
Byron D. Trott
Tracy R. Wolstencroft*
Terence J. O'Neill
E. Gerald Corrigan
Milton R. Berlinski
Jean-Luc Biamonti
Thomas C. Brasco
Peter D. Brundage
Andrew A. Chisholm
Abby Joseph Cohen*
Frank T. Connor
Randolph L. Cowen*
Glenn P. Earle
Charles P. Eve
Edward C. Forst
Christopher G. French
C. Douglas Fuge
Richard J. Gnodde
Jeffrey B. Goldenberg
David B. Heller
Timothy J. Ingrassia
Robert C. Jones
Bruce M. Larson
Anthony D. Lauto*
Gwen R. Libstag
Victor M. Lopez-Balboa
Sanjeev K. Mehra
Richard T. Ong
Sanjay H. Patel
Stuart M. Rothenberg*
Richard M. Ruzika*
Muneer A. Satter
Howard B. Schiller
John P. Shaughnessy
Theodore T. Sotir

Marc A. Spilker
Hsueh J. Sung*
Mark R. Tercek
Susan A. Willetts*
W. Thomas York, Jr.*
Philippe J. Altuzarra
David M. Atkinson
Jonathan A. Beinner
Andrew S. Berman
James J. Birch
David R. Boles
Charles W.A. Bott
Steven M. Bunson
George H. Butcher III
Chris Casciato
Robert J. Christie
Laura C. Conigliaro
John W. Curtis
Matthew S. Darnall
Alexander C. Dibelius
Karlo J. Duvnjak
Jay S. Dweck
Isabelle Ealet
John E. Eisenberg
Elizabeth C. Fascitelli
Laurie R. Ferber
Oliver L. Frankel
H. John Gilbertson, Jr.
Douglas C. Grip
Celeste A. Guth
Gregory T. Hoogkamp
William L. Jacob III
Andrew J. Kaiser
John L. Kelly
Robert C. King, Jr.
Mark E. Leydecker
Mitchell J. Lieberman
Josephine Linden
Francisco Lopez-Balboa
Antigone Loudiadis
John A. Mahoney
Charles G.R. Manby
David J. Mastrocola
Theresa E. McCabe
Stephen J. McGuinness
J. William McMahon
Audrey A. McNiff
Wayne L. Moore
Donald J. Mulvihill
Duncan L. Niederauer
Robert J. Pace
Stephen R. Pierce
John J. Rafter
Charlotte P. Ransom
John F.W. Rogers
Michael D. Ryan*
J. Michael Sanders
Victor R. Simone, Jr.
Michael M. Smith
Jonathan S. Sobel
Judah C. Sommer
Michael A. Troy
Kaysie P. Uniacke
Haruko Watanuki
Todd A. Williams
Paolo Zannoni

Yoel Zaoui*
Joan H. Zief
Kendrick R. Wilson III
Peter C. Aberg
Frances R. Bermanzohn
Robert A. Berry
Craig W. Broderick
Richard J. Bronks
Richard M. Campbell-Breeden
Anthony H. Carpet
Michael J. Carr
Kent A. Clark
Timothy J. Cole
Edith W. Cooper*
John S. Daly
Juan A. Del Rivero
Simon P. Dingemans
Jana Hale Doty
Gordon E. Dyal
Michael P. Esposito
Steven M. Feldman
Stephen C. Fitzgerald*
Matthew T. Fremont-Smith
Andrew M. Gordon
Robert D. Gottlieb
David J. Greenwald*
Erol Hakanoglu
Roger C. Harper
Maykin Ho
Timothy E. Hodgson
Christopher G. Hogg
Robert D. Hormats
James A. Hudis
Bimaljit S. Hundal
Sun Bae Kim
Colin E. King
David J. Kostin
Koji Kotaka
Paulo C. Leme
Hughes B. Lepic
Matthew G. L'Heureux
Robert J. Markwick
Kathy M. Matsui
Richard F.X. McArdle
Mark E. McGoldrick
Geraldine F. McManus
James E. Milligan
Yukihiro Moroe
Jeffrey M. Moslow
Andrea Ponti
Michael J. Poulter
Dioscoro-Roy I. Ramos
Joseph Ravitch
Pamela P. Root
Jacob D. Rosengarten
Paul M. Russo
Allen Sangines-Krause
Gary B. Schermerhorn
Steven M. Scopellite
Ravi Sinha
Edward M. Siskind
Sarah E. Smith*
Raymond S. Stolz
Steven H. Strongin
Patrick Sullivan
Greg W. Tebbe

Daisuke Toki
John J. Vaske
Hueh Ming Wang
David M. Weil
Tetsufumi Yamakawa
Robert D. Henderson
Eileen Rominger
Michael S. Wishart
David M. Solomon
Karen R. Cook
Gregory A. Agran
Raanan A. Agus
Dean C. Backer
Stuart N. Bernstein
Alison L. Bott
Mary D. Byron
Mark M. Carhart
Thomas G. Connolly
Michael G. De Lathauwer
James Del Favero
Martin R. Devenish
Armando A. Diaz
Michele I. Docharty
Thomas M. Dowling
Brian J. Duffy
Edward K. Eisler
Bruce J. Evans
Jeffrey F. Fastov
James A. Fitzpatrick
Scott A. Gieselman
Lorenzo Grabau
Peter W. Grieve
Keith L. Hayes
Bruce A. Heyman
Joanne M. Hill
Daniel E. Holland III
Teresa E. Holliday
Michael R. Housden
Paul J. Huchro
Edith A. Hunt
Susan J. Hunt
Toni-Dara Infante
Raymond J. Iwanowski
Andrew J. Jonas
Richard Katz
David K. Kaugher
Lawrence S. Keusch
Timothy M. Kingston
Richard E. Kolman
John J. Lauto
Matthew Lavicka
David N. Lawrence
Ronald S. Levin
Kathleen M. Maloney
Robert S. Mancini
Richard P. McNeil
Michael R. Miele
Suok J. Noh
Geoffrey M. Parker
David B. Philip
Ellen R. Porges
Richard H. Powers
Kevin A. Quinn
Ivan Ross
Katsunori Sago*
Pablo J. Salame*