FILED
NOV 14 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,**

*Plaintiff,*

**v.**

**GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH**

*Defendants.*

CA 06 492
**C.A. No.: 06-**

# COMPLAINT

Plaintiff, by and through its undersigned counsel, and based upon knowledge, information, and belief, hereby aver and allege the following:

## THE NATURE OF THE ACTION

1. Clearwire Holdings, Inc. ("Clearwire" or "Holdings") is a company that was created to acquire wireless radio licenses known as spectrum, with the intent to develop a wireless internet access. Defendants made fraudulent misrepresentations in order to induce the execution of a Master Use and Royalty Agreement between the ITFS Spectrum Development Alliance, Inc. (the "Alliance"), of which Plaintiff was and continues to be a member. These misrepresentations included, without limitation, representations made by the Defendants regarding the present intent of Goldman Sachs to financially back the obligations under the Agreement thereunder and to invest in the spectrum contemplated under the Agreement. During the course of the business relationship with Plaintiff, Defendants acted fraudulently to interfere