**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **C.A. No.: 06-492S-LDA** |
| **GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH** | : | |
| ***Defendants.*** | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLEADING IN RESPONSE TO DEFENDANTS' CONSOLIDATED MEMORANDUM WITH RESPECT TO THEIR RULE 12(b)(2) AND RULE 12(b)(5) MOTIONS OR IN THE ALTERNATIVE MOTIONS FOR STAY**

Plaintiff North American Catholic Educational Programming Foundation ("NACEPF") seeks leave from this Court to file a pleading in response to Defendants' Consolidated Memorandum of Law in Further Support of the Motions to Dismiss the Complaint Pursuant to Rule 12 (b)(2) and 12(b)(5), or in the alternative motions for stay, in order to address the new cases cited and arguments made by the Defendants in said Memorandum. Plaintiff requests leave to file a responsive pleading in order to fully respond to the legal and factual issues raised in Defendants' Memorandum.

By way of example, and not by limitation, Defendants' Memorandum cites to additional cases for the proposition that the contacts alleged by the Plaintiff are insufficient to establish personal jurisdiction. Plaintiff requests an opportunity to address the reasons why the contacts set forth in its Complaint and Affidavit are relevant and admissible, and to distinguish the cases cited by Defendants at pages 4, 8, 9, 14 and 15 of its Memorandum. Similarly, Defendants cite

to new issues regarding Plaintiff's tortious interference claims and the Court's pendant jurisdiction over the C Round financing claims to which Plaintiff should have the opportunity to respond in a written pleading.

Plaintiff submits that due to the length of Defendants' Memorandum, twenty-four pages, it would be more helpful for the Court to have Plaintiff clarify its position and distinguish the cases cited in written form, rather than leaving these matters solely for oral argument. Plaintiff further represents that its responsive pleading will not exceed twenty pages in length, as Plaintiff intends only to clarify the factual discrepancies in Defendants' Memorandum, distinguish the new cases cited factually or with reference to more appropriate authority, and not to rehash matters already briefed.

A hearing on Defendant's Motions to Dismiss is presently scheduled for June 25, 2007 at 2:00 p.m. Plaintiff requests up to and including June 8, 2007 to file its responsive pleading. Defendants have refused to assent to this motion.

North American Catholic Educational
Programming Foundation, Inc.
By its Attorneys,

/s/ Matthew T. Oliverio

Matthew T. Oliverio (#3372)
Christine M. Curley (#4529)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

**CERTIFICATION**

I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 1st day of May, 2007.

| | |
|---|---|
| Brian J. Lamoureux, Esquire<br>bjl@brownrudnick.com | William J. Dolan, III, Esquire<br>wdolan@brownrudnick.com |
| Wayne F. Dennison, Esquire<br>wdennison@brownrudnick.com | Douglas H. Flaum, Esquire<br>flaumdo@friedfrank.com |
| Lara Turcik, Esquire<br>turcila@friedfrank.com | |

/s/ Matthew T. Oliverio