UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., | ) | No.: 1:06-cv-00492-S-LDA |
| Plaintiff, | ) | |
| v. | ) | |
| GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, THE GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH, | ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSOLIDATED OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE PLEADINGS IN RESPONSE TO DEFENDANTS' CONSOLIDATED MEMORANDUMS WITH RESPECT TO THEIR MOTIONS TO DISMISS PURSUANT TO RULE 12(b)(6) AND MOTIONS TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(5), OR IN THE ALTERNATIVE MOTIONS TO STAY**

Defendants hereby object to the motions by Plaintiff North American Catholic Educational Programming Foundation ("NACEPF") requesting leave to file additional pleadings in response to Defendants' Consolidated Memorandum of Law in Further Support of the Motions to Dismiss the Complaint Pursuant to Rules 12(b)(6) (the "12(b)(6) Memorandum")and Defendants' Consolidated Memorandum of Law in Further Support of the Motions to Dismiss the Complaint Pursuant to Rules 12(b)(2) and 12(b)(5), or in the alternative motions to stay (the "Jurisdictional Memorandum"). The basis for this objection is three-fold.

First, NACEPF agreed to, and filed with this Court, a briefing schedule, which does not contemplate the filing of a surreply – much less two such briefs. Plaintiff negotiated this schedule after it already had the opportunity to review the opening briefs on behalf of the Individual Defendants and GS Group and contemplate its own objection to the motions; plaintiff did not, at that time, request the opportunity to submit any additional pleadings; and gives no reason why this agreed upon and court-approved briefing schedule should not be now honored.

Second, NACEPF does not contend that any arguments in either the 12(b)(6) Memorandum or the Jurisdictional Memorandum were not directly responsive to Plaintiff's own submissions in support of its objections to Defendants' motions to dismiss. Plaintiff's desire to distinguish cases cited by Defendants and to counter arguments responding to plaintiff's own papers does not warrant an additional pleading. The Court has scheduled oral argument on the motions and NACEPF can make any additional arguments at that time.

Furthermore, NACEPF has already filed briefs totaling 91 pages, an affidavit of over 50 paragraphs, and 17 separate exhibits. Had plaintiff filed a meritorious complaint, it would not need an additional 40 pages of briefing to defend its pleading. Surely, the one thing that the Court does not need here is yet additional papers.

Respectfully submitted,

May 1, 2007

**THE GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P., GERRY CARDINALE, ROB GHEEWALLA and JACK DALY,**

By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
Wayne F. Dennison, *pro hac vice*
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com
*Attorneys for Defendants*

OF COUNSEL:
Douglas H. Flaum
Lara Turcik
Elizabeth A. Walsh
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
212.859.8000

**CERTIFICATION**

I hereby certify that, on the 1st day of May, 2007, this document was electronically filed and that it is available for viewing and downloading from the Court's ECF system by the following Filing Users:

Matthew T. Oliverio
Christine M. Curley
Oliverio & Marcaccio LLP
55 Dorrance Street
Suite 400
Providence, RI 02903

/s/ Brian J. Lamoureux