UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., Plaintiff, | ) | No.: 1:06-cv-00492-S-LDA |
| v. | ) | |
| GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, THE GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH, Defendants. | ) | |

**MOTION FOR LEAVE TO FILE NOTICE OF ADDITIONAL CONTROLLING AUTHORITY BY DEFENDANTS THE GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P., GERRY CARDINALE, JACK DALY AND ROB GHEEWALLA**

Defendants The Goldman Sachs Group, Inc., GS Capital Partners III, L.P., GS Capital Partners III Offshore, L.P., Gerry Cardinale, Jack Daly and Rob Ghewalla ("Defendants") hereby respectfully request leave to file a Notice of Additional Controlling Authority in support of their Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6). In support hereof, Defendants rely upon the Memorandum of Law submitted simultaneously herewith.

On June 11, 2007, Defendants requested that Plaintiff consent to Defendants' submission of a short memorandum bringing the United States Supreme Court's recent

decision in *Bell Atlantic v. Twombly*, 127 S.Ct. 1955 (May 21, 2007), to the Court's attention. Plaintiff has not responded to this request.

Respectfully submitted,

June 13, 2007

**THE GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P., GERRY CARDINALE, ROB GHEEWALLA and JACK DALY,**

By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
Wayne F. Dennison, *pro hac vice*
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com
*Attorneys for Defendants*

OF COUNSEL:
Douglas H. Flaum
Lara Turcik
Elizabeth A. Walsh
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
212.859.8000

**CERTIFICATION**

I hereby certify that, on the 13th day of June, 2007, this document was electronically filed and that it is available for viewing and downloading from the Court's ECF system by the following Filing Users:

Matthew T. Oliverio
Christine M. Curley
Oliverio & Marcaccio LLP
55 Dorrance Street
Suite 400
Providence, RI 02903

/s/ Brian J. Lamoureux

547527

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., | ) | No.: 1:06-cv-00492-S-LDA |
| Plaintiff, | ) | |
| v. | ) | |
| GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, THE GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH, | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL CONTROLLING AUTHORITY BY DEFENDANTS THE GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P., GERRY CARDINALE, JACK DALY AND ROB GHEEWALLA**

Defendants The Goldman Sachs Group, Inc., GS Capital Partners III, L.P., GS Capital Partners III Offshore, L.P., Gerry Cardinale, Jack Daly and Rob Ghewalla ("Defendants") hereby respectfully submit this Memorandum of Law in support of their request to file a Notice Of Supplemental Controlling Authority in support of their Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6).

Since the filing of Defendants' papers in support of their Motion to Dismiss, the United States Supreme Court decided *Bell Atlantic v. Twombly*, 127 S.Ct. 1955 (May 21, 2007). The *Twombly* decision is a very significant development regarding pleading

standards, and provides new guidance for courts assessing whether to dismiss a complaint for failing to state a claim. In light of the foregoing, Defendants request the opportunity to bring this additional controlling authority to the Court's attention by submitting the Notice of Supplemental Controlling Authority in the form attached hereto as *Exhibit A*.

Respectfully submitted,

June 13, 2007

**THE GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P.,**
**GS CAPITAL PARTNERS III OFFSHORE, L.P., GERRY CARDINALE,**
**ROB GHEEWALLA and JACK DALY,**

By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
Wayne F. Dennison, *pro hac vice*
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com
*Attorneys for Defendants*

OF COUNSEL:
Douglas H. Flaum
Lara Turcik
Elizabeth A. Walsh
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
212.859.8000

**CERTIFICATION**

I hereby certify that, on the 13th day of June, 2007, this document was electronically filed and that it is available for viewing and downloading from the Court's ECF system by the following Filing Users:

Matthew T. Oliverio
Christine M. Curley
Oliverio & Marcaccio LLP
55 Dorrance Street
Suite 400
Providence, RI 02903

/s/ Brian J. Lamoureux

547527

# 50228227 v1 - LAMOURBJ - 807078/0012