**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,
*Plaintiff,*
v.
GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P. GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN SACHS & CO. VERWALTUNGS GmbH,
*Defendants.*

Civil Action No. 06-492-S-LDA

**NOTICE OF ENTRY OF APPEARANCE**

Wayne F. Dennison, admitted *pro hac vice*, hereby enters his appearance on behalf of the following additional defendants: Gerry Cardinale, Rob Gheewalla, Jack Daly, GS Capital Partners III, L.P. and GS Capital Partners III Offshore, L.P.

June 13, 2007

**THE GOLDMAN SACHS GROUP, INC., GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GS CAPITAL PARTNERS III, L.P. and GS CAPITAL PARTNERS III OFFSHORE, L.P.**

By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)

/s/ Wayne F. Dennison
Wayne F. Dennison, *pro hac vice*
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com
*Attorneys for Defendants*

OF COUNSEL:
Douglas H. Flaum
Lara Turcik
Elizabeth A. Walsh
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
(212) 859-8000

**CERTIFICATION**

I hereby certify that, on the 13th day of June, 2007, this document was electronically filed and that it is available for viewing and downloading from the Court's ECF system by the following Filing Users:

Matthew T. Oliverio
Christine M. Curley
Oliverio & Marcaccio LLP
55 Dorrance Street
Suite 400
Providence, RI 02903

/s/ Brian J. Lamoureux

# 50226234 v1 - MEDEIRD - 024607/1432