**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.,** | : | |
| ***Plaintiff,*** | : | |
| **v.** | : | **C.A. No.: 06-cv-00492-S-LDA** |
| **GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS ITI, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH** | : | |
| ***Defendants*.** | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL CASE AUTHORITY**

Plaintiff North American Catholic Educational Programming Foundation, Inc. has no objection to Defendants' Motion for Leave to File Additional Case Authority submitted to this Court on June 13, 2007. Plaintiff seeks only to clarify that it never received Defendants' June 11, 2007 request as represented in Defendants' filing. In conferring with counsel for the Defendant, Attorney Brian Lamoureux represented that he sent such a request via electronic communication on June 11 at 4:25 pm. Through a transmission error and no fault of Defendants, Plaintiff's counsel did not receive the communication until it was re-sent on June 14 at 8:21 am.

Assuming that the Court grants Defendants' motion, assented to by the Plaintiff, Defendants have represented that they have no objection to Plaintiff filing a brief response to the case law cited.

North American Catholic Educational
Programming Foundation, Inc.
By its Attorneys,

/s/ Matthew T. Oliverio

Matthew T. Oliverio (#3372)
Christine M. Curley (#4529)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

Dated: June 14, 2007

**CERTIFICATION**

I hereby certify that the foregoing *PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL CASE AUTHORITY* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 14th day of June, 2007.

Brian J. Lamoureux, Esquire
bjl@brownrudnick.com

William J. Dolan, III, Esquire
wdolan@brownrudnick.com

Wayne F. Dennison, Esquire
wdennison@brownrudnick.com

Douglas H. Flaum, Esquire
flaumdo@friedfrank.com

Lara Turcik, Esquire
turcila@friedfrank.com

/s/ Matthew T. Oliverio