UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

North American Catholic Educational Programming Foundation, Inc
Plaintiff

V. Case Number: C.A. NO. 06-492S

Gerry Cardinale, Rob Gheewalla, Jack Daly, Goldman Sachs Group, Inc., CS Capital Partners, III, L.P., GS Capital Partners, III Offshore, L.P. and Goldman Sachs & Co. Verwaltungs GmbH
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, Gerry Cardinale, Rob Gheewalla, Jack Daly, Goldman Sachs Group, Inc., CS Capital Partners, III, L.P., GS Capital Partners, III Offshore, L.P. and Goldman Sachs & Co., Verwaltungs GmbH against the Plaintiff, North American Catholic Educational Programming Foundation, Inc., pursuant to the Court's Decision and Order dated March 5, 2008 dismissing Plaintiff's Complaint with prejudice.**

**BY ORDER:**

**March 6, 2008**
**Date**

**Deputy Clerk**