# EXHIBIT 1

# Goldman Sachs Announces New Partnership Pool

October 18, 2000

The following have been invited to join the Partnership Pool as of November 25, 2000.

Raanan A. Agus
Philippe J. Altuzarra
Zar Amrolia
Stuart N. Bernstein
Jean-Luc Biamonti
Randall A. Blumenthal
Antonio Borges
Charles W. A. Bott
Craig W. Broderick
John J. Bu
Timothy B. Bunting
Lawrence V. Calcano
Richard M. Campbell-Breeden
Carmine C. Capossela
Chris Casciato
Robert J. Christie
Peter T. Cirenza
Laura C. Conigliaro
Frank T. Connor
Karen R. Cook
Edith W. Cooper
Philip A. Cooper
Eduardo A. Cruz
John S. Daly
Simon Dingemans
Suzanne O. Donohoe
James H. Donovan
Michael B. Dubno
Jay S. Dweck
Isabelle Ealet
Herbert E. Ehlers
John E. Eisenberg
Edward K. Eisler
Michael P. Esposito
Charles P. Eve
Thomas M. Fitzgerald
Shirley Fung
Emmanuel Gavaudan
Robert R. Gheewalla
H. John Gilbertson, Jr.
James S. Golob
Frank J. Governali
David J. Greenwald
Christopher Grigg
Douglas C. Grip
Charles T. Harris, III
Nobumichi Hattori
Terry P. Hughes
William L. Jacob, III
Dan H. Jester
David A. Kaplan
Robert C. King, Jr.
Ewan M. Kirk
Mark J. Kogan
Peter J. Layton
Kenneth H. M. Leet
Hughes B. Lepic
Thomas B. Lewis, Jr.
Gwen R. Libstag
Mitchell J. Lieberman
Syaru Shirley Lin
Antigone Loudiadis
John A. Mahoney
Sean O. Mahoney
Charles G. R. Manby
Barry A. Mannis
Arthur S. Margulis
Robert J. Markwick
Kathy M. Matsui
Theresa E. McCabe
Mark E. McGoldrick
Stephen J. McGuinness
John C. McIntire
Audrey A. McNiff
Roberto Mendoza
Amos Meron
Edward S. Misrahi
Jeffrey M. Moslow
Ian Mukherjee
Duncan L. Niederauer
Richard T. Ong
Mukesh K. Parekh
David B. Philip
Stephen R. Pierce
John J. Rafter
Paul M. Roberts
John F. W. Rogers
Paul M. Russo
Katsunori Sago
Pablo J. Salame
J. Michael Sanders
Gary B. Schermerhorn
Jeffrey W. Schroeder
Steven M. Scopellite
Robert J. Shea, Jr.
Ravi M. Singh
Ravi Sinha
Edward M. Siskind
Michael M. Smith
Randolph C. Snook
Ronald K. Tanemura
Mark J. Tracey
Harkanwar Uberoi
Hugo H. Van Vredenburch
Corrado P. Varoli
John J. Vaske
Hsueh-Ming Wang
David M. Weil
Todd A. Williams
Michael S. Wishart
Zi Wang Xu
W. Thomas York, Jr.
Paolo Zannoni
James P. Ziperski

© Copyright 2008 The Goldman Sachs Group, Inc. All Rights Reserved.

# Goldman Sachs Announces New Members of the Partnership Pool and New Managing Directors

October 25, 2002

NEW YORK -- The Goldman Sachs Group Inc. (NYSE:GS) announced today that it has invited 78 individuals to join the firm's Partnership Pool, and 160 individuals to become Managing Directors, as of November 30, 2002, the start of the firm's fiscal year.
Commenting on the announcement, Henry M. Paulson, Jr., Chairman and Chief Executive Officer, said: "We congratulate our new members of the Partnership Pool and the new Managing Directors, who represent a broad cross-section of the firm's businesses and global presence. Their leadership has contributed to, and will continue to drive, the firm's culture and success."

The Partnership Pool was established at the time of Goldman Sachs' public offering in May 1999 to maintain various core aspects of the firm's partnership culture among its leaders, including teamwork, client focus and a commitment to excellence. Goldman Sachs chooses new Managing Directors annually and new Partnership Pool members biennially.

We are pleased to announce that the following individuals have been invited to join the Partnership Pool as of November 30, 2002, the start of our next fiscal year

Peter C. Aberg
Syed H. Ahmad
Dean C. Backer
Adam P. Barrett
Frances R. Bermanzohn
John D. Campbell
Geoffrey G. Clark
Lawrence A. Cohen
Brahm S. Cramer
Neil D. Crowder
Michael D. Daffey
Michael G. De Lathauwer
Mark F. Dehnert
Juan A. Del Rivero
Martin R. Devenish
Armando A. Diaz
William C. Dudley
Stephen C. Fitzgerald
Robert K. Frumkes
Enrico S. Gaglioti
Rajiv A. Ghatalia
Scott A. Gieselman
William M. Grathwohl
Stefan Green
Celeste A. Guth
Melina E. Higgins
Kenneth W. Hitchner
Maykin Ho
Peter Hollmann
Robert C. Jones
Carsten Kengeter
Shigeki Kiritani
Eric S. Lane
Gregg R. Lemkau
Ryan D. Limaye
Josephine Linden
Anthony W. Ling
Victor M. Lopez-Balboa
Mark G. Machin
John J. Masterson
George N. Mattson
Joseph M. McConnell
John W. McMahon
Robert A. McTamaney
Christian A. Meissner
Andrew L. Metcalfe
Therese L. Miller
William C. Montgomery
Gregory T. Mount
L. Peter O'Hagan
Andrea Ponti
Richard H. Powers
Charlotte P. Ransom
Joseph Ravitch
Ivan Ross
Masanori Sato
Marcus Schenck
Stephen M. Scherr
Harvey M. Schwartz
Lisa M. Shalett
Sarah E. Smith
Daniel L. Sparks
Steven H. Strongin
Andrew J. Stuart
Greg W. Tebbe
Stephen S. Trevor
Michael A. Troy
Eiji Ueda
Kaysie P. Uniacke
Ashok Varadhan
John E. Waldron
Gregg S. Weinstein
Matthew C. Westerman
C. Howard Wietschner
Susan A. Willetts
John S. Willian
Paul M. Young
William J. Young

We are pleased to announce that the following individuals have been invited to become Managing Directors as of November 30, 2002, the start of our next fiscal year.

Hilary E. Ackermann
Jeffrey D. Adams
Elizabeth D. Anderson
Jason R. Anderson
Jesus A. Arias
Charles Baillie
Bernardo Bailo
Mona H. Baird
Andrew T. Bednar
Douglas S. Bell
Driss Ben Brahim
Anna Maria J. Bentley
Susan M. Benz
Johannes M. Boomaars
Douglas L. Borden
J. Theodore Borter
Martin Brady
Stephen D. Daniel
Katherine R. Davisson
Giorgio De Santis
Bradley S. DeFoor
Alvaro del Castano
Roger E. Denby-Jones
David G. Dick
David C. Earling
Robert K. Ehudin
Kathy G. Elsesser
Peter C. Enns
Katherine B. Enquist
Fred W. Esiri
James P. Esposito
Douglas L. Feagin
Gail S. Fierstein
Pierre-Henri Flamand
Alan S. Kava
Andreas Koernlein
J. Christopher A. Kojima
Kazuaki Kojima
Jeffrey A. Kolitch
Takahiro Komatsu
Srihari Kumar
Joon Kwun
Simon M. Lamb
Joseph A. LaNasa III
Rudolf N. Lang
Brian J. Lee
George C. Lee
Tim Leissner
Allan S. Levine
Brian T. Levine
Lisette M. Lieberman
Simon P. Morris
Thomas C. Morrow
Alvise J. Munari
Marc O. Nachmann
Claire M. Ngo
Erik F. Nielsen
Hideya Niimi
David J. Nolan
James B. Otness
Simon Y. Park
Douglas S. Patterson
David T. Pearson
Steven M. Pinkos
Stacy B. Polley
Alberto Pravettoni
Andrew F. Pyne
William M. Quinn
Peter A. Seibold
Hiran N. Selvaratnam
Daniel M. Shefter
David A. Shiffman
Susan E. Sidd
Daniel J. Silber
Guy C. Slimmon
Claudia Spiess
Joseph F. Squeri
Christoph W. Stanger
Chase O. Stevenson
Richard J. Stingi
Howard B. Surloff
Kunio Tahara
Kui F. Tang
Roland W. Tegeder
Stephen M. Thurer

Timothy J. Bridges
Victoria A. Bridges
Julia A. Bronson
David D. Buckley
Nicholas F. Burgin
Sally W. Cantwell
Gerald J. Cardinale
Mark J. Carney
Lik Shuen David Chan
Thomas V. Cholnoky
Colin Coleman
Kenneth W. Coquillette
Michael J. Crinieri
Craig W. Crossman
Jeffrey R. Currie
Mark C. Fletcher
Timothy T. Furey
Maryann L. Gallivan
Gonzalo R. Garcia
Hywel D. George
Justin G. Gmelich
Eldridge F. Gray
Michael J. Grimaldi
Benoit Herault
Axel Hoerger
Simon N. Holden
Shin Horie
Adrian M. Jones
Terrence O. Jones
Shunji Katayama
Terence Tayseop Lim
Mark A. Lynch
Paula B. Madoff
Puneet Malhi
Jean E. Manas
Simon I. Mansfield
Naomi Matsuoka
Gordon R. McCulloch
Matthew B. McLennan
Stephen J. Mellas
Bruce H. Mendelsohn
Garry E. Menzel
Michael J. Millette
Milton R. Millman
Philip J. Moffitt
Jean Raby
Matthew Rafferty
Sandy C. Rattray
Nicholas T. Reid
David Reilly
Richard J. Revell
Craig Reynolds
Kirk L. Rimer
Juliet A. Robinson
David J. Rosenblum
Marc A. Rothenberg
Thomas A. Roupe
Roy J. Salameh
Daniel Schmitz
Matthew L. Schroeder
Irene Y. Tse
Scott B. Ullem
Kevin M. Ulrich
Robin A. Vince
Andrea A. Vittorelli
Theodore T. Wang
Mark K. Weeks
Melanie J. White
Elisha Wiesel
Meurig R. Williams
Alexander D. Wohl
Neil J. Wright
Denise A. Wyllie
Yi Kevin Zhang
John W. Ziegler

Goldman Sachs is a leading global investment banking and securities firm that provides a wide range of services worldwide to a substantial and diversified client base that includes corporations, financial institutions, governments and high-net-worth individuals. Founded in 1869, it is one of the oldest and largest investment banking firms. The firm is headquartered in New York and maintains offices in London, Frankfurt, Tokyo, Hong Kong and other major financial centers around the world.

© Copyright 2008 The Goldman Sachs Group, Inc. All Rights Reserved.

# Goldman Sachs Announces New Members Of The Partnership Pool And New Managing Directors

October 21, 2004

NEW YORK, NEW YORK, October 21, 2004 – The Goldman Sachs Group Inc. (NYSE:GS) today announced that it has invited 99 individuals to join the firm's Partnership Pool, and 190 individuals to become Managing Directors, as of November 27, 2004, the start of the firm's fiscal year.

The Partnership Pool was established at the time of Goldman Sachs' public offering in May 1999 to maintain various core aspects of the firm's partnership culture among its leaders, including teamwork, client focus and a commitment to excellence. Goldman Sachs chooses new Managing Directors annually and new Partnership Pool members biennially.

Goldman Sachs is a leading global investment banking, securities and investment management firm that provides a wide range of services worldwide to a substantial and diversified client base that includes corporations, financial institutions, governments and high net worth individuals. Founded in 1869, it is one of the oldest and largest investment banking firms. The firm is headquartered in New York and maintains offices in London, Frankfurt, Tokyo, Hong Kong and other major financial centers around the world.

# # #

We are pleased to announce that the following individuals have been invited to join the Partnership Pool as of November 27, 2004, the start of the firm's next fiscal year.

Yusuf A. Aliredha
John A. Ashdown
Neil Z. Auerbach
Steven M. Barry
Christopher M. Barter
Stacy Bash-Polley
Jonathan A. Beinner
Driss Ben-Brahim
Paul D. Bernard
Gerald J. Cardinale
Mark M. Carhart
Anthony H. Carpet
Amy L. Chasen
Jane P. Chwick
Kent A. Clark
Thomas G. Connolly
Thomas W. Cornacchia
Matthew H. Cyzer
Stephen D. Daniel
Diego De Giorgi
François-Xavier de Mallmann
Daniel L. Dees
James Del Favero
Joseph P. DiSabato
Michael L. Dweck
Kenneth M. Eberts III
Kathy G. Elsesser
Elizabeth C. Fascitelli
Steven M. Feldman
Pierre-Henri Flamand
James R. Garvey
Gary T. Giglio
Justin G. Gmelich
Gregg A. Gonsalves
Peter Gross
Vishal Gupta
Jana Hale Doty
Rumiko Hasegawa
A. John Hass
Keith L. Hayes
Robert D. Henderson
Bruce A. Heyman
Stephen P. Hickey
Margaret J. Holen
Philip Holzer
Robert Howard
Fred Hu
Edith A. Hunt
Raymond J. Iwanowski
Adrian M. Jones
Toshinobu Kasai
James C. Katzman
Thomas J. Kenny
Timothy M. Kingston
Remy Klammers
Joseph A. LaNasa III
John J. Lauto
George C. Lee
Johan Leven
Peter B. MacDonald
Jason E. Maynard
Ian R. McCormick
Michael R. Miele
Philip J. Moffitt
J. Ronald Morgan III
Simon P. Morris
Marc O. Nachmann
Jeffrey P. Nedelman
Anthony J. Noto
Taneki Ono
Nigel M. O'Sullivan
Fumiko Ozawa
James R. Paradise
Geoffrey M. Parker
Arthur J. Peponis
Ellen R. Porges
Kevin A. Quinn
Jean Raby
Jeffrey A. Resnick
William M. Roberts
Eileen P. Rominger
David C. Ryan
Karen D. Seitz
David G. Shell
Jeffrey S. Sloan
Nobumichi Sugiyama
Shahriar Tadjbakhsh
Roland W. Tegeder
David H. Tenney
Massimo Tononi
Donald J. Truesdale
Irene Y. Tse
David H. Voon
Theodor Weimer
Lance N. West
Elisha Wiesel
Jon A. Woodruff
Wassim G. Younan
Yi Kevin Zhang

We are pleased to announce that the following individuals have been invited to become Managing Directors as of November 27, 2004, the start of the firm's next fiscal year.

Koichiro Abe
Andrew W. Alford
Fareed T. Ali
William D. Anderson Jr.
Yoshio Ando
Rachel Ascher
Dolores S. Bamford
Benjamin C. Barber
Slim C. Bentami
Leslie A. Biddle
Susan G. Bowers
Gavin D. Brake
Matthew J. Fassler
Nigel K. Faulkner
Jose M. Fernandez
Wolfgang Fink
Silverio Foresi
Barry J. Friedman
Dino Fusco
Philip L. Gardner
James R. Garman
Kevin S. Gasvoda
Paul E. Germain
Kenneth E. Glassman
Kemp J. Lewis
John S. Lindfors
Iain Lindsay
Michael C. Liou
Hugo P. MacNeill
Margaret M. Mager
Arline Mann
Andrew A. McEachern
Christopher D. McFadden
Kevin T. McGuire
Thomas J. McLaughlin
Avinash Mehrotra
Howard M. Rowe
Juan A. Sabater
Sameer S. Sain
Martin Jose Sanchez
Robert W. Savage
John R. Sawtell
Alexander Schrantz
Paul D. Scialla
Joseph M. Sealy
Lewis M. Segal
Harvey S. Shapiro
Mark D. Shattan

Christoph M. Brand
Michael J. Brandmeyer
Andrew I. Braun
Anne F. Brennan
Tony M. Briney
Patrick T. Briody
Clifford V. Brokaw IV
Adam J. Brooks
Jason M. Brown
Nancy D. Browne
Elizabeth M. Burban
Vincent G. Camerlynck
Anthony Cammarata Jr.
David C. Carlebach
Alain Carrier
Donald J. Casturo
Paul L. Chapman
James R. Charnley
Martin Cher
Elena Ciallie
Matthew J. Clark
Scott Coleman
David C. Coquillette
Ann S. Costello
Elizabeth Cottam
Jeffrey F. Daly
Debora J. Daskivich
Michael C. Dawley
Ahmad B. Deek
Karl M. Devine
Jamal Dhanani
Andrew M. Dodd
Aidan P. Dunn
Laurent M. Dupeyron
William J. Elliott
Mark Evans
William J. Fallon
Sarah J. Gray
Jason R. Haas
Edward G. Hadden
Thomas E. Halverson
Eric I. Hamou
Jan Hatzius
Jennifer M. Hill
Nigel R. Hill
Jens D. Hofmann
Laura A. Holleman
Dane E. Holmes
R. Maynard Holt III
Leo Z. Huang
Robyn A. Huffman
Alastair J. Hunt
Leonid Ioffe
David L. Jasper
Pernille D. Jensen
Arihiro Kanda
Shafiq A. Karmali
Steffen J. Kastner
Stuart A. Katz
Poir-Mok Kee
Christopher M. Keogh
Bjorn P. Killmer
Peter Kimpel
Scott G. Kolar
Annette L. Krassner
Gregory Kuppenheimer
Ricardo F. Lacerda
Linda A. LaGorga
Steffen C. Landauer
Scott R. Lange
Harvey Chi Chung Lee
Joseph B. Lee
Eugene H. Leouzon
Wayne M. Leslie
Jonathan M. Meltzer
Christopher Milner
Elizabeth A. Mily
Christina P. Minnis
Cheri S. Mowrey Davison
Yumiko Murakami
Arun Murthy
Kenichi Nagasu
Rita M. Nagle
Tetsuo Naraha
Massimiliano Nardulli
John F. Neary
Kiele E. Neas
Ted K. Neely II
Michael L. November
Toru Okabe
Timothy J. O'Reilly
Richard O'Toole
Konstantinos N. Pantazopoulos
Bryant C. Park
Alfredo J. Pastro
Robert D. Patch
Bruce B. Petersen
Nadja Pinnavaia
Cameron P. Poetzscher
Kenneth A. Pontarelli
Vijay C. Popat
Dirk M. Popielas
Lora J. Price
Lorin P. Radtke
Deepak K. Rao
Buckley T. Ratchford
James G. Reilly
Timothy W. Reilly
Dierk M. Reuter
Luigi G. Rizzo
J. Timothy Romer
Adam Sherman
Hiroko Shinoda
Keith A. Shultis
Suhail A. Sikhtian
Norborne G. Smith III
Ying Ying Glenda So
David Z. Solomon
Robert C. Spofford
Joseph J. Struzziery III
Randolph A. Stuzin
Damian E. Sutcliffe
Robert J. Sweeney
Yozo Tachibana
Adam L. Taetle
Pawan Tewari
Chuk Kwan Ting
John D. Tracy
Terrence P. Travis
Benoit Valentin
Damian J. Valentino
Thomas A. Wagner
Paul Walker
Howard H. Wang
Alan S. Waxman
Nicholas H. Weber
Dominic A. Wilson
Gavin E. Wilson
Steve Windsor
Martin Wiwen-Nilsson
Yoshihiko Yano
Pei Pei Yu

© Copyright 2008 The Goldman Sachs Group, Inc. All Rights Reserved.