UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CASE NUMBER: CA06-492**S**

2. TITLE OF CASE: North American Catholic Educational Programming Foundation, Inc. V. Cardinale, et al.

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Matthew Thomas Oliverio**
55 Dorrance Street
Suite 400
Providence, RI 02903

**Christine M. Curley**
275 Beacon Drive
North Kingstown, RI 02852

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Brian J. Lamoureux**
Brown Rudnick Berlack Israels, LLP
121 South Main Street
Providence, RI 02903

**Douglas H Flaum**
Fried, Frank, Harris, Shriver & Jacobson, LLC
One New York Plaza
New York, NY 10004-1980

5. Name of Judge : **William E. Smith**

6. COURT-APPOINTED COUNSEL YES x NO
FEE PAID YES x NO
RECEIPT

8. IN FORMA PAUPERIS YES x NO

9. GUIDELINES CASE YES X NO

10. RELATED CASE ON APPEAL YES x NO
C.C.A. # (IF AVAILABLE)
DATE OF LAST N.O.F.A. FILED

11. SPECIAL COMMENTS: Enclosed please find original pleading file as well as certified copy of docket sheet.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

March 26, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Case Title: North American Catholic Educational Programming Foundation, Inc.
v.
Cardinal, et al.
Case No. CA06-492S

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

Enc: NOA, Certified Docket, Copy of Court File

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 26th day of March 2008.

David A. DiMarzio, CLERK

Wendy Geile

BY: Wendy Geile
DEPUTY CLERK