UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., | ) | No.: 1:06-cv-00492-S-LDA |
| Plaintiff, | ) | |
| v. | ) | |
| GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P. and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH, | ) | |
| Defendants. | ) | |

**DEFENDANTS THE GOLDMAN SACHS GROUP, INC., GERRY CARDINALE, ROB GHEEWALLA, AND JACK DALY'S RESPONSE TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND FOR RECONSIDERATION**

Defendants The Goldman Sachs Group, Inc., Gerry Cardinale, Rob Gheewalla, and Jack Daly (collectively, the "Defendants") hereby object to plaintiff North American Catholic Educational Programming Foundation, Inc.'s motion to alter or amend judgment and for reconsideration, dated March 19, 2008. In support of their objection, Defendants rely upon the accompanying Memorandum of Law.

Respectfully submitted,

April 7, 2008

**THE GOLDMAN SACHS GROUP, INC., GERRY CARDINALE, ROB GHEEWALLA and JACK DALY,**

By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
Wayne F. Dennison, *pro hac vice*
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com

OF COUNSEL:
Douglas H. Flaum
Shahzeb Lari
Mario A. Moya
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
(212) 859-8000

565441

**CERTIFICATION**

I hereby certify that, on the 7th day of April 2008, I caused this document to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island and it is available for viewing and downloading from the Electronic Case Filing System. The following attorneys received service by electronic means on this 7th day of April 2008:

Matthew T. Oliverio, Esq.
mto@om-rilaw.com

/s/ Brian J. Lamoureux