CA06-492S

# United States Court of Appeals
## For the First Circuit

No. 08-1403

NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.

Plaintiff - Appellant

v.

GERRY CARDINALE; ROB GHEEWALLA; GOLDMAN SACHS GROUP, INC.; GS CAPITAL PARTNERS, III, L.P.; GS CAPITAL PARTNERS, III OFFSHORE, LP; GOLDMAN SACHS & CO. VERWALTUNGS GMB; JACK DALY

Defendants - Appellees

**ORDER OF COURT**

Entered: April 11, 2008
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed plaintiff's appeal from the judgment entered on March 6, 2008 in CA No. 06-00492 (D. R.I.) as Appeal No. 08-1403. On March 19, 2008, plaintiff filed a motion to alter or amend judgment and for reconsideration. Pursuant to Fed. R. App. P. 4(a)(4)(A), the notice of appeal does not become effective until the district court disposes of the post-judgment motion.

Therefore, appellant is directed to file a status report by **May 12, 2008** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, the appellant is directed to inform this court whether or not it intends to file a notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B). While appellant is encouraged to proceed with ordering all necessary transcripts to pursue this appeal, the time to file a transcript order form is enlarged to 10 days after the district court disposes of the above-mentioned motion. See Fed. R. App. P. 4(b)(1).

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. See 1st Cir. R. 3.0(b).

Once the district court rules on the motion to alter or amend judgment and for

reconsideration, it is directed to forward its decision to this court forthwith.

By the Court:

/s/ Richard Cushing Donovan, Clerk

[cc: Honorable William E. Smith, David DiMarzio, Clerk of Court for the District of Rhode Island]

[cc: Brian J. Lamoureux Esq., Christine M. Curley Esq., Matthew T. Oliverio Esq., Wayne F. Dennison Esq., Douglas Flaum Esq., Lara Turcik Esq.]