UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., | : : : : | |
| *Plaintiff*, | : : | C.A. No. 06-492S |
| v. | : : | |
| GERRY CARDINALE, ROB GHEEWALLA, JACK DALY, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS III, L.P., GS CAPITAL PARTNERS III OFFSHORE, L.P and GOLDMAN, SACHS & CO. VERWALTUNGS GmbH | : : : : : : : : | |
| *Defendants*. | : | |

## STIPULATION OF DISMISSAL

All claims of all parties in the above-referenced matter are hereby dismissed with prejudice; no interest, costs or fees to any party.

                Plaintiff North American Catholic Educational
                Programming Foundation, Inc.
                By its Attorneys,

                */s/ Matthew T. Oliverio*
                Matthew T. Oliverio (#3372)
                Christine M. Curley (#4529)
                OLIVERIO & MARCACCIO LLP
                55 Dorrance Street, Suite 400
                Providence, RI  02903
                (401) 861-2900
                (401) 861-2922 Fax
                mto@om-rilaw.com

Defendants,
By their Attorneys,


_/s/ Brian J. Lamoureux_____
Brian J. Lamoureux (#6211)
Pannone, Lopes, Devereaux & West, LLC
317 Iron Horse Way, Suite 301
Providence, RI  02908
blamoureux@pldwlaw.com

_/s/ Douglas H. Flaum_____
Douglas H. Flaum, (*Pro Hac Vice*)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY  10004-1980
Douglas.Flaum@friedfrank.com

2